Kenneth L. Covell
Law Offices of Kenneth L. Covell
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone:   (907) 452-4377
Fax:     (907) 451-7802
E-mail:  covelladmin@gci.net
         kcovell@gci.net

Attorney for the Defendants

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA AT FAIRBANKS**

| | |
|---|---|
| MIGUEL A. GARCIA<br><br>Plaintiffs,<br>vs.<br><br>WILFREDO GALLO, an individual, TACO VALLEY, INC., and TACO AZTECA, INCORPORATED<br><br>Defendant. | Case No. |

## NOTICE OF REMOVAL

COMES NOW Defendant, Wilfredo Gallo, (herein after Defendant) by and through counsel hereby gives notice that he removes the above captioned matter to federal court on the grounds that there is a FLSA claim involved. Attorney Kenneth L. Covell hereby represents all of the named defendants.



**LAW OFFICES OF**
**KENNETH L. COVELL**
**712 EIGHTH AVENUE**
**FAIRBANKS, ALASKA 99701**
**PHONE (907) 452-4377**
**FAX (907) 451-7802**
kcovell@gci.net
covelladmin@gci.net

*Notice of Removal*
*Garcia vs. Gallo, et al.*

*Page 1 of 2*

RESPECTFULLY SUBMITTED this 7th day of February 2017, at Fairbanks, Alaska.

LAW OFFICE OF KENNETH L. COVELL
          Attorney for the Defendants
          By:   s/Kenneth L. Covell
          Kenneth L. Covell, ABA 8611103
          712 Eight Avenue
          Fairbanks, Alaska 99701
          Phone: (907) 452-4377
          Fax:   (907) 451-7802
          E-mail: kcovell@gci.net
                  covelladmin@gci.net

**CERTIFICATE OF SERVICE**
I hereby certify that on the 7th day of February, 2017 a copy of the foregoing
Advice of Counsel
was served via COURIER:

James M. Hackett
401 Eleventh Avenue
Fairbank, AK 99701

By: s/ Liz Reyna
    Law Office of Kenneth L. Covell



LAW OFFICES OF
**KENNETH L. COVELL**
712 EIGHTH AVENUE
FAIRBANKS, ALASKA 99701
PHONE (907) 452-4377
FAX (907) 451-7802
kcovell@gci.net
covelladmin@gci.net

*Notice of Removal*
*Garcia vs. Gallo, et al.*

*Page 2 of 2*