Kenneth L. Covell
Law Offices of Kenneth L. Covell
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone:   (907) 452-4377
Fax:       (907) 451-7802
E-mail:  covelladmin@gci.net
             kcovell@gci.net

Attorney for the Defendants

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA AT FAIRBANKS

MIGUEL A. GARCIA


Plaintiffs,
vs.

WILFREDO GALLO, an individual,
TACO VALLEY, INC., and TACO
AZTECA, INCORPORATED

Defendant.

Case No. 4:17-cv-00005 TMB

### ANSWER TO FIRST AMENDED COMPLAINT

COMES NOW Defendant, Wilfredo Gallo,(herein after Defendant)by and through counsel hereby files his Answer to First Amended Complaint.

1. Paragraph 1 is a description of Plaintiff's claim and does not appear to require an answer. To the extent an



LAW OFFICES OF
KENNETH L. COVELL
712 EIGHTH AVENUE
FAIRBANKS, ALASKA 99701
PHONE (907) 452-4377
FAX (907) 451-7802
kcovell@gci.net
covelladmin@gci.net

Answer to First Amended Complaint
Garcia vs. Gallo, et al.
Case 4:17-cv-00005-TMB   Document 13   Filed 04/27/17   Page 1 of 7   *Page 1 of 7*

answer is required, the claim is denied, especially the allegation of a "willful" failure to pay.

2. Defendant's admit that Miguel A. Garcia was employed in Fairbanks by Taco Valley Inc. and Taco Azteca Incorporated off and on between the years of 2011 and 2016.

3. No answer is required as to paragraph 3 as it is merely a statement of law.

4. Same as above.

5. Same as pargraph 3.

6. Admit

7. Admit that Plaintiff Garcia was an employee of Taco Azteca Inc. and Taco Valley Inc. as admitted in paragraph 2 above. Garcia never worked directly for Mr. Gallo.

8. Defendant Wilfredo Gallo has an ownership interest in Taco Azteca Inc. and Taco Valley Inc. and runs both entities.

9. See 7 and 8 above

10. Admitted

11. Denied

12. Denied

13. Denied

14. Denied

15. Denied

16. Admitted



**LAW OFFICES OF
KENNETH L. COVELL**
712 EIGHTH AVENUE
FAIRBANKS, ALASKA 99701
PHONE (907) 452-4377
FAX (907) 451-7802
kcovell@gci.net
covelladmin@gci.net

*Answer to First Amended Complaint*
*Garcia vs. Gallo, et al.*

17. Admitted

18. Admitted

19. Admitted

20. Admitted

21. Admit, Garcia was employed by the corporate entities, paragraph 21 is otherwise denied.

22. See 21 above

23. Paragraph 23 does not seem to require an answer.

24. Admitted in part. Plaintiff Garcia worked as a cook and may have had additional duties.

25. Denied. Garcia was an exempt employee.

26. Denied

27. Defendants are unaware of Plaintiff Garcia's assignment but are aware that he made a claim through Alaska Wage and Hour. Except as specifically admitted, this paragraph is denied.

28. See 27 above

29. Defendant lacks sufficient knowledge and information as to admit or deny this paragraph.

30. Denied

31. At times Defendant Garcia worked more than forty (40) hours per week and at times Defendant Garcia worked less than forty (40) hours a week. See timesheets.

32. See paragraph 31 above. See timesheet.



LAW OFFICES OF
KENNETH L. COVELL
712 EIGHTH AVENUE
FAIRBANKS, ALASKA 99701
PHONE (907) 452-4377
FAX (907) 451-7802
kcovell@gci.net
covelladmin@gci.net

*Answer to First Amended Complaint*
*Garcia vs. Gallo, et al.*

33. At times Plaintiff Garcia worked more than eight (8) hours a day and less than eight (8) hours a day. See timesheets.

34. Admitted? CHECK WITH YOLANDA

35. Defendant lacks sufficient knowledge or information to answer this paragraph at this time.

36. Denied

37. See answers to paragraphs 31-33.

38. Defendant cannot answer as to what Plaintiff Garcia's knowledge and belief was as they are not Garcia. To the extent a further answer is required, this paragraph is denied.

39. Denied

40. Denied

41. Defendant's Taco Valley Inc., Taco Azteca Inc., Wilfredo Gallo, owe nothing to Plaintiff Garcia but should judgment be awarded to Plaintiff Garcia for overtime, they may be the liable parties. Any liability on behalf of Defendant Yolanda Casillas is denied.

42. See 41 above.

43. Denied, see 41 and 42

44. Denied, see 41-43

45. No response is required



LAW OFFICES OF
KENNETH L. COVELL
712 EIGHTH AVENUE
FAIRBANKS, ALASKA 99701
PHONE (907) 452-4377
FAX (907) 451-7802
kcovell@gci.net
covelladmin@gci.net

Answer to First Amended Complaint
Garcia vs. Gallo, et al.
Case 4:17-cv-00005-TMB   Document 13   Filed 04/27/17   Page 4 of 7   Page 4 of 7

46. Paragraph 46, appears to be a statement of law and does not appear to require an answer. To the extent an answer is required, it is denied. Defendants deny any willful failure to pay plaintiff Garcia overtime.

47. Denied

48. Denied

49. Denied

50. No answer is required

51. Paragraph 51 appears to be incomplete. Plaintiff Garcia's regular rate of pay is either $11 (eleven dollars) or $14 (fourteen dollars) an hour and any overtime compensation would be calculated at one and a half times that hourly rate.

52. See 51

53. See 51 and 52

54. Denied, see 51, 52 and 53

55. Plaintiff Garcia was paid various amount of money at different times, see timesheets.

56. Appears to be a statement of law and requires no response.

57. See 56

58. Denied

59. Denied

60. See 51



**The Law Office of Ken Covell**

LAW OFFICES OF
KENNETH L. COVELL
712 EIGHTH AVENUE
FAIRBANKS, ALASKA 99701
PHONE (907) 452-4377
FAX (907) 451-7802
kcovell@gci.net
covelladmin@gci.net

Answer to First Amended Complaint
Garcia vs. Gallo, et al.

61. See 51

62. Denied

63. Defendant's don't understand paragraph 63 and therefore are unable to answer. Defendant's admit that Plaintiff Garcia is suing Defendant's under the FLSA and the AWHA.

64. See 41 and Defendant's reiterate that Yolanda Casillas has no liability to Plaintiff Garcia whatsoever.

65. See 64

66. This paragraph talks about Plaintiff Garcia's knowledge and belief and Defendant no not have the capacity to answer as to Garcia's knowledge and belief. To an extent an answer is required, it is denied.

Whereof, Defendants ask that Plaintiff's claim be denied and that the court issue an order to that effect and further award any other reasonable legal and equitable damages as appropriate and order that Plaintiff Garcia pay Defendant's attorney's fees and costs.


RESPECTFULLY SUBMITTED this 20th day of April 2017, at Fairbanks, Alaska.


LAW OFFICE OF KENNETH L. COVELL



**LAW OFFICES OF**
**KENNETH L. COVELL**
712 EIGHTH AVENUE
FAIRBANKS, ALASKA 99701
PHONE (907) 452-4377
FAX (907) 451-7802
kcovell@gci.net
covelladmin@gci.net

Answer to First Amended Complaint
Garcia vs. Gallo, et al.
Case 4:17-cv-00005-TMB   Document 13   Filed 04/27/17   Page 6 of 7   Page 6 of 7

                                        Attorney for the Defendants
                                        By:_____s/Kenneth L. Covell_____
                                              Kenneth L. Covell, ABA 8611103
                                              712 Eight Avenue
                                              Fairbanks, Alaska  99701
                                              Phone:  (907) 452-4377
                                              Fax:     (907) 451-7802
                                              E-mail:  kcovell@gci.net
                                                        covelladmin@gci.net


CERTIFICATE OF SERVICE 27th
I hereby certify that on the 21st day of April, 2017 a copy of the foregoing
Answer to First Amended Complaint was served via COURIER:

James M. Hackett
401 Eleventh Avenue
Fairbank, AK 99701


By:  _s/ Liz Reyna_____
        Law Office of Kenneth L. Covell



LAW OFFICES OF
KENNETH L. COVELL
712 EIGHTH AVENUE
FAIRBANKS, ALASKA 99701
PHONE (907) 452-4377
FAX (907) 451-7802
kcovell@gci.net
covelladmin@gci.net

*Answer to First Amended Complaint*
*Garcia vs. Gallo, et al.*