**JAMES M. HACKETT**
**401 Eleventh Avenue**
**Fairbanks, Alaska 99701**
**(907) 456-3626**
**jhackettlaw@aol.com**

### THE UNITED STATES DISTRICT COURT

### DISTRICT OF ALASKA

MIGUEL A. GARCIA,          )
                              )
          Plaintiff,      )
                              )          **ATTORNEY'S**
vs.                           )  **AFFIDAVIT IN SUPPORT OF**
                              )   **MOTION TO DEEM SECOND**
                              )  **REQUEST FOR ADMISSIONS**
WILFREDO GALLO, an individual,   )  **ADMITTED; OR MOTION TO**
YOLANDA CASILLAS, an individual,  ) **COMPEL SUFFICIENT ANSWERS**
TACO VALLEY, INC., TACO AZTECA, )
INCORPORATED,                  )
          Defendants,    )
_____ )

Case No. 4:17-cv-0005-TMB

James M. Hackett, being duly sworn, states as follows:

1. This affidavit is based on personal knowledge;

2. On June 27, 2017 I personally served and delivered Garcia's SECOND REQUESTS FOR ADMISSIONS ("SRAs"), dated June 27, 2017, on the office of Kenneth L. Covell ("Mr. Covell"), Defendants' Fairbanks attorney;

3. On June 28, 2017, the same date as the attorneys met and discussed outstanding discovery issues, I also signed and delivered a stipulation to Defendants' attorney, granting Defendants an extension of time until August 7, 2017 within which to respond;

4. Garcia attaches, as EXHIBIT 1 (consisting of 2 pages), a true and correct copy of the stipulation I signed and delivered to Mr. Covell's office;

5. I granted that extension of time without request by Mr. Covell, out of courtesy, because I was scheduled to be out of state on vacation between July 17, 2017 and August 7, 2017;

6. When I returned from vacation, my office had received no responses to Garcia's SRAs, and no request for any further extension of time;

7. During the week of August 7, 2017, I arranged another discovery meeting with Mr. Covell, arranging to meet on Friday, August 11, 2017 at his office;

8. Following that discovery meeting, I forwarded a letter to Mr. Covell referencing, among other discovery matters, Defendants' overdue Answers to Garcia's SRAs;

9. Garcia attaches, as EXHIBIT 2 (consisting of 2 pages), a true and correct copy of my letter dated August 16, 2017 to Mr. Covell, including reference to Defendants' overdue Answers to Garcia's SRAs;

10. Thereafter Mr. Covell emailed me, indicating Defendants would not be able to answer Garcia's SRAs by August 18, 2017 as requested;;

11. Garcia attaches, as EXHIBIT 3 (consisting of 2 pages), a true and correct copy of a GOOD FAITH CERTIFICATE (" first GFC") which I signed and forwarded to Mr. Covell on August 18, 2017, concerning Defendants' overdue SRAs;

2

12. By email I requested Mr. Covell to sign and return the first GFC by the end of business on August 24, 2017; Mr. Covell failed to sign and return the first GFC by the end of business on August 24, 2017 as requested;

13. However, on August 25, 2017 Mr. Covell signed Defendants' Answers to Garcia's SRAs, and had Defendants' Answers delivered to my office;

14. Garcia attaches, as EXHIBIT 4 (consisting of 128 pages including attachments to Garcia's SRAs), Defendants' Answers to Garcia's SRAs, signed by Mr. Covell on August 25, 2017;

15. Garcia attaches, as EXHIBIT 5 (consisting of 2 pages), a true and correct copy of my letter dated August 28, 2017 to Mr. Covell, identifying insufficiencies in Defendants' Answers to Garcia's SRAs, requesting Defendants to forward sufficient Answers, and also requesting to meet with Mr. Covell to discuss Defendants' insufficient Answers;

16. On August 31, 2017, Mr. Covell and I met and discussed Defendants' insufficient Answers to Garcia's SRAs, at the court reporter's office, following Mr. Covell's deposition of Plaintiff;

17. Garcia attaches, as EXHIBIT 6 (consisting of 5 pages), a true and correct copy of my letter dated September 1, 2017 to Mr. Covell, confirming our meeting on August 31, 2017, and enclosing a second GOOD FAITH CERTIFICATE ("second GFC") for Mr. Covell to sign and return;

18. On September 1, 2017 I also telephoned Mr. Covell, and we again discussed Defendants' insufficient Answers to Garcia's SRAs;

3

19. Garcia attaches, as EXHIBIT 7 (consisting of 1 page), a true and correct copy of my email forwarded to Mr. Covell on September 1, 2017, confirming our earlier telephone conversation that day, and providing some requested case law citations;

20. Mr. Covell has not signed and returned the second GFC as requested;

21. Since September 1, 2017 to present, I have received no communication or response from Mr. Covell;

22. My September 1, 2017 email to Mr. Covell states that "if I d[id] not hear from [Mr. Covell] by the end of business on Tuesday [September 5, 2017], [Garcia] will assume Defendants wish to maintain their present responses [to Garcia's SRAs].

DATED at Fairbanks, Alaska this 8th day of September, 2017.

LAW OFFICE OF JAMES M. HACKETT

_____
James M. Hackett
Attorney for Plaintiff Garcia

SUBSCRIBED AND SWORN TO before me this 8th day of September, 2017 at Fairbanks, Alaska.

_____
Notary Public in and for the State of Alaska
My commission expires:

4