JAMES M. HACKETT
401 Eleventh Avenue
Fairbanks, Alaska 99701
(907) 456-3626

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| MIGUEL GARCIA,<br><br>            Plaintiff,<br><br>vs.<br><br>WILFREDO GALLO,<br>YOLANDA CASILLAS, individually,<br>TACO VALLEY, INC., TACO AZTECA<br>INCORPORATED, and John Does<br>1-2,<br>            Defendants. | **STIPULATION FOR<br>EXTENSION OF TIME** |

4:17-CV-0005-TMB

The parties, by and through counsel, stipulate and agree that Defendants may have an extension of time until Monday, August 7, 2017 within to respond to Plaintiff's SECOND REQUEST FOR ADMISSIONS ("SRAs").

1



PLAINTIFF
EXHIBIT NO. 1
ADMITTED ☐
4:17-CV-0005-TMB
(CASE NUMBER)

Plaintiffs' SRAs are dated June 27, 2017. Plaintiffs' SRAs were delivered to Defendants' attorney on June 27, 2017.

DATED at Fairbanks, Alaska this 28th day of June, 2017.

_____
James M. Hackett
Attorney For Plaintiff Miguel A. Garcia

DATED at Fairbanks, Alaska this ___ day of June, 2017.

_____
Kenneth L. Covell
Attorney For Defendant Wilfredo Gallo;
Defendant Yolanda Casillas; Defendant
Taco Azteca, Incorporated; and Defendant
Taco Valley, Inc.