# James M. Hackett
Attorney at Law
401 Eleventh Avenue
Fairbanks, Alaska 99701
(907) 456-3626 Fax: (907) 451-7590
jhackettlaw@aol.com

August 16, 2017

Kenneth L. Covell
712 8th Avenue
Fairbanks, Alaska 99701

Re: Recap Of Parties' Discovery Meeting (8/11/17) in *Garcia v. Gallo et al*

Dear Ken,

This will confirm our discussions at our discovery meeting on Friday, August 11, 2017 at about 2:30 p.m. at your office.

*Rescheduled Depositions.* We agreed to go forward with rescheduled depositions. Defendants requested the depositions be rescheduled.

*Overdue Responses To Garcia's Second Request For Admissions.* We discussed Mr. Garcia signed a proffered stipulation on June 28, 2017, offering to grant Defendants an extension of time until Monday, August 7, 2017 within which to file responses to Mr. Garcia's Second Request For Admissions ("SRAs"). Mr. Garcia's SFAs were served on Defendants' attorney (your office) on June 27, 2017. On August 11, 2017 we discussed Defendants' responses are overdue under Civil Rule 36. We discussed Mr. Garcia will grant a final extension to receive full and complete responses to his SRAs no later than the close of business on Friday, August 18, 2017. Otherwise Mr. Garcia will file a motion requesting the court to find Defendants have admitted Mr. Garcia's SRAs.

*Overdue Answers To Garcia's First Set of Interrogatories.* The parties agreed to grant Defendants a further reasonable extension of time.

*Overdue Responses To Garcia's Second Request For Production.* The parties agreed to grant Defendants a further reasonable extension of time, other than a response to Mr. Garcia's request to inspect and photograph the North Pole work premises. Mr. Garcia requests a response to his inspection/photographing request no later than the close of business on Friday, August 18, 2017. Otherwise Mr. Garcia will fill a motion to compel regarding his request for inspection/photographing.

1

PLAINTIFF
EXHIBIT NO. 2
ADMITTED ☐
4:17-CV-0005-TMB
(CASE NUMBER)

*Incomplete Responses To Garcia's First Request For Production.* The parties agreed to grant Defendants a further reasonable extension of time to respond to previously unaddressed categories (excluding categories nos. 20-23), other than a response to Mr. Garcia's request to inspect and photograph the two (2) Fairbanks work premises. Mr. Garcia requests a response to his inspection/photographing requests no later than the close of business on Friday, August 18, 2017. Otherwise Mr. Garcia will fill a motion to compel regarding his requests for inspection/photographing.

Thank you for your continued cooperation in this matter.

Sincerely,

s/
James M. Hackett

cc: Miguel A. Garcia