JAMES M. HACKETT
401 Eleventh Avenue
Fairbanks, Alaska 99701
(907) 456-3626

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| MIGUEL A. GARCIA,<br><br>        Plaintiff,<br><br>vs.<br><br>WILFREDO GALLO,<br>YOLANDA CASILLAS, individually,<br>TACO VALLEY, INC., TACO AZTECA<br>INCORPORATED, and John Does<br>1-2,<br>        Defendants. | **GOOD FAITH<br>CERTIFICATE** |

4:17-CV-0005-TMB

PLAINTIFF
EXHIBIT NO. 3
ADMITTED ☐
4:17-CV-0005-TMB
(CASE NUMBER)

The undersigned attorneys for the parties certify they conferred in good faith on Friday, August 11, 2017 to resolve outstanding discovery issues. The parties discussed outstanding discovery issues. The parties reached an interim agreement about some outstanding discovery issues. The parties' attorneys discussed that Defendants' Answers to Plaintiff Garcia's Second Requests For Admissions ("SRAs") were overdue. These SRAs were served on Defendants' attorney on June 27, 2017. Defendants have not

*Garcia v. Gallo et al*, 4:17-cv-0005-TMB:
Good Faith Certificate Re: Defendants' Answers To Garcia's SRAs

responded to Garcia's SRAs, despite Garcia agreeing to two extensions of time to have Defendants respond. Garcia granted Defendants a first extension until Monday, August 7, 2017, and Garcia granted Defendants a second extension of time until the close of business on August 18, 2017, both of which extensions granted without request by Defendants. Defendants' attorney has indicated Defendants will not be able to provide responses to Garcia's SRAs by close of business on August 18, 2017. Garcia is disinclined to extend a third extension of time to Defendants, should Defendants fail to provide responses by the close of business on August 18, 2017.

If Defendants fail to provide responses as requested, or if Defendants file insufficient responses, Garcia intends to file a discovery motion under Fed. R. Civ. P. 36. Defendants intend to oppose Garcia's motion. The parties agree that any future discovery motion, any future opposition thereto, and any future optional reply, will be served and filed as provided under D. AK. L.R. 7.1.

DATED at Fairbanks, Alaska this 18th day of August, 2017.

s/
James M. Hackett
Attorney For Plaintiff Miguel A. Garcia

DATED at Fairbanks, Alaska this ___ day of August, 2017.

Kenneth L. Covell
Attorney For Defendant Wilfredo Gallo;
Defendant Yolanda Casillas; Defendant
Taco Azteca, Incorporated; and Defendant
Taco Valley, Inc.