James M. Hackett
Attorney at Law
401 Eleventh Avenue
Fairbanks, Alaska 99701
(907) 456-3626 Fax: (907) 451-7590
jhackettlaw@aol.com

August 28, 2017

**SENT BY FACSIMILE FOLLOWED BY COURT COURIER**

Kenneth L. Covell
Covell Law Office
712 8th Avenue
Fairbanks, Alaska 99701

Re: Defendants' Agreement To Garcia's Previous Inspection/Photographing Requests; Defendants' (Insufficient) Answers To Garcia's Second Request For Admissions ("SRAs"); And Meeting To Discuss Defendants' Insufficient Answers To Garcia's SRAs

Dear Ken,

This letter confirms the parties' email exchanges last week. Defendants are agreeable to having Mr. Garcia and his attorney inspect and photograph Mr. Garcia's former work locations with Defendants—two locations in Fairbanks at Taco Azteca and Taco Valley (Taco Dos) respectively, and a third location in North Pole. As we discussed, Mr. Garcia will take photographs, and Mr. Garcia agrees to provide copies of photos he takes at each work location to Defendants (through your office). Defendants' agreement thus resolves Garcia's requests for inspection/photographing contained in Garcia's outstanding First and Second Requests For Production respectively. Mr. Garcia would like to do the inspections/ photographing on August 31, 2017, following his deposition, as we had discussed.

This letter also confirms receipt of your (Defendants') Answers and Objections ("A/Os") to Garcia's SRAs. Defendants' A/Os are dated and signed by you, as Defendants' attorney, on August 25, 2017. Unfortunately many of Defendants' A/Os to Garcia's SRAs are insufficient under Civil Rule 36. Most of Defendants' A/Os repeatedly set forth the same evasive answer, namely: *"Defendant's (sic) have produced various work records. The documents speak for themselves"*.

1

PLAINTIFF
EXHIBIT NO. 5
ADMITTED ☐
4:17-CV-0005-TMB
(CASE NUMBER)

That repeated, boiler-plate response to Garcia's SRAs constitutes an insufficient, evasive answer under Civil Rule 36. Defendants state that same identical evasive answer to most of Garcia's SRAs, namely to Garcia's SRAs nos. 150-168; nos. 171-220; nos. 222-260; and nos. 262-267 and 273. Similarly Defendants' response to SRA no. 277 evasively states "*[t]he records speak for themselves*", and Defendants' response to SRA no. 282 evasively states *"[t]he records speak for themselves"*.

A proper Rule 36 request can include a request applying facts applied to law: SRA no. 288 is such a request for admission .Defendants' response to SRA no. 288 ["During 2016 Plaintiff Miguel A. Garcia was employed jointly by Defendant Taco Azteca, Incorporated and by Defendant Taco Valley, Inc."] appears non-forthright, non-responsive, and evasive, by: (1) incorporating by reference Defendants' Answer to SRA no. 285 without answering SRA no. 288 directly; and (2) by incorporated Defendants' Answer to SRA no. 285 which admits "[i]n 2016, Miguel Garcia did at time go cover at Taco Valley, Inc., (Taco Azteca Dos Chena Pump), occasionally". .

Please consider this letter Mr. Garcia's request to meet and discuss Defendant's insufficient A/Os to Garcia's SRAs. Because the parties are conducting depositions on Wednesday, August 30, 2017, and also on Thursday, August 31, 2017, we will have sufficient time to meet and discuss Defendants' A/Os to Garcia's SRAs on either, or both, of those days, following the scheduled depositions.

Thank-you for your continued cooperation.

Sincerely,

James M. Hackett

cc: Miguel A. Garcia