**James M. Hackett**
Attorney at Law
401 Eleventh Avenue
Fairbanks, Alaska 99701
(907) 456-3626 Fax: (907) 451-7590
jhackettlaw@aol.com



September 1, 2017

### DELIVERED BY FACSIMILE FOLLOWED BY COURT COURIER

Kenneth L. Covell
Covell Law Office
712 8th Avenue
Fairbanks, Alaska 99701

Re: Response To Meeting On August 31, 2017 About Defendants' Insufficient
    Answers To Garcia's Second Request For Admissions ("SRAs")

Dear Ken,

    This letter will follow up our meeting and conversation at the court reporter's office yesterday, following the conclusion of Mr. Garcia's[1] deposition. I asked you if you had made a decision about amending Defendants' Answers to Garcia's SRAs. You confirmed you had received a copy of my August 28, 2017 letter (which outlines deficiencies and insufficiencies, from Mr. Garcia's perspective) regarding Defendants' Answers and Objections ("A/Os") to Mr. Garcia's SRAs: but you stated you had not yet had a chance to read the letter. I would encourage you to read my letter of August 28, 2017, identifying deficiencies in Defendants' SRAs (I am enclosing another copy of that letter for your review).

    Yesterday you also indicated you wished to talk to your clients, Mr. Wilfredo Gallo and Ms. Yolanda Casillas, both of whom attended Mr. Garcia's deposition. I certainly understood your wanting to talk to your clients, but as a consequence, I was

---

[1] As established at Mr. Garcia's deposition yesterday, "Garcia" is Plaintiff's mother's name, and "Achil" is Plaintiff's father's name; and in the Dominican Republic persons' last names often include the father's name, followed by the mother's name, such as "Achil-Garcia". But Mr. Garcia indicated he is fine with the present style of "Miguel A. Garcia" as named Plaintiff. Nonetheless Mr. Garcia will stipulate he is also known as Miguel A. Achil-Garcia.

Kenneth L. Covell          September 1, 2017

unable to get a response from you as to whether or not Defendants intended to change, or to amend, Defendants' A/Os to Mr. Garcia's SRAs.

You also indicated you had two court hearings this morning, but that I should call your office this morning. I will call your office this morning, but, from Mr. Garcia's perspective, "the ball is in Defendants' court", so to speak. I am happy to meet later today—a second time-- if you think a second meeting would be helpful, after you have the opportunity to read my August 28, 2017 letter.

In order to move this matter forward, I have taken the liberty of enclosing a signed Good Faith Certificate ("GFC"), identifying my August 28, 2017 letter and our meeting yesterday. But I am available to meet again this afternoon if, after you have read my letter of August 28, 2017, you feel a second meeting would be helpful.

If I do not hear anything from you later this morning, I will assume you do not wish to meet again this afternoon (or on Monday morning[2]), to discuss Defendants' insufficient A/Os. Then I would appreciate it if you would sign and return the GFC promptly. If I do not hear anything from you by the close of business Monday, and if you have not signed and returned the GFC, Mr. Garcia will file a discovery motion regarding Defendants' insufficient A/Os to Garcias' SRAs.

Thank-you for your continued cooperation.

                                                Sincerely,

                                                James M. Hackett

Enclosures: (2) as noted

cc: Miguel A. Garcia

---

[2] We agreed that on Monday afternoon Mr. Garcia and I would inspect and photograph Mr. Garcia's three (3) work locations with Defendants.

JAMES M. HACKETT
401 Eleventh Avenue
Fairbanks, Alaska 99701
(907) 456-3626

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| MIGUEL A. GARCIA,<br><br>           Plaintiff,<br><br>vs.<br><br>WILFREDO GALLO,<br>YOLANDA CASILLAS, individually,<br>TACO VALLEY, INC., TACO AZTECA<br>INCORPORATED, and John Does<br>1-2,<br>           Defendants. | **GOOD FAITH<br>CERTIFICATE** |

4:17-CV-0005-TMB

The undersigned attorneys for the parties certify they conferred in good faith to resolve outstanding discovery issues concerning Defendants' August 25, 2017 Answers and Objections ("A/Os") to Garcia's Second Request For Admissions ("SRAs"). On August 28, 2017 Garcia's attorney wrote Defendants' attorney a letter, identifying insufficiencies in Defendants' A/Os to Garcia's SRAs. Thereafter the parties' attorneys

1

*Garcia v. Gallo et al*, 4:17-cv-0005-TMB:
Good Faith Certificate Re: Defendants' Insufficient Responses To Garcia's Second Request For Admissions

conducted depositions on August 30-31, 2017, at court reporter Marci Lynch & Associates' offices in Fairbanks Alaska, in the case. Following the conclusion of Mr. Garcia's deposition on August 31, 2017, Garcia's attorney asked Defendants' attorney about Defendants' position regarding Defendants' insufficient answers to Garcia's SRAs. On August 31, 2017 Defendants' attorney acknowledged receiving the August 28, 2017 letter from Garcia's attorney about Defendants' insufficient answers to Garcia's SRAs; but Defendants' attorney stated he had not had the opportunity to read the letter. On August 31, 2017 Defendants' attorney did not answer whether or not Defendants would change, amend, or supplement Defendants' A/Os to certain of Garcia's SRAs which Garcia has identified as insufficient.

To date Defendants have not agreed to change, amend, or modify Defendants' August 25, 2017 A/Os to Garcia's SRAs. In his August 28, 2017 letter Garcia has identified certain of Defendants' A/Os to Garcia's SRAs as insufficient under Fed. R. Civ. P. 36. Garcia intends to file a discovery motion under Rule 36 to compel sufficient answers. Defendants intend to oppose Garcia's discovery motion. The parties agree that Garcia's discovery motion, any opposition thereto, and any future optional reply, will be served and filed as provided under D. AK. L.R. 7.1.

DATED at Fairbanks, Alaska this 1st day of September, 2017.

s/
_____
James M. Hackett
Attorney For Plaintiff Miguel A. Garcia

DATED at Fairbanks, Alaska this ___ day of September, 2017.

                                            _____
                                            Kenneth L. Covell
                                            Attorney For Defendant Wilfredo Gallo;
                                            Defendant Yolanda Casillas; Defendant
                                            Taco Azteca, Incorporated; and Defendant
                                            Taco Valley, Inc.