**From:** James M. Hackett <jhackettlaw@aol.com>
**To:** covelladmin <covelladmin@gci.net>
**Bcc:** jhackettlaw <jhackettlaw@aol.com>; achil4598 <achil4598@gmail.com>
**Subject:** Re: Defendants' Insufficient Responses To Plaintiff's Second Request For Admissions in Garcia v. Gallo et al
**Date:** Fri, Sep 1, 2017 1:59 pm

Dear Ken,

This will confirm our telephone conversation this morning; we discussed Defendants' insufficient answers to Plaintiffs' Second Request For Admissions; you asked if I had a 9th Circuit decision supporting Garcia's position; I indicated I had District Court decisions supporting Mr. Garcia's position. you said if Mr. Garcia had any 9th Circuit decisions you would "take a look at them". Accordingly you may wish to read FDIC v. Halpern, 271 F.R.D. 191 (D. Nev. 2010), or Adobe Sys., Inc. v. Christenson, 2011 U.S. Dist.Lexis 16977 (D. Nev. 2/7/11).

You asked me what answers I wanted Defendants to submit. As I told you, all I can tell you is that many of Defendants' designated responses are insufficient under Civil Rule 36. It is up to Defendants to decide if they wish to maintain their insufficient responses, or if they wish to comply in good faith with the requirements of Civil Rule 36. and agree to submit sufficient responses. . If I do not hear from you by the end of business on Tuesday, I will assume Defendants wish to maintain their present responses. Have a good weekend. Jim H.

James M. Hackett
401 Eleventh Avenue
Fairbanks, AK 99701
Phone: (907) 456-3626
Fax: (907) 451-7590



PLAINTIFF
EXHIBIT NO. 7
ADMITTED ☐
4:17-CV-0005-TMB
(CASE NUMBER)