JAMES M. HACKETT
401 Eleventh Avenue
Fairbanks, Alaska 99701
(907) 456-3626

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| MIGUEL A. GARCIA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WILFREDO GALLO, )<br>YOLANDA CASILLAS, individually, )<br>TACO VALLEY, INC., TACO AZTECA )<br>INCORPORATED, )<br>)<br>Defendants. )<br>_____ ) | **PARTIAL OPPOSITION TO DEFENDANTS' MOTION FOR EXTENSION OF TIME** |

4:17-CV-0005-TMB

Plaintiff Miguel A. Garcia ("Garcia") does not oppose an extension of time: Garcia opposes Defendants' requested length of an extension, namely until 10/18/17. Garcia is ready and willing to sign a stipulation granting Defendants a 14 day extension of time under LR 7.1. Defendants' opposition would then be due on or about 10/6/17. Future transcription of depositions is immaterial to Garcia's 9/8/17 discovery motion before the Court: namely, whether Defendants' Answers to Garcia's Second Request For Admissions comply with Civil Rule 36 requirements or not.

DATED at Fairbanks, Alaska this 21st day of September, 2017.

_____
James M. Hackett/ABN 7106014
Attorney For Plaintiff Garcia

1