**JAMES M. HACKETT**
**401 Eleventh Avenue**
**Fairbanks, Alaska 99701**
**(907) 456-3626**

# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| MIGUEL A. GARCIA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WILFREDO GALLO**,** )<br>YOLANDA CASILLAS, individually, )<br>TACO VALLEY, INC., TACO AZTECA )<br>INCORPORATED, )<br>)<br>Defendants. )<br>_____) | **MOTION FOR EXTENSION OF TIME TO FILE OPPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

4:17-CV-0005-TMB

Plaintiff Miguel A. Garcia, through counsel, moves the Court to grant Plaintiff an extension of time until Wednesday, November 15, 2017 within which to file an opposition to Defendants' motion to dismiss based upon preclusion by State Department of Labor Administrative wage and hour proceeding ("motion to dismiss") filed October 9, 2017.

Plaintiff needs the requested extension of time to file an opposition in order to: (1) first comply with, and afford, Defendants their 21-day safe harbor notice period, pursuant to the terms of Civil Rule 11(c)(2), within which to consider withdrawing Defendants' pending motion to dismiss; and (2) to clarify with Ms. Moira Westervelt, the State of

1

Alaska, Department of Labor and Workforce Development, Wage and Hour Investigator in Fairbanks, Alaska, who was assigned to Garcia's AWHA wage claim during 2016, whether Ms. Westervelt is authorized by State policy to sign and file an affidavit refuting Defendants' position, or whether State policy is Ms. Westervelt should testify in response to a subpoena.  Should Defendants elect not to withdraw their pending motion to dismiss, and if State policy does not permit Ms. Westervelt to sign and file an affidavit refuting Defendants' position, then Garcia will file an opposition, have a subpoena issued for Ms. Westervelt's testimony, give notice of Ms. Westervelt's expected testimony under LR 7.2(3), and timely request an evidentiary hearing under LR 7.2(b).

DATED at Fairbanks, Alaska this 13th day of October, 2017.

/s/
_____
James M. Hackett/ABN 7106014
Attorney For Plaintiff Garcia

2