Kenneth L. Covell
Law Offices of Kenneth L. Covell
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone: (907) 452-4377
Fax:    (907) 451-7802
E-mail: covelladmin@gci.net
        kcovell@gci.net

Attorney for the Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT FAIRBANKS

| | |
|---|---|
| MIGUEL A. GARCIA<br><br>Plaintiffs,<br>vs.<br><br>WILFREDO GALLO, an individual, YOLANDA CASILLAS, an individual, TACO VALLEY, INC., and TACO AZTECA, INCORPORATED<br><br>Defendant. | Case No. 4:17-cv-00005 TMB |

### NOTICE TO COURT OF FILING EXHIBITS TO MEMORANDUM TO MOTION TO DISMISS AT DOCKET 33

COMES NOW Defendants, by and through counsel hereby files the exhibits to the Memorandum to Motion to Dismiss at docket 33.


LAW OFFICES OF
KENNETH L. COVELL
712 EIGHTH AVENUE
FAIRBANKS, ALASKA 99701
PHONE (907) 452-4377
FAX (907) 451-7802
kcovell@gci.net
covelladmin@gci.net

Notice of Removal
Garcia v. Gallo, et al.

Case 4:17-cv-00005-TMB   Document 36   Filed 10/18/17   Page 1 of 2

Page 1 of 2

RESPECTFULLY SUBMITTED this 18th day of October 2017, at Fairbanks, Alaska.

LAW OFFICE OF KENNETH L. COVELL
                               Attorney for the Defendants
                               By:    s/Kenneth L. Covell
                                      Kenneth L. Covell, ABA 8611103
                                      712 Eight Avenue
                                      Fairbanks, Alaska  99701
                                      Phone:  (907) 452-4377
                                      Fax:     (907) 451-7802
                                      E-mail:  kcovell@gci.net
                                                         covelladmin@gci.net

**CERTIFICATE OF SERVICE**
I hereby certify that on the 18th day of October, 2017 a copy of the foregoing Notice was served via COURIER:

James M. Hackett
401 Eleventh Avenue
Fairbank, AK 99701

By: s/ Liz Reyna
     Law Office of Kenneth L. Covell


LAW OFFICES OF
KENNETH L. COVELL
712 EIGHTH AVENUE
FAIRBANKS, ALASKA 99701
PHONE (907) 452-4377
FAX (907) 451-7802
kcovell@gci.net
covelladmin@gci.net

*Notice of Removal*
*Goode, et al. v. Gallo, et al.*
Case 4:17-cv-00005-TMB   Document 36   Filed 10/18/17   Page 2 of 2
*Page 2 of 2*