Kenneth L. Covell
Law Offices of Kenneth L. Covell
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone: (907) 452-4377
Fax: (907) 451-7802
E-mail: covelladmin@gci.net
kcovell@gci.net

Attorney for the Defendants

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA AT FAIRBANKS**

| | |
|---|---|
| MIGUEL A. GARCIA<br><br>Plaintiffs,<br>vs.<br><br>WILFREDO GALLO, an individual, TACO VALLEY, INC., and TACO AZTECA, INCORPORATED<br><br>Defendant. | Case No. 4:17-cv-00005 TMB |

**MOTION FOR PARTIAL SUMMARY JUDGMENT 2016**

**INTRODUCTION**

Plaintiff Miguel Garcia has filed a wage and hour claim against defendants asking for compensation for portions of 2013, 2014, 2015 and 2016.

LAW OFFICES OF
KENNETH L. COVELL
712 EIGHTH AVENUE
FAIRBANKS, ALASKA 99701
PHONE (907) 452-4377
FAX (907) 451-7802
kcovell@gci.net
covelladmin@gci.net

Mr. Garcia was employed as a kitchen manager and cook by Wilfredo Garcia and Taco Valley Inc. (Taco Dos) located in the Chena Pump Plaza, and Taco Azteca Inc. (Taco Azteca)located on Airport Way, Fairbanks, Alaska.

Mr. Garcia was employed as a kitchen or back-end manager while employed at Taco Dos in 2013, '14 and '15. Mr. Garcia was employed as a cook at Taco Azteca (Taco Valley 1 Airport Way) in 2016.

This motion solely addresses his employment in 2016.

Mr. Garcia signed an employment contract, exhibit 1, On July 5th 2016 to work for $14.00 an hour.

He worked approximately from about the 5th of July to about the 5th of October 2017. Generally he worked significantly less than 40 hours a week.

Mr. Garcia was paid bi-monthly in the amount of $1400.00.

Ms. Kirsty Steele, accountant for Taco Azteca Inc., (Taco Azteca)and Taco Valley Inc. (Taco Dos.), broke down Mr. Garcia's workdays by work week and analyzed them for potential over time due in excess of eight hours a day and/or forty hours per week. These worksheets are attached as exhibit 2.

This shows that Mr. Garcia earned $7,378.07 for the entire period and further shows that Mr. Garcia was paid

LAW OFFICES OF
KENNETH L. COVELL
712 EIGHTH AVENUE
FAIRBANKS, ALASKA 99701
PHONE (907) 452-4377
FAX (907) 451-7802
kcovell@gci.net
covelladmin@gci.net

$9535.07 for the entire period. Mr. Garcia has been over paid $2,157.00 and is owed nothing. Defendants move the court for an order of summary judgment saying so.

RESPECTFULLY SUBMITTED this 26th day of October 2017, at Fairbanks, Alaska.

LAW OFFICE OF KENNETH L. COVELL

Attorney for the Defendants
By: s/Kenneth L. Covell__________
Kenneth L. Covell, ABA 8611103
712 Eight Avenue
Fairbanks, Alaska 99701
Phone: (907) 452-4377
Fax: (907) 451-7802
E-mail: kcovell@gci.net
covelladmin@gci.net

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of October, 2017 a copy of the foregoing Motion for Partial Summary Judgment 2016 was served via Courier:

James M. Hackett
401 Eleventh Avenue
Fairbank, AK 99701

By: s/Liz Reyna
Law Office of Kenneth L. Covell

LAW OFFICES OF
KENNETH L. COVELL
712 EIGHTH AVENUE
FAIRBANKS, ALASKA 99701
PHONE (907) 452-4377
FAX (907) 451-7802
kcovell@gci.net
covelladmin@gci.net