JAMES M. HACKETT
401 Eleventh Avenue
Fairbanks, Alaska 99701
(907) 456-3626
jhackettlaw@aol.com

THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| MIGUEL A. GARCIA,<br><br>        Plaintiff,<br><br>vs.<br><br>WILFREDO GALLO, an individual,<br>YOLANDA CASILLAS, an individual,<br>TACO VALLEY, INC., TACO AZTECA,<br>INCORPORATED, and John Does 1-3,<br>        Defendants, | **AFFIDAVIT IN SUPPORT OF<br>PLAINTIFF'S MOTION FOR<br>SANCTIONS** |

Case No. 4:17-cv-0005-TMB

James M. Hackett, being duly sworn, states as follows:

1. I am the attorney for Plaintiff Miguel A. Garcia ("Garcia");

2. This affidavit is based on personal knowledge;

3. On December 15, 2016, I signed a REQUEST FOR INFORMATION form with the State of Alaska Department of Labor and Workforce Development ("State") in Fairbanks, Alaska, requesting a copy of the Fairbanks' office wage file regarding Garcia's wage and hour claims ("Garcia wage claims file");

4. On the same day I requested a copy of the State's Garcia wage claims file, the Fairbanks Daily News-Miner published a December 15, 2016 front page news story about a State wage and hour investigation and recovery against "Gallo's" and "Taco King", two Mexican restaurants located in Fairbanks, Alaska;

5. A true and correct copy of that Fairbanks Daily News-Miner December 15, 2016 news story is attached as Exhibit 1;

6. Fairbanks attorney Kenneth L. Covell ("Mr. Covell") entered his appearance for Defendants after Garcia filed his wage and hour complaint in state court on December 15, 2016;

7. Mr. Covell is an experienced attorney, having been admitted to the Alaska Bar Association in 1986 (according to the Alaska Directory of Attorneys);

8. In February 2017, during a telephone conversation with Mr. Covell, Mr. Covell questioned whether Garcia was confused about who his employer was, and asked whether or not Garcia worked for Gallo's Restaurant, instead of working for the corporate entities represented by him (Mr. Covell);

9. On February 15, 2017, I wrote a letter to Mr. Covell, confirming that, while Garcia had worked for Gallo's Restaurant in the past, that was a significant time ago;

10. A true and correct copy of my February 15, 2017 letter to Mr. Covell is attached as Exhibit 2;

11. On or about May 1, 2017, my office produced a copy of the State's Garcia wage claims file to Mr. Covell's office as part of Garcia's Initial Disclosures;

12. Among other documents, the State's Garcia wage claims file contains Ms. Moira Westervelt's October 24, 2016 letter to Defendant Taco Azteca, Incorporated, and Defendant Taco Azteca, Incorporation's November 23, 2016 letter response, enclosing check no. 1537 dated 11/23/16, made payable to Miguel A. Garcia in the amount of $233.08, signed by "Yolanda Casillas, Manager—H/R";

13. On December 13, 2016 Garcia assigned his wage claim against Taco Azteca Dos (also known as Taco Valley, Inc.) to the State;

14. A true and correct copy of Garcia's assigned wage claim against Taco Azteca Dos, dated December 13, 2016, is attached as Exhibit 3;

15. The State's Garcia wage claims file also includes copies of Ms. Westervelt's letter of December 15, 2016 to Garcia, enclosing the State's REASSIGNMENT OF WAGE CLAIM, and informing Garcia he "may pursue [his] claims or causes of action through private means as [he] desire[s]";

16. The State's Garcia wage claims file contains no "agreement by an employee [Garcia] to settle a claim for unpaid overtime compensation or liquidated damages for unpaid overtime compensation" under AS 23.10.110(i);

17. The State's Garcia wage claims file contains no "written settlement in which the employee [Garcia] expressly waives the right to receive liquidated damages" under AS 23.10.110(j);

18. On December 15, 2016, Ms. Westervelt forwarded a status letter to Defendants, informing Defendants that "Miguel Garcia's rights, claims, or causes of action have been reassigned to him to pursue as he desires";

19. Ms. Westervelt's December 15, 2016 letter to Defendants also identified two wage claims, namely Garcia's wage claim no. F201610-012 against Taco Azteca, Incorporated; and Garcia's wage claim no. F201612-016 against Taco Valley, Inc.;

20. A true and correct copy of Ms. Westervelt's December 15, 2016 status letter to Defendants is attached as Exhibit 4;

21. On August 31, 2017, Mr. Covell took Garcia's deposition;

22. As part of taking Garcia's deposition on August 31, 2017, Mr. Covell marked the State's Garcia wage claims file as Deposition Exhibit 20 (consisting of 50 pages);

23. On Monday, October 9, 2017 my office received a copy of Defendants' motion to dismiss based upon preclusion by State Department of Labor administrative wage and hour proceeding ("motion to dismiss");

24. Defendants' motion to dismiss cites a single case authority in support, namely *Argento v. Sylvania Lighting Services Corp.*, 127 F.Supp.3d 1060 (D. Ariz. 2015)("*Argento*"), an Arizona federal district court case;

25. Defendants' motion to dismiss describes *Argento* as "persuasive" and "strikingly similar" (*see* Document 32, Page 2 of 2);

26. On Tuesday, October 10, 2017, I wrote a letter to Mr. Covell, requesting him to withdraw Defendants' motion to dismiss, which motion I described as unfounded and designed to cause unnecessary expenses;

27. My October 10, 2017 letter to Mr. Covell also stated Garcia's case was "strikingly dissimilar" to *Argento*, both factually and legally;

28. On October 17, 2017, my office received a letter from Mr. Covell dated October 16, 2017, stating he (Mr. Covell) was "disinclined" to withdraw Defendants' pending motion to dismiss;

29. On October 19, 2017 Garcia served his motion for sanctions on Mr. Covell's office, along with copies of an affidavit from Ms. Moira Westerfelt dated October 19, 2017, and a copy of this affidavit (absent following Paragraphs nos. 30-32));

30. Attached as Exhibit 5 is a true and correct copy of my October 19, 2017 letter to Mr. Covell, enclosing Garcia's motion for sanctions, plus two affidavits, and requesting Mr. Covell to withdraw Defendants' motion to dismiss;

31. Since October 19, 2017 to present, Mr. Covell has not withdrawn Defendants' motion to dismiss based upon preclusion by State Department of Labor administrative wage and hour proceeding ("motion to dismiss") as requested;

32. Excluding October 19, 2017, or the date of delivery of Garcia's motion for sanctions and affidavits on Mr. Covell's office, I calculate that 21 days have elapsed between October 19, 2017 and Thursday, November 9, 2017;

**GARCIA v. GALLOS et al. /4FA-16-02792 CIV**
Affidavit In Support Of Motion For Sanctions

DATED at Fairbanks, Alaska this 9th day of November, 2017.

LAW OFFICE OF JAMES M. HACKETT

_____
James M. Hackett
Attorney for Plaintiff Garcia

SUBSCRIBED AND SWORN TO before me this 9th day of November, 2017 at Fairbanks, Alaska.

_____
Sharon M. Wright
Notary Public in and for the State of Alaska
My commission expires: 11-20-2019

6



# Daily News-Miner

### FAIRBANKS

THE VOICE OF INTERIOR ALASKA

PLAINTIFF
EXHIBIT NO. 1
ADMITTED ☐ 1 pg.
4:17-cv-0005
(CASE NUMBER)

**Inside Today** — Southeast campus to administer UA system's teacher education program



## Fairbanks man shot; shooter at large

**Staff Report**
NEWSROOM@NEWSMINER.COM

A Fairbanks man was shot multiple times on a Fairbanks street Tuesday night and the shooter or shooters remain at large, according to a Fairbanks Police Department news release.

SHOOTING » A3

## Gallo's, Taco King to pay more than $850,000 in back wages

**Staff Report**
NEWSROOM@NEWSMINER.COM

Gallo's Mexican Restaurants and Taco King Inc. has agreed to pay more than $850,000 in overtime and damages to 159 employees in Alaska, the Alaska Department of Labor and Workforce Development announced Wednesday.

Gallo's Mexican Restaurant and Cantina in Fairbanks is located at 60 College Road, and Taco King is located at 200 Old Steese Highway. The company also has restaurants in Anchorage.

The agreement is one of the department's largest recoveries of overtime wages and was secured by the department's Wage and Hours Administration, according to a department news release. A recent investigation revealed the company had violated the Alaska Wage and Hour Act and failed to keep accurate payroll records.

A previous investigation into Gallo's Mexican Restaurants and Taco King Inc. showed the business had violated Alaska labor and wage laws, resulting in a $50,000 collection of unpaid wages and damages.

"Wage violations are not uncommon in the restaurant industry where workers may not know their rights or are afraid to speak up," Labor Commissioner Heidi Drygas said in the news release. "This enforcement puts money back where it belongs — in the pockets of hard-working people and their families."

Alaska's wage law requires overtime pay for all hours worked over eight in a single day or more than 40 hours in a week, for covered non-exempt employees.

*Contact the newsroom at 459-7572.*

James M. Hackett
Attorney at Law
401 Eleventh Avenue
Fairbanks, Alaska 99701
(907) 456-3626 Fax: (907) 451-7590
jhackettlaw@aol.com

February 15, 2017

<u>VIA FAX (907) 451-7802</u>

Kenneth L. Covell
712 8th Avenue
Fairbanks, Alaska 99701

Re: Garcia v. Gallo, et al, Case No. 4:17-cv-0005-TMB

Dear Ken,

This will confirm our telephone discussion on 2/14/17. You indicated you would get back to me about entering your appearance for Defendant Yolanda Casillas.

We also discussed Defendants' producing employment records for both corporate defendants identified in Plaintiff's FIRST REQUEST FOR PRODUCTION. You indicated your clients maintained good records. We discussed whether there might be possible confusion about whether Mr. Garcia worked for the uncle (Abraham Gallo) in Fairbanks. Apparently Mr. Garcia did work for the uncle about 8-9 years ago, but not recently.

Please let me know when you want to meet for the parties' Civil Rule 26(f) meeting to formulate a discovery plan, and to discuss other aspects of the case. Thank you for your continued cooperation.

Sincerely,

James M. Hackett

JMH:fam

cc: Miguel Garcia

PLAINTIFF
EXHIBIT NO. 2
ADMITTED ☐  1 pg.
4:17-cv-0005
(CASE NUMBER)

PRINT OR TYPE - FILL IN ALL BLANKS AS COMPLETELY AS POSSIBLE.

**CLAIMANT** Mr. ____ Ms. ____ Mrs. ____ Your Name Miguel A Achii Garcia
Date of Birth: 03-15-84    Social Security Number: ▓▓▓▓
Mailing Address: ▓▓▓▓  ZIP 99709
Phone No. ▓▓▓▓  Permanent Contact Name & No. Same
Your E-mail address: ▓▓▓▓

**EMPLOYER**
Name of Business: Taco Azteca Dos    Incorporated? _____
Address where employed: 481 Chena Pump RD
Phone No. (907) 451-8226 (Attach a map or directions if difficult to find)
Company mailing address 481 Chena Pump RD    ZIP 99709
Business Owner: _____

**EMPLOYMENT**
Who hired you? Wilfredo Santos    Phone No. 907-350-6047
Who was your supervisor? Same    Phone No. 11
City where hired: Fairbanks    Date of Hire: 2008 - 2016
Did your employer have 4 or more employees at the time you worked there? _____
Your occupation (when employed by this employer) Cook
Why did this employment end? ~~start~~ 10-5-16
_____ Date _____
Have you asked for your wages? No    Date N/A
Employer's reply _____

If you were working on a fish processor, were you working outside the 3-mile limit?
Yes ____  No ✓  Don't know ____

**WAGE AGREEMENT**
Wage promised when hired? $ 14 per: ☑hour ☐Day ☐week ☐month ☐Other _____
Room and board provided? No    Rate Charged $ _____ per _____
Wage rate at time of termination $ 14

Enter the hours you usually worked daily and weekly (less meal breaks)

| S | M | T | W | Th | F | S | WEEKS TOTAL |
|---|---|---|---|---|---|---|---|
|   |   | 12:15 | 12:15 | 12:20 | 12:40 | 12:15 | 61.05 |

What is your regularly scheduled payday?  ☐Weekly  ☐Bi-Weekly (i.e., every other)
☐Twice a Month (i.e., 1st and 15th)  ☐Monthly  ☐Other
Do you have a personal record of your hours? Yes (If so, please provide it)
Was your hiring agreement verbal? Yes  Written? _____
Were you working under a union contract on this job? No
Claim Number: F201612-016

**PLAINTIFF EXHIBIT NO. 3**
ADMITTED ☐ 5 pgs
4:17-cv-0005
(CASE NUMBER)

# WAGES CLAIMED
# CALCULATION SHEET

From _____, 20_____, through _____, 20_____

_____ Straight-time hours  @ $_____ per hour  = $_____

_____ Overtime hours  @ $_____ per hour  = $_____

*(Use lines below if you had more than one rate of pay)*

_____ Straight-time hours  @ $_____ per hour  = $_____

_____ Overtime hours  @ $_____ per hour  = $_____

_____ Straight-time hours  @ $_____ per hour  = $_____

_____ Overtime hours  @ $_____ per hour  = $_____

**PLUS (if applicable)**

_____ Vacation Hours  @ $_____ per hour  = $_____

Return Transportation Cost      = $_____

Bonus (show method of bonus calculation in notes section below)      $_____

Commissions (show method of calculation in notes section below)      $_____

Other (explain in notes section below)      $_____

                                                      Sub-Total  $_____

**Less wages, advances, room and board, etc.**  ( - )  $_____
**Itemize:**_____

**TOTAL AMOUNT CLAIMED**      $_____

Notes:_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## STATEMENT OF CLAIMANT

In your own words, briefly describe your complaint, such as: why your employer won't pay you; whom you asked for your wages and how much you are owed, etc. (a copy of this will be provided to the employer.)

PLEASE PRINT IN INK OR TYPE

STATEMENT: I used to work at Taco Azteca dos I didn't get paid over-time by the I was working there Tuesday to Saturday 12 Hours a day

**I HAVE WRITTEN THE ABOVE STATEMENT, AND IT IS TRUE**

Claimant's Signature

AOL 7332261

SUBSCRIBED AND SWORN BEFORE ME THIS 13TH DAY OF December, 2016.

Notary Public in and for the State of Alaska

My Commission expires: _____ With Office

(Notary seal: BRUCE A. BENNETT, NOTARY PUBLIC, STATE OF ALASKA)

(Continue on page 4 if needed)

TOP OF FORM — START WRITING HERE

STATEMENT (Continued)

## ASSIGNMENT OF WAGE CLAIM

I, __Mi'guel A. Achil Garcia__
(name)

now living at __4921 Daytmouth Dr Suit 8__
(address)

I, __Mi'guel__ do hereby transfer and assign to the State of Alaska, Dept. of Labor & Workforce Development any and all rights, claims, or causes of action under (1) A.S. 23.05.220, such as claim for wages, mechanic's or employee's lien, return of worker's tools, vacation pay or severance pay; under (2) A.S. 23.10.050-150, such as minimum wages, overtime or illegal deductions; or under (3) A. S. 23.10.380, such as return transportation and/or subsistence that I may have arising out of my employment

for __Taco Azteca Dos__
(employer)

I worked as a __Cook__ at __Taco Azteca dos__ Alaska, from
(job description)          (location)

__2013__, 20 __16__, to __5-10-16__, 20 __16__. The amount due
(first day worked)     (last day worked)

me is about $_____, plus interest and any penalties or other remedies allowed by law.
(amount)

I hereby permit the Alaska Department of Labor & Workforce Development, at its own expense, to collect and receive any monies due and owing to me from this employment and to take any and all actions which I might have or could have taken.

I give the Alaska Department of Labor & Workforce Development the power to settle, without my further approval, my wage claim for less than the full value, including interest and penalties. I agree that once the Department reaches a settlement, I forfeit any other chance to collect on my claim. I further agree that any costs or legal fees that may be collected by the Department of Labor and Workforce Development shall become the property of the State of Alaska.

My signature on the Assignment attests that I have read this document and agree fully to its terms.

This Assignment is executed under the authority of A.S. 23.05.060, A.S. 23. 05.140-250, A.S. 23.10.110 and A.S. 23.10.380.

SIGNED AT __Fairbank__, Alaska, this __13th__ day of __December__, 20 __16__.
(city)

Claimant's Signature
ADL 733 2261

Accepted by

STATE OF ALASKA:
DEPT. OF LABOR & WORKFORCE DEVELOPMENT

By: _____
Labor Standards & Safety Division

Subscribed and sworn to before me in the place and date above written.

Notary Public in and for Alaska

My commission expires: __With Office__



**THE STATE of ALASKA**
GOVERNOR BILL WALKER

**Department of Labor and Workforce Development**
LABOR STANDARDS AND SAFETY DIVISION
Wage and Hour Administration

675 7th Avenue, Station J-1
Fairbanks, AK 99701
Phone: (907)451-2886
Fax: 451-2885
http://www.labor.alaska.gov/LSS

December 15, 2016

Miguel Garcia

RE: GARCIA, M. v. TACO AZTECA, INC.
F201610-012
GARCIA, M. v. TACO VALLEY, INC.
F201612-016

Dear Mr. Garcia:

Enclosed you will find a reassignment of your wage claims transferring your rights back to you. You may pursue your claims or causes of action through private means as you desire.

The Department of Labor is closing your cases and does not anticipate any further action.

If you have any questions regarding this matter, please contact our office at 451-2886.

Sincerely,

Moira Westervelt
Wage and Hour Investigator
Wage & Hour Administration
Fairbanks Regional Office

Enclosure: Reassignment

PLAINTIFF
EXHIBIT NO. 4
ADMITTED ☐ 1 pg.
4:17-cv-0005
(CASE NUMBER)

James M. Hackett
Attorney at Law
401 Eleventh Avenue
Fairbanks, Alaska 99701
(907) 456-3626 Fax: (907) 451-7590
jhackettlaw@aol.com

October 19, 2017

Kenneth L. Covell
Covell Law Office
712 8th Avenue
Fairbanks, Alaska 99701

Re: Your Letter of October 16, 2017

Dear Ken,

    Thank you for your letter of October 16, 2017. Hopefully your treatment is going smoothly, and hopefully you are making all the medical progress you want.and need.

    Your letter of October 16, 2017 indicated Defendants are presently "disinclined" to withdraw Defendants' pending motion to dismiss. For your further consideration, please find enclosed copies of the following documents served on your office today:

    Garcia's motion for sanctions dated October 19, 2017;

    Affidavit of Moira Westervelt dated October 19, 2017;

    Affidavit of Garcia's Attorney dated October 19, 2017.

Sincerely,

*[signature]*

James M. Hackett

Enclosures: three (3) as noted

cc: Miguel A. Garcia

**PLAINTIFF**
EXHIBIT NO. 5
ADMITTED ☐ 1 pg
4:17-cv-0005
(CASE NUMBER)