**JAMES M. HACKETT**
**401 Eleventh Avenue**
**Fairbanks, Alaska 99701**
**(907) 456-3626**
**jhackettlaw@aol.com**

THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

MIGUEL A. GARCIA,         )
                               )
         Plaintiff,     )
                               )
vs.                          )   **ATTORNEY'S AFFIDAVIT IN**
                               )   **SUPPORT OF PLAINTIFF'S**
                               )   **DISPOSITIVE MOTION**
WILFREDO GALLO, an individual,  )
YOLANDA CASILLAS, an individual, )
TACO VALLEY, INC., TACO AZTECA, )
INCORPORATED, and John Does 1-3, )
         Defendants,      )
_____)

Case No. 4:17-cv-0005-TMB

     James M. Hackett, being duly sworn, states as follows:

     1.     My name is James M. Hackett;

     2.     I am the attorney for Plaintiff Miguel A. Garcia, also known as Miguel

Antonio Achil-Garcia ("Garcia");

     3.     This affidavit is based on personal knowledge of discovery matters,

namely, personal knowledge regarding wage and hour documents Defendants' attorney

has produced during discovery, relating to 2013-2015 wage and hour matters involving Defendants and Garcia;

4.     During discovery Defendants' attorney has produced some 2013-2015 wage and hour documents which relate to Defendants' pending motion for partial summary judgment 2013-2015 (Document 60);

5.     During discovery Defendants' attorney has produced other records and documents pertaining to both named corporate defendants, namely Defendant Taco Azteca, Incorporated ("TA"), and Defendant Taco Valley, Inc.("TV");

6.     Attached as Exhibit 1 (consisting of 4 pages) are true and correct copies of some discovery documents produced pertaining to Defendant TA;

7.     Exhibit 1 are Defendants' discovery documents marked "D. 290" through "D.293" respectively;

8.     Exhibit 1 contains copies of Defendant TA's biennial corporate reports, filed with the State of Alaska Department of Commerce for 2012, 2014, and 2016;

9.     Exhibit 1 shows the registered agent for Defendant TA is Wilfredo Gallo; Defendant TA's physical location is 3401 Airport Way, Fairbanks, Alaska 99709; the NAICS Code for Defendant TA is "722110-FULL-SERVICE RESTAURANTS"; and that Wilfredo Gallo owns 100% of Defendant TA; Exhibit 1 also shows Wilfredo Gallo holds TA corporate titles of "Director, President, Secretary, Shareholder (and) Treasurer";

2

10. Attached as Exhibit 2 (consisting of 8 pages) are true and correct copies of other discovery documents produced pertaining to Defendant TA;

11. Exhibit 2 are discovery documents for Defendant TA marked "D. 300" through "D. 307" respectively;

12. Exhibit 2 contains corporate Directors' and Shareholders' records for Defendant TA for the period 2013 to 2016;

13. Exhibit 2 shows all corporate TA documents are signed only by Defendant Wilfredo Gallo;

14. Attached as Exhibit 3 (consisting of 5 pages) are true and correct copies of some documents produced pertaining to Defendant TV;

15. Exhibit 3 are Defendants' discovery documents marked "D. 295" through "D. 299" respectively;

16. Exhibit 3 contains copies of Defendant TV's Initial Online Report dated 08/25/2010, and subsequent TV biennial corporate reports, filed with the State of AlaskaDepartment of Commerce for 2012, 2014, and 2016;

17. Exhibit 3 shows the registered agent for Defendant TV is Wilfredo Gallo; TV's physical location is 481 Chena Pump Road, Fairbanks, Alaska 99709; the NAICS Code for Defendant TV is "722110-FULL-SERVICE RESTAURANTS"; and that Wilfredo Gallo owns 100% of Defendant TV; Exhibit 3 also shows Wilfredo Gallo holds TV corporate titles of "Director, President, Secretary, Shareholder (and) Treasurer";

3

18. Attached as Exhibit 4 (consisting of 8 pages) are true and correct copies of other discovery documents produced for Defendant TV;

19. Exhibit 4 are Defendants' discovery documents for Defendant TV marked "D. 308" through "D.315" respectively;

20. Exhibit 4 are corporate Directors' and Shareholders' records for Defendant TV for the period 2013 to 2017;

20. Exhibit 4 shows all corporate TV documents are signed only by Defendant Wilfredo Gallo;

21. Attached as Exhibit 5 (consisting of 6 pages) are true and correct copies of other discovery documents produced pertaining to Defendant TV;

22. Exhibit 5 are Defendants' discovery documents for Defendant TV marked "D. 256" through "D. 261" respectively;

23. Exhibit 5 show the names and numbers of employees these particular records associated with Defendant TV for periods "January through December 2013", "January through December 2014", and "January through December 2015";

24. Exhibit 5 shows the names of Ana Wheeler, Miguel A. Garcia, and Wilfredo Gallo, plus other different names, for years 2013, 2014, and 2015 respectively;

25. Attached as Exhibit 6 (consisting of 4 pages) are true and correct copies of discovery documents produced by Defendants' attorney;

4

26.     Exhibit 6 are additional discovery documents from Defendants, or Defendants' federal W-2 forms issued to Garcia for tax years 2013, 2014, 2015, and 2016;

27.     Exhibit 6 also shows Defendants issued Garcia two (2) separate W-2s in 2016: one for Defendant TV and another for Defendant TA;

28.     Attached as Exhibit 7 (consisting of 3 pages) are true and correct copies of other discovery documents produced by Defendants' attorney;

29.     Exhibit 7 are partial federal income tax returns for Defendant TV for federal tax years 2014, 2015, and 2016;

30.     Exhibit 7 shows each partial income tax return is signed by Defendant Wilfredo Gallo as President;

31.     Exhibit 7 also shows that Defendant Wilfredo Gallo used a federal Subchapter S income tax filing for Defendant TV for tax years 2014, 2015, and 2016;

32.     Defendants have not produced any income tax records for Defendant Gallo or for Defendant TV for federal tax year 2013, even though Plaintiff requested Defendants to produce complete federal income tax records for Defendant Gallo and Defendant TV for tax years 2013 through 2016;

33.     Based on the partial federal tax returns Defendants have produced for Defendant TV, Plaintiff believes that Defendant Gallo and Defendant TV probably filed a federal Subchapter S income tax return for federal tax year 2013 also;

5

34. Defendants have not produced any income tax records for Defendant Gallo and Defendant TA for federal tax year 2013 through 2016, even though Plaintiff has requested Defendants to produce complete income tax records for Defendant Gallo and Defendant TA for tax years 2013 through 2016;

35. Based on partial federal tax returns Defendants have produced for Defendant TV, Plaintiff believes Defendant Gallo and Defendant TA probably filed federal Subchapter S income tax returns for federal tax years 2013-2015;

36. Based in part on unsuccessful negotiations between parties' attorneys to enter into a mutually agreeable stipulation regarding Defendant TA's annual sales revenues for years 2013, 2014, and 2015, and based in part on Defendant Wilfredo Gallo's August 30, 2017 Rule 30(b)(6) deposition testimony on behalf of Defendant TA, Plaintiff believes that Defendant TA's federal income tax returns for tax years 2013, 2014, and 2015 will show annual sales receipts in excess of $500,000, for each of these three (3) separate TA tax years, namely annual sales receipts in excess of $500,000 for 2013, 2014, and 2015;

37. Attached as Exhibit 8 (consisting of 2 pages) are true and correct copies of other discovery documents related to Defendant TV produced by Defendants' attorney;

38. Exhibit 8 are discovery documents marked "D. 108" and "D. 109" respectively, and show certain credited "on-the-clock" hours worked by Plaintiff at Defendant TV during August 2016 and September 2016;

6

39.    Attached as Exhibit 9 (consisting of 1 page) is a true and correct copy of a discovery document related to Defendant TV and recently produced by Defendants' attorney;

40.    Exhibit 9 is discovery document marked "D. 372" and shows certain additional credited "on-the-clock" hours worked by Plaintiff at Defendant TV during July 2016;

41.    Attached hereto are additional discovery documents produced by Defendants and marked "D.3" and "D.4" as Exhibit 10;

42.    These documents represent a letter dated March 30, 2017 and signed by accountant Kirsty Steele on behalf of Defendants;

43.    Document "D.3" includes some "Payroll History" for Garcia, including statements that Defendant TA paid Garcia "$2,800 a month" during July-September 2016, and that Defendant TA also paid Garcia "$14/hour" during the same July-September 2016  time period;

44.    In support of Plaintiff's dispositive motion for partial summary judgment, Plaintiff has filed excerpts August 30, 2017 Rule 30(b)(6) depositions of Defendant TA and Defendant TV;

45.    In support of Plaintiff's dispositive motion for partial summary judgment, Plaintiff has also filed excerpts from August 30, 2017 depositions of Defendant Wilfredo Gallo and Defendant Yolanda Casillas;

7

46. In support of Plaintiff's dispositive motion for partial summary judgment,

Plaintiff has also filed excerpts from Plaintiff Garcia's August 31, 2017 deposition.

DATED at Fairbanks, Alaska this 8th day of January, 2018.

_____
James M. Hackett
Plaintiff For Plaintiff

SUBSCRIBED AND SWORN TO before me this 8th day of January, 2018 at
Fairbanks, Alaska.

_____
Notary Public in and for the State of Alaska
My commission expires: Apr 8, 2018

8



STATE OF ALASKA
DEPARTMENT OF
**COMMERCE**
COMMUNITY AND
ECONOMIC DEVELOPMENT

Sean Parnell, Governor
Susan K. Bell, Commissioner
Don Habeger, Director

Division of Corporations, Business and Professional Licensing

Office Use Only                    **COR**

# 2012 Biennial Report
Domestic Business Corporation
For the period ending December 31, 2011
AS 10.06.805, .808, .811

## Legal Name

**Entity Number**        114004

**Entity Legal Name**    Taco Azteca, Incorporated

## Home State and Registered Agent

**Country/State**        UNITED STATES, AK

**First/Middle/Last**    Wilfredo   Gallo

| Physical | Mailing |
|---|---|
| 1552 TURNER ST #D<br>FAIRBANKS, AK, UNITED STATES, 99701 | 1552 TURNER ST #D<br>FAIRBANKS, AK, UNITED STATES, 99701 |

## Principal Office

| Physical | Mailing |
|---|---|
| 3401 AIRPORT WAY<br>FAIRBANKS, AK, UNITED STATES, 99709 | 1552 TURNER ST #D<br>FAIRBANKS, AK, UNITED STATES, 99701 |

## NAICS Code and Activity

**NAICS Code**        722110 - FULL-SERVICE RESTAURANTS

**Purpose**           Any Lawful

## Officials



PLAINTIFF
EXHIBIT NO. 1
ADMITTED ☐
4:17-cv-0005-
(CASE NUMBER) TMB

D-290

All domestic business corporations must have a president, secretary, treasurer and at least one director. The secretary and the president cannot be the same person unless the president is 100% shareholder. The entity must also list any alien affiliates and those shareholders that hold 5% or more of the issued shares.

| Name | Address | % Owned | Titles |
|------|---------|---------|--------|
| Wilfredo Gallo | 1552 TURNER ST #D, FAIRBANKS, AK, UNITED STATES, 99701 | 100 | Director President Secretary Shareholder Treasurer |

## Authorized Shares

| Class | Series | Authorized | Par Value | Amount Issued |
|-------|--------|------------|-----------|---------------|
| Common | | 1000 | $ 0 | 1000 |

PO Box 110806, Juneau, AK 99811-0806
Telephone: (907) 465-2550  Fax: (907) 465-2974  Text Tel: (907) 465-5437  Website: http://commerce.alaska.gov/occ/

Page 2 of 2

6/11/2012  2:06:13PM

D-291



STATE OF ALASKA
DEPARTMENT OF
# COMMERCE
COMMUNITY AND
ECONOMIC DEVELOPMENT

Sean Parnell, Governor
Susan K. Bell, Commissioner
Don Habeger, Director

Office Use Only

**COR**

Division of Corporations, Business and Professional Licensing

Web-10/18/2013 9:40:35 AM

## Business Corporation
### 2014 Biennial Report
For the period ending December 31, 2013

- This report is due on January 02, 2014
- $100.00 if postmarked before February 02, 2014
- $137.50 if postmarked on or after February 02, 2014

| | | **Registered Agent** | |
|---|---|---|---|
| **Entity Name:** | Taco Azteca, Incorporated | **Name:** | Wilfredo Gallo |
| **Entity Number:** | 114004 | **Physical Address:** | 3401 AIRPORT WAY, |
| **Home Country:** | UNITED STATES | | FAIRBANKS, AK 99709 |
| | | **Mailing Address:** | PO BOX 74708, FAIRBANKS, AK |
| **Home State/Province:** | ALASKA | | 99707 |

| | |
|---|---|
| **Entity Physical Address:** | 3401 AIRPORT WAY, FAIRBANKS, AK 99709 |

| | |
|---|---|
| **Entity Mailing Address:** | PO BOX 74708, FAIRBANKS, AK 99707 |

**Please include all officials.** Check all titles that apply. Must use titles provided. All domestic business corporations must have a president, secretary, treasurer and at least one director. The secretary and the president cannot be the same person unless the president is 100% shareholder. The entity must also list any alien affiliates and those shareholders that hold 5% or more of the issued shares.

| Name | Address | % Owned | Titles |
|---|---|---|---|
| WILFREDI GALLO | 1552 TURNER ST #D, FAIRBANKS, AK 99701 | 100 | Director, President, Secretary, Shareholder, Treasurer |

**Purpose:** Any Lawful

**NAICS Code:** 722110 - FULL-SERVICE RESTAURANTS
**New NAICS Code** (optional): [                    ]

Complete the below stock information on record with the Department. You may not change your authorized shares with this form. An amendment is required. Fill in number of shares issued.

| Class | Series | Authorized | Par Value | Amount Issued |
|---|---|---|---|---|
| Common | | 1000 | $0.00 | 1000 |

I certify under penalty of perjury under the Uniform Electronic Transaction Act and the laws of the State of Alaska that the information provided in this application is true and correct, and further certify that by submitting this electronic filing I am contractually authorized by the Official(s) listed above to act on behalf of this entity.

**Name:** Kelly Ward

PO Box 110806, Juneau, AK 99811-0806
Telephone: (907) 465-2550 Fax: (907) 465-2974 Text Tel: (907) 465-5437
Website: http://commerce.alaska.gov/dnn/cbpl

Entity #: 114004                                        Page 1 of 1

D-292



THE STATE
of **ALASKA**

Department of Commerce, Community, and Economic Development
Division of Corporations, Business, and Professional Licensing
PO Box 110806, Juneau, AK 99811-0806
(907) 465-2550 · Email: *corporations@alaska.gov*
Website: *Corporations.Alaska.gov*

## Business Corporation
### 2016 Biennial Report
For the period ending December 31, 2015

- This report is due on January 02, 2016
- $100.00 if postmarked before February 02, 2016
- $137.50 if postmarked on or after February 02, 2016

| | | **Registered Agent** | |
|---|---|---|---|
| **Entity Name:** | Taco Azteca, Incorporated | **Name:** | Wilfredo Gallo |
| **Entity Number:** | 114004 | **Physical Address:** | 3401 AIRPORT WAY, FAIRBANKS, AK 99709 |
| **Home Country:** | UNITED STATES | | |
| **Home State/Province:** | ALASKA | **Mailing Address:** | PO BOX 74708, FAIRBANKS, AK 99707 |

**Entity Physical Address:** 3401 AIRPORT WAY, FAIRBANKS, AK 99709

**Entity Mailing Address:** PO BOX 74708, FAIRBANKS, AK 99707

Please include all officials. Check all titles that apply. Must use titles provided. All domestic business corporations must have a president, secretary, treasurer and at least one director. The secretary and the president cannot be the same person unless the president is 100% shareholder. The entity must also list any alien affiliates and those shareholders that hold 5% or more of the issued shares.

| Name | Address | % Owned | Titles |
|---|---|---|---|
| WILFREDI GALLO | 1552 TURNER ST #D, FAIRBANKS, AK 99701 | 100 | Director, President, Secretary, Shareholder, Treasurer |

**Purpose:** Any Lawful

**NAICS Code:** 722110 - FULL-SERVICE RESTAURANTS

**New NAICS Code** (optional): [          ]

Complete the below stock information on record with the Department. You may not change your authorized shares with this form. An amendment is required. Fill in number of shares issued.

| Class | Series | Authorized | Par Value | Amount Issued |
|---|---|---|---|---|
| Common | | 1000 | $0.00 | 1000 |

I certify under penalty of perjury under the Uniform Electronic Transaction Act and the laws of the State of Alaska that the information provided in this application is true and correct, and further certify that by submitting this electronic filing I am contractually authorized by the Official(s) listed above to act on behalf of this entity.

**Name:** Kirsty Steele

Entity #: 114004                 Page 1 of 1

D-293

# Taco Azteca Incorporated
## Unanimous Consent of Directors

The undersigned, being all of the Shareholders of Taco Azteca Inc., unanimously and in writing consent to the following actions in lieu of a meeting:

**RESOLVED:**                    The Officers of the Corporation are as follows:

**Wilfredo Gallo**

The Officers of Taco Azteca Inc, shall hold office until the next annual meeting or until successors are duly elected and qualified.

**FURTHER RESOLVED:**      All of the actions and decisions of the Board of Directors and Officers of this Corporation for the past fiscal year through and including the date of this consent are approved and ratified.

The undersigned further certifies that the foregoing Resolutions remain in full force and effect and have not been either rescinded or modified.

IN WITNESS WHEREOF, the Directors of Taco Azteca Inc., have executed this Unanimous Consent of Directors.

_____            2/3/16
Wilfredo Gallo, Shareholder                        Date



PLAINTIFF
EXHIBIT NO. 2
ADMITTED ☐
4:17-CV-0005
(CASE NUMBER) TmB

D-300

Scanned by CamScanner

# Taco Azteca Incorporated
## Unanimous Consent of Shareholders

The undersigned, being all of the Shareholders of Taco Azteca Inc., unanimously and in writing consent to the following actions in lieu of a meeting:

**RESOLVED:**  The Directors of the Corporation are as follows:

**Wilfredo Gallo**

The Directors of Taco Azteca Inc, shall hold office until the next annual meeting or until successors are duly elected and qualified.

**FURTHER RESOLVED:**  All of the actions and decisions of the Board of Directors and Officers of this Corporation for the past fiscal year through and including the date of this consent are approved and ratified.

The undersigned further certifies that the foregoing Resolutions remain in full force and effect and have not been either rescinded or modified.

IN WITNESS WHEREOF, the Shareholders of Taco Azteca Inc., have executed this Unanimous Consent of Shareholders.

_____
Wilfredo Gallo, Shareholder

_____
Date  2/3/16

D-301

Scanned by CamScanner

**Taco Azteca Incorporated**
**Unanimous Consent of Shareholders**

The undersigned, being all of the Shareholders of Taco Azteca Inc., unanimously and in writing consent to the following actions in lieu of a meeting:

**RESOLVED:**     The Directors of the Corporation are as follows:

        **Wilfredo Gallo**

        The Directors of Taco Azteca Inc, shall hold office until the next annual meeting or until successors are duly elected and qualified.

**FURTHER RESOLVED:**  All of the actions and decisions of the Board of Directors and Officers of this Corporation for the past fiscal year through and including the date of this consent are approved and ratified.

The undersigned further certifies that the foregoing Resolutions remain in full force and effect and have not been either rescinded or modified.

IN WITNESS WHEREOF, the Shareholders of Taco Azteca Inc., have executed this Unanimous Consent of Shareholders.

_____   2/11/15
Wilfredo Gallo, Shareholder      Date

D-302

Scanned by CamScanner

# Taco Azteca Incorporated
## Unanimous Consent of Directors

The undersigned, being all of the Shareholders of Taco Azteca Inc., unanimously and in writing consent to the following actions in lieu of a meeting:

**RESOLVED:**          The Officers of the Corporation are as follows:

**Wilfredo Gallo**

The Officers of Taco Azteca Inc, shall hold office until the next annual meeting or until successors are duly elected and qualified.

**FURTHER RESOLVED:**          All of the actions and decisions of the Board of Directors and Officers of this Corporation for the past fiscal year through and including the date of this consent are approved and ratified.

The undersigned further certifies that the foregoing Resolutions remain in full force and effect and have not been either rescinded or modified.

IN WITNESS WHEREOF, the Directors of Taco Azteca Inc., have executed this Unanimous Consent of Directors.

_Wilfredo Gallo, Shareholder_

2|11|15
Date

Scanned by CamScanner

D-363

# Taco Azteca Incorporated
## Unanimous Consent of Shareholders

The undersigned, being all of the Shareholders of Taco Azteca Inc., unanimously and in writing consent to the following actions in lieu of a meeting:

**RESOLVED:**        The Directors of the Corporation are as follows:

                     **Wilfredo Gallo**

                     The Directors of Taco Azteca Inc, shall hold office until the next annual meeting or until successors are duly elected and qualified.

**FURTHER RESOLVED:**    All of the actions and decisions of the Board of Directors and Officers of this Corporation for the past fiscal year through and including the date of this consent are approved and ratified.

The undersigned further certifies that the foregoing Resolutions remain in full force and effect and have not been either rescinded or modified.

IN WITNESS WHEREOF, the Shareholders of Taco Azteca Inc., have executed this Unanimous Consent of Shareholders.

_____      _2/17/14_____

Wilfredo Gallo, Shareholder            Date

D.304

Scanned by CamScanner

# Taco Azteca Incorporated
## Unanimous Consent of Directors

The undersigned, being all of the Shareholders of Taco Azteca Inc., unanimously and in writing consent to the following actions in lieu of a meeting:

**RESOLVED:**     The Officers of the Corporation are as follows:

**Wilfredo Gallo**

The Officers of Taco Azteca Inc, shall hold office until the next annual meeting or until successors are duly elected and qualified.

**FURTHER RESOLVED:**     All of the actions and decisions of the Board of Directors and Officers of this Corporation for the past fiscal year through and including the date of this consent are approved and ratified.

The undersigned further certifies that the foregoing Resolutions remain in full force and effect and have not been either rescinded or modified.

IN WITNESS WHEREOF, the Directors of Taco Azteca Inc., have executed this Unanimous Consent of Directors.

_____
Wilfredo Gallo, Shareholder

_2/17/14_
Date

D-305

Scanned by CamScanner

# Taco Azteca Incorporated
## Unanimous Consent of Shareholders

The undersigned, being all of the Shareholders of Taco Azteca Inc., unanimously and in writing consent to the following actions in lieu of a meeting:

**RESOLVED:**     The Directors of the Corporation are as follows:

**Wilfredo Gallo**

The Directors of Taco Azteca Inc, shall hold office until the next annual meeting or until successors are duly elected and qualified.

**FURTHER RESOLVED:**     All of the actions and decisions of the Board of Directors and Officers of this Corporation for the past fiscal year through and including the date of this consent are approved and ratified.

The undersigned further certifies that the foregoing Resolutions remain in full force and effect and have not been either rescinded or modified.

IN WITNESS WHEREOF, the Shareholders of Taco Azteca Inc., have executed this Unanimous Consent of Shareholders.

_____     _____2/22/13_____
Wilfredo Gallo, Shareholder     Date

D-306

Scanned by CamScanner

# Taco Azteca Incorporated
## Unanimous Consent of Directors

The undersigned, being all of the Shareholders of Taco Azteca Inc., unanimously and in writing consent to the following actions in lieu of a meeting:

**RESOLVED:**   The Officers of the Corporation are as follows:

**Wilfredo Gallo**

The Officers of Taco Azteca Inc, shall hold office until the next annual meeting or until successors are duly elected and qualified.

**FURTHER RESOLVED:**   All of the actions and decisions of the Board of Directors and Officers of this Corporation for the past fiscal year through and including the date of this consent are approved and ratified.

The undersigned further certifies that the foregoing Resolutions remain in full force and effect and have not been either rescinded or modified.

IN WITNESS WHEREOF, the Directors of Taco Azteca Inc., have executed this Unanimous Consent of Directors.

_____          2/22/13
Wilfredo Gallo, Shareholder              Date

D-307

Scanned by CamScanner



State of Alaska
Department of Commerce, Community, and Economic Development
Division of Corporations, Business and Professional Licensing
Corporations Section
PO Box 110808
Juneau, AK 99811-0808

AK Entity #: 130289
Date Filed: 08/25/2010 09:54 AM
State of Alaska
Department of Commerce

**Business Corporation
Online Initial Report**

| Alaska Entity # 130289 | Entity Mailing Address |
|---|---|
| TACO VALLEY, INC | PO BOX 74708<br>FAIRBANKS, AK 99708 |

| Name and Mailing Address of Registered Agent: | Physical Address of Agent if Mailing Address is a PO Box or Mail Stop |
|---|---|
| Gallo, Wilfredo<br>PO Box 74708<br>Fairbanks, AK 99707 | 481 Chena Pump Road<br>Fairbanks, AK 99709 |

Please note that this report may not be filed for the record if the required information is not provided. All corporations must have a president, secretary, treasurer and at least one director. The secretary and the president cannot be the same person unless the president is 100% shareholder. The entity must also list any alien affiliates and those shareholders that hold 5% or more of the issues shares.

| Title | Name | Mailing Address | City, State, Zip | ☑ if Director | % Share Held | ☑ if alien affiliate |
|---|---|---|---|---|---|---|
| President | WILFREDO GALLO | PO BOX 74708 | FAIRBANKS AK 99707 | ☑ | 100 | ☐ |
| Vice President | WILFREDO GALLO | PO BOX 74708 | FAIRBANKS AK 99707 | ☑ | 100 | ☐ |
| Secretary | WILFREDO GALLO | PO BOX 74708 | FAIRBANKS AK 99707 | ☑ | 100 | ☐ |
| Treasurer | WILFREDO GALLO | PO BOX 74708 | FAIRBANKS AK 99707 | ☑ | 100 | ☐ |
| Director | | | | ☐ | | ☐ |

If necessary, attach a list of additional officers, directors, shareholders, and alien affiliates on a separate 8 1/2 X 11 sheet of paper.

**This report is public information.** Please do not list confidential information such as date of birth or Social Security Numbers.

Note: The registered agent information, name of the entity and the information in the boxes below cannot be changed using this form. You can request the necessary form to change the information by calling (907) 465-2530 or visit our website at http://www.corporations.alaska.gov

| State of Domicile | AK | | | | |
|---|---|---|---|---|---|
| Total Number of Authorized Shares | 1000 | Class | Common | Series | 0 |
| Description of Business Activities in Alaska | ANY LAWFUL PURPOSE | | NAICS Code | | 722110 |

| 08/25/2010 | Kirsty Steele | Robinson and Associates |
|---|---|---|
| Date | Signature | Title |

**PLAINTIFF**

EXHIBIT NO. 3

ADMITTED ☐

4:17-CV-0005
(CASE NUMBER) TMB

D-295

08-590 Revised 08/04 adh



## STATE OF ALASKA
### D E P A R T M E N T   O F
# COMMERCE
### C O M M U N I T Y   A N D
### ECONOMIC DEVELOPMENT

Sean Parnell, Governor
Susan K. Bell, Commissioner
Don Habeger, Director

Office Use Only                    **COR**

Division of Corporations, Business and Professional Licensing

## 2012 Biennial Report
Domestic Business Corporation
For the period ending December 31, 2011
AS 10.06.805, .808, .811

### Legal Name

**Entity Number**          130289

**Entity Legal Name**      TACO VALLEY, INC

### Home State and Registered Agent

**Country/State**          UNITED STATES, AK

**First/Middle/Last**      WILFREDO  GALLO

| Physical | Mailing |
|---|---|
| 481 CHENA PUMP ROAD<br>FAIRBANKS, AK, UNITED STATES, 99709 | PO BOX 74708<br>FAIRBANKS, AK, UNITED STATES, 99707 |

### Principal Office

| Physical | Mailing |
|---|---|
| 481 CHENA PUMP ROAD<br>FAIRBANKS, AK, UNITED STATES, 99709 | PO BOX 74708<br>FAIRBANKS, AK, UNITED STATES, 99708 |

### NAICS Code and Activity

**NAICS Code**          722110 - FULL-SERVICE RESTAURANTS

**Purpose**             ANY LAWFUL PURPOSE

### Officials

Case 4:17-cv-00005-TMB   Document 86   Filed 01/09/18   Page 22 of 51   D-296

All domestic business corporations must have a president, secretary, treasurer and at least one director. The secretary and the president cannot be the same person unless the president is 100% shareholder. The entity must also list any alien affiliates and those shareholders that hold 5% or more of the issued shares.

| Name | Address | % Owned | Titles |
|------|---------|---------|--------|
| WILFREDO GALLO | PO BOX 74708, FAIRBANKS, AK, UNITED STATES, 99707 | 100 | Director President Secretary Shareholder Treasurer Vice President |

## Authorized Shares

| Class | Series | Authorized | Par Value | Amount Issued |
|-------|--------|------------|-----------|---------------|
| Common | 0 | 1000 | $ 75 | 1000 |

D-297



STATE OF ALASKA
DEPARTMENT OF
**COMMERCE**
COMMUNITY AND
ECONOMIC DEVELOPMENT

Sean Parnell, Governor
Susan K. Bell, Commissioner
Don Habeger, Director

Office Use Only

**COR**

Division of Corporations, Business and Professional Licensing

Web-10/18/2013 9:50:15 AM

## Business Corporation
### 2014 Biennial Report
For the period ending December 31, 2013

- This report is due on January 02, 2014
- $100.00 if postmarked before February 02, 2014
- $137.50 if postmarked on or after February 02, 2014

| | | **Registered Agent** | |
|---|---|---|---|
| Entity Name: | TACO VALLEY, INC | Name: | WILFREDO GALLO |
| Entity Number: | 130289 | Physical Address: | 481 CHENA PUMP ROAD, FAIRBANKS, AK 99709 |
| Home Country: | UNITED STATES | Mailing Address: | PO BOX 74708, FAIRBANKS, AK 99707 |
| Home State/Province: | ALASKA | | |

| Entity Physical Address: | 481 Chena Pump Road, Fairbanks, AK 99709 |
|---|---|

| Entity Mailing Address: | PO BOX 74708, FAIRBANKS, AK 99708 |
|---|---|

**Please include all officials.** Check all titles that apply. Must use titles provided. All domestic business corporations must have a president, secretary, treasurer and at least one director. The secretary and the president cannot be the same person unless the president is 100% shareholder. The entity must also list any alien affiliates and those shareholders that hold 5% or more of the issued shares.

| Name | Address | % Owned | Titles |
|---|---|---|---|
| WILFREDO GALLO | PO BOX 74708, FAIRBANKS, AK 99707 | 100 | Director, President, Secretary, Shareholder, Treasurer, Vice President |

**Purpose:** ANY LAWFUL PURPOSE

**NAICS Code:** 722110 - FULL-SERVICE RESTAURANTS
**New NAICS Code** (optional): 

Complete the below stock information on record with the Department. You may not change your authorized shares with this form. An amendment is required. Fill in number of shares issued.

| Class | Series | Authorized | Par Value | Amount Issued |
|---|---|---|---|---|
| Common | 0 | 1000 | $75.00 | 1000 |

I certify under penalty of perjury under the Uniform Electronic Transaction Act and the laws of the State of Alaska that the information provided in this application is true and correct, and further certify that by submitting this electronic filing I am contractually authorized by the Official(s) listed above to act on behalf of this entity.

**Name:** Kelly Ward

PO Box 110806, Juneau, AK 99811-0806
Telephone: (907) 465-2550 Fax: (907) 465-2974 Text Tel: (907) 465-5437
Website: http://commerce.alaska.gov/dnn/cbpl

Entity #: 130289                    Page 1 of 1



THE STATE

of **ALASKA**

Department of Commerce, Community, and Economic Development
Division of Corporations, Business, and Professional Licensing
PO Box 110806, Juneau, AK 99811-0806
(907) 465-2550 • Email: corporations@alaska.gov
Website: Corporations.Alaska.gov

AK Entity #: 130289
Date Filed: 04/18/2016
State of Alaska, DCCED

FOR DIVISION USE ONLY

Web-4/18/2016 12:22:22 PM

## Business Corporation

### 2016 Biennial Report

For the period ending December 31, 2015

- This report is due on January 02, 2016
- $100.00 if postmarked before February 02, 2016
- $137.50 if postmarked on or after February 02, 2016

| | | | |
|---|---|---|---|
| **Entity Name:** | TACO VALLEY, INC | **Registered Agent** | |
| **Entity Number:** | 130289 | **Name:** | WILFREDO GALLO |
| **Home Country:** | UNITED STATES | **Physical Address:** | 481 CHENA PUMP ROAD, FAIRBANKS, AK 99709 |
| **Home State/Province:** | ALASKA | **Mailing Address:** | PO BOX 74708, FAIRBANKS, AK 99707 |

**Entity Physical Address:** 481 CHENA PUMP ROAD, FAIRBANKS, AK 99709

**Entity Mailing Address:** PO BOX 74708, FAIRBANKS, AK 99708

**Please include all officials. Check all titles that apply. Must use titles provided. All domestic business corporations must have a president, secretary, treasurer and at least one director. The secretary and the president cannot be the same person unless the president is 100% shareholder. The entity must also list any alien affiliates and those shareholders that hold 5% or more of the issued shares.**

| Name | Address | % Owned | Titles |
|---|---|---|---|
| WILFREDO GALLO | PO BOX 74708, FAIRBANKS, AK 99707 | 100 | Director, President, Secretary, Shareholder, Treasurer, Vice President |

**Purpose:** ANY LAWFUL PURPOSE

**NAICS Code:** 722110 - FULL-SERVICE RESTAURANTS
**New NAICS Code** (optional):

Complete the below stock information on record with the Department. You may not change your authorized shares with this form. An amendment is required. Fill in number of shares issued.

| Class | Series | Authorized | Par Value | Amount Issued |
|---|---|---|---|---|
| Common | 0 | 1000 | $75.00 | 1000 |

I certify under penalty of perjury under the Uniform Electronic Transaction Act and the laws of the State of Alaska that the information provided in this application is true and correct, and further certify that by submitting this electronic filing I am contractually authorized by the Official(s) listed above to act on behalf of this entity.

**Name:** Kirsty Steele

Entity #: 130289        Page 1 of 1

D-299

# TACO VALLEY, INC
## Unanimous Consent of Directors

The undersigned, being all of the Directors of TACO VALLEY, INC (the "Corporation"), unanimously and in writing consent to the following action in lieu of a meeting:

**RESOLVED:**    The Officers of the Corporation are as follows:

President: Wilfredo J. Gallo

The Officers of the Corporation shall hold office until the next annual meeting or until successors are duly elected and qualified.

**FURTHER RESOLVED**    All the actions and decisions of the Board of Directors and Officers of this Corporation for the past fiscal year through and including the date of this meeting are herby approved and ratified.

The undersigned further certifies that the foregoing Resolutions remain in full force and effect and have not been either rescinded or modified.

IN WITNESS WHEREOF, the Directors of TACO VALLEY, INC have executed this Unanimous Consent of Directors.

2/22/17
_____
Date

_____
Wilfredo J. Gallo, Director

**PLAINTIFF**
EXHIBIT NO. 4
ADMITTED ☐
4:17-cv-0005-TMB
(CASE NUMBER)

D-308

Scanned by CamScanner

# Taco Valley Incorporated
## Unanimous Consent of Directors

The undersigned, being all of the Shareholders of Taco Valley Inc., unanimously and in writing consent to the following actions in lieu of a meeting:

**RESOLVED:**     The Officers of the Corporation are as follows:

**Wilfredo Gallo**

The Officers of Taco Valley Inc, shall hold office until the next annual meeting or until successors are duly elected and qualified.

**FURTHER RESOLVED:**     All of the actions and decisions of the Board of Directors and Officers of this Corporation for the past fiscal year through and including the date of this consent are approved and ratified.

The undersigned further certifies that the foregoing Resolutions remain in full force and effect and have not been either rescinded or modified.

IN WITNESS WHEREOF, the Directors of Taco Valley Inc., have executed this Unanimous Consent of Directors.

_Wilfredo Gallo, Shareholder_

Date 2/3/16

Scanned by CamScanner

D-309

# Taco Valley Incorporated
## Unanimous Consent of Shareholders

The undersigned, being all of the Shareholders of Taco Valley Inc., unanimously and in writing consent to the following actions in lieu of a meeting:

**RESOLVED:**    The Directors of the Corporation are as follows:

**Wilfredo Gallo**

The Directors of Taco Valley Inc, shall hold office until the next annual meeting or until successors are duly elected and qualified.

**FURTHER RESOLVED:**    All of the actions and decisions of the Board of Directors and Officers of this Corporation for the past fiscal year through and including the date of this consent are approved and ratified.

The undersigned further certifies that the foregoing Resolutions remain in full force and effect and have not been either rescinded or modified

IN WITNESS WHEREOF, the Shareholders of Taco Valley Inc., have executed this Unanimous Consent of Shareholders.

_____
Wilfredo Gallo, Shareholder

2/3/16
Date

D-310

Scanned by CamScanner

# Taco Valley Incorporated
## Unanimous Consent of Directors

The undersigned, being all of the Shareholders of Taco Valley Inc., unanimously and in writing consent to the following actions in lieu of a meeting:

**RESOLVED:**    The Officers of the Corporation are as follows:

         **Wilfredo Gallo**

         The Officers of Taco Valley Inc, shall hold office until the next annual meeting or until successors are duly elected and qualified.

**FURTHER RESOLVED:**  All of the actions and decisions of the Board of Directors and Officers of this Corporation for the past fiscal year through and including the date of this consent are approved and ratified.

The undersigned further certifies that the foregoing Resolutions remain in full force and effect and have not been either rescinded or modified.

IN WITNESS WHEREOF, the Directors of Taco Valley Inc., have executed this Unanimous Consent of Directors.

_____    2/11/15
Wilfredo Gallo, Shareholder      Date

D-311

Scanned by CamScanner

# Taco Valley Incorporated
## Unanimous Consent of Shareholders

The undersigned, being all of the Shareholders of Taco Valley Inc., unanimously and in writing consent to the following actions in lieu of a meeting:

**RESOLVED:**  The Directors of the Corporation are as follows:

**Wilfredo Gallo**

The Directors of Taco Valley Inc, shall hold office until the next annual meeting or until successors are duly elected and qualified.

**FURTHER RESOLVED:**  All of the actions and decisions of the Board of Directors and Officers of this Corporation for the past fiscal year through and including the date of this consent are approved and ratified.

The undersigned further certifies that the foregoing Resolutions remain in full force and effect and have not been either rescinded or modified.

IN WITNESS WHEREOF, the Shareholders of Taco Valley Inc., have executed this Unanimous Consent of Shareholders.

_____          2/11/15
Wilfredo Gallo, Shareholder                    Date

D-312

Scanned by CamScanner

# Taco Valley Incorporated
## Unanimous Consent of Directors

The undersigned, being all of the Shareholders of Taco Valley Inc., unanimously and in writing consent to the following actions in lieu of a meeting:

**RESOLVED:**

The Officers of the Corporation are as follows:

**Wilfredo Gallo**

The Officers of Taco Valley Inc, shall hold office until the next annual meeting or until successors are duly elected and qualified.

**FURTHER RESOLVED:** All of the actions and decisions of the Board of Directors and Officers of this Corporation for the past fiscal year through and including the date of this consent are approved and ratified.

The undersigned further certifies that the foregoing Resolutions remain in full force and effect and have not been either rescinded or modified.

IN WITNESS WHEREOF, the Directors of Taco Valley Inc., have executed this Unanimous Consent of Directors.

_____
Wilfredo Gallo, Shareholder

2/17/14
Date

D-313

Scanned by CamScanner

# Taco Valley Incorporated
## Unanimous Consent of Shareholders

The undersigned, being all of the Shareholders of Taco Valley Inc., unanimously and in writing consent to the following actions in lieu of a meeting:

**RESOLVED:**   The Directors of the Corporation are as follows:

**Wilfredo Gallo**

The Directors of Taco Valley Inc, shall hold office until the next annual meeting or until successors are duly elected and qualified.

**FURTHER RESOLVED:**   All of the actions and decisions of the Board of Directors and Officers of this Corporation for the past fiscal year through and including the date of this consent are approved and ratified.

The undersigned further certifies that the foregoing Resolutions remain in full force and effect and have not been either rescinded or modified.

IN WITNESS WHEREOF, the Shareholders of Taco Valley Inc., have executed this Unanimous Consent of Shareholders.

_____   _____
Wilfredo Gallo, Shareholder         Date   2/17/14

D-314

Scanned by CamScanner

# TACO VALLEY, INC
## Unanimous Consent of Shareholders

The undersigned, being all of the Shareholders of TACO VALLEY, INC (the "Corporation"), unanimously and in writing consent to the following action in lieu of a meeting:

**RESOLVED:** The Directors of the Corporation are as follows:

Wilfredo J. Gallo

The Directors of the Corporation shall hold office until the next annual meeting or until successors are duly elected and qualified.

**FURTHER RESOLVED** All the actions and decisions of the Board of Directors and Officers of this Corporation for the past fiscal year through and including the date of this meeting are herby approved and ratified.

The undersigned further certifies that the foregoing Resolutions remain in full force and effect and have not been either rescinded or modified.

IN WITNESS WHEREOF, the Shareholders of TACO VALLEY, INC have executed this Unanimous Consent of Shareholders.

2/22/13
Date

Wilfredo J. Gallo, Shareholder

D-315

Scanned by CamScanner

# TACO AZTECA DOS
## Payroll Summary
### January through December 2015

| | ALEJANDRO RAMIR... | ANA WHEELER | ANTONIA GARCIAS | ARTUR COMPANIET | MIGUEL A GARCIA |
|---|---|---|---|---|---|
| **Employee Wages, Taxes and Adjustments** | | | | | |
| Gross Pay | | | | | |
| Salary | 2,818.75 | 0.00 | 0.00 | | |
| Hourly | 0.00 | 0.00 | 7,680.00 | | 21,750.00 |
| Hourly Salary | 0.00 | 23,000.00 | 0.00 | | 165.00 |
| Overtime | 0.00 | 0.00 | 5,967.00 | | 0.00 |
| **Total Gross Pay** | 2,818.75 | 23,000.00 | 13,647.00 | 798.00 | 21,915.00 |
| Adjusted Gross Pay | 2,818.75 | 23,000.00 | 13,647.00 | 798.00 | 21,915.00 |
| **Taxes Withheld** | | | | | |
| Federal Withholding | -299.00 | -1,472.00 | -1,892.00 | -50.00 | -2,331.00 |
| Medicare Employee | -40.87 | -333.50 | -197.88 | -11.57 | -317.77 |
| Social Security Employee | -174.76 | -1,426.00 | -846.11 | -49.48 | -1,358.73 |
| AK - Unemployment Employee | -16.07 | -131.10 | -77.79 | -4.55 | -124.92 |
| Medicare Employee Add'l Tax | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Taxes Withheld** | -530.70 | -3,362.60 | -3,013.78 | -115.60 | -4,132.42 |
| **Deductions from Net Pay** | | | | | |
| Child Support | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Deductions from Net Pay** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net Pay** | 2,288.05 | 19,637.40 | 10,633.22 | 682.40 | 13,819.76 |
| **Employer Taxes and Contributions** | | | | | |
| Federal Unemployment | 16.91 | 42.00 | 42.00 | 4.79 | 42.00 |
| Medicare Company | 40.87 | 333.50 | 197.88 | 11.57 | 317.77 |
| Social Security Company | 174.76 | 1,426.00 | 846.11 | 49.48 | 1,358.73 |
| AK - Unemployment Company | 43.13 | 351.90 | 208.80 | 12.21 | 335.30 |
| **Total Employer Taxes and Contributions** | 275.67 | 2,153.40 | 1,294.79 | 78.05 | 2,053.80 |

PLAINTIFF
EXHIBIT NO. 5
ADMITTED ☐
(CASE NUMBER)

D-256

Case 4:17-cv-00005-TMB   Document 86   Filed 01/08/18   Page 34 of 51

# TACO AZTECA DOS
## Payroll Summary
### January through December 2015

| Employee Wages, Taxes and Adjustments | PASCUALE JIMENE... | WILFREDO GALLO | TOTAL |
|---|---|---|---|
| **Gross Pay** | | | |
| Salary | 1,400.00 | 10,000.00 | 35,968.75 |
| Hourly | 1,514.33 | 0.00 | 10,157.33 |
| Hourly Salary | 0.00 | 0.00 | 23,000.00 |
| Overtime | 0.00 | 0.00 | 5,967.00 |
| **Total Gross Pay** | 2,914.33 | 10,000.00 | 75,093.08 |
| **Adjusted Gross Pay** | 2,914.33 | 10,000.00 | 75,093.08 |
| **Taxes Withheld** | | | |
| Federal Withholding | -93.00 | -3,300.00 | -9,437.00 |
| Medicare Employee | -42.26 | -145.00 | -1,088.85 |
| Social Security Employee | -180.69 | -620.00 | -4,655.77 |
| AK - Unemployment Employee | -16.61 | 0.00 | -371.04 |
| Medicare Employee Addl Tax | 0.00 | 0.00 | 0.00 |
| **Total Taxes Withheld** | -332.56 | -4,065.00 | -15,552.66 |
| **Deductions from Net Pay** | | | |
| Child Support | 0.00 | 0.00 | -3,962.82 |
| **Total Deductions from Net Pay** | 0.00 | 0.00 | -3,962.82 |
| **Net Pay** | 2,581.77 | 5,935.00 | 55,577.60 |
| **Employer Taxes and Contributions** | | | |
| Federal Unemployment | 17.49 | 42.00 | 207.19 |
| Medicare Company | 42.26 | 145.00 | 1,088.85 |
| Social Security Company | 180.69 | 620.00 | 4,655.77 |
| AK - Unemployment Company | 44.59 | 0.00 | 995.93 |
| **Total Employer Taxes and Contributions** | 285.03 | 807.00 | 6,947.74 |

Case 4:17-cv-00005-TMB   Document 86   Filed 01/09/18   Page 35 of 51

D-257

# TACO AZTECA DOS
## Payroll Summary
### January through December 2014

| | ANA WHEELER | ARTUR COMPANIET | BRENDA CERVANT... | MIGUEL A GARCIA | WILFREDO GALLO |
|---|---|---|---|---|---|
| **Employee Wages, Taxes and Adjustments** | | | | | |
| Gross Pay | | | | | |
| Salary | 0.00 | 1,350.00 | 1,875.00 | 19,500.00 | 5,000.00 |
| Hourly Salary | 22,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Salary 2 | 0.00 | 0.00 | 0.00 | 13,000.00 | 0.00 |
| Total Gross Pay | 22,000.00 | 1,350.00 | 1,875.00 | 32,500.00 | 5,000.00 |
| Adjusted Gross Pay | 22,000.00 | 1,350.00 | 1,875.00 | 32,500.00 | 5,000.00 |
| Taxes Withheld | | | | | |
| Federal Withholding | -1,061.00 | -145.00 | -129.00 | -927.00 | -1,058.00 |
| Medicare Employee | -319.00 | -19.58 | -27.19 | -471.25 | -72.50 |
| Social Security Employee | -1,364.00 | -83.70 | -116.25 | -2,015.00 | -310.00 |
| AK - Unemployment Employee | -136.40 | -8.37 | -11.63 | -201.50 | 0.00 |
| Medicare Employee Addl Tax | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Taxes Withheld | -2,880.40 | -256.65 | -284.07 | -3,614.75 | -1,440.50 |
| Deductions from Net Pay | | | | | |
| Child Support | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Deductions from Net Pay | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Net Pay | 19,119.60 | 1,093.35 | 1,590.93 | 26,215.25 | 3,559.50 |
| **Employer Taxes and Contributions** | | | | | |
| Federal Unemployment | 42.00 | 8.10 | 11.25 | 42.00 | 30.00 |
| Medicare Company | 319.00 | 19.58 | 27.19 | 471.25 | 72.50 |
| Social Security Company | 1,364.00 | 83.70 | 116.25 | 2,015.00 | 310.00 |
| AK - Unemployment Company | 468.60 | 28.76 | 55.69 | 692.25 | 0.00 |
| Total Employer Taxes and Contributions | 2,193.60 | 140.14 | 210.38 | 3,220.50 | 412.50 |

Case 4:17-cv-00005-TMB   Document 86   Filed 01/09/18   Page 36 of 51

D-258

# TACO AZTECA DOS
## Payroll Summary
### January through December 2014

| | TOTAL |
|---|---:|
| **Employee Wages, Taxes and Adjustments** | |
| **Gross Pay** | |
| Salary | 27,725.00 |
| Hourly Salary | 22,000.00 |
| Salary 2 | 13,000.00 |
| **Total Gross Pay** | 62,725.00 |
| **Adjusted Gross Pay** | 62,725.00 |
| **Taxes Withheld** | |
| Federal Withholding | -3,320.00 |
| Medicare Employee | -909.52 |
| Social Security Employee | -3,888.95 |
| AK - Unemployment Employee | -357.90 |
| Medicare Employee Addl Tax | 0.00 |
| **Total Taxes Withheld** | -8,476.37 |
| **Deductions from Net Pay** | |
| Child Support | -2,670.00 |
| **Total Deductions from Net Pay** | -2,670.00 |
| **Net Pay** | 51,578.63 |
| **Employer Taxes and Contributions** | |
| Federal Unemployment | 133.35 |
| Medicare Company | 909.52 |
| Social Security Company | 3,888.95 |
| AK - Unemployment Company | 1,245.30 |
| **Total Employer Taxes and Contributions** | 6,177.12 |

Case 4:17-cv-00005-TMB   Document 86   Filed 01/09/18   Page 37 of 51

D-259

# TACO AZTECA DOS
## Payroll Summary
### January through December 2013

| | ANA WHEELER | Gabriel C Atencio | Ion Ceban | MIGUEL A GARCIA | WILFREDO GALLO |
|---|---|---|---|---|---|
| **Employee Wages, Taxes and Adjustments** | | | | | |
| **Gross Pay** | | | | | |
| Salary | 0.00 | 0.00 | 0.00 | 0.00 | 1,000.00 |
| Hourly | 0.00 | 629.00 | 463.65 | 0.00 | 0.00 |
| Hourly Salary | 23,000.00 | 0.00 | 0.00 | 31,200.00 | 4,000.00 |
| Salary 2 | 1,000.00 | 0.00 | 0.00 | 0.00 | 4,000.00 |
| **Total Gross Pay** | 24,000.00 | 629.00 | 463.65 | 31,200.00 | 9,000.00 |
| **Adjusted Gross Pay** | 24,000.00 | 629.00 | 463.65 | 31,200.00 | 9,000.00 |
| **Taxes Withheld** | | | | | |
| Federal Withholding | -1,562.00 | 0.00 | 0.00 | -1,028.00 | -2,763.00 |
| Medicare Employee | -348.00 | -9.12 | -6.72 | -452.40 | -130.50 |
| Social Security Employee | -1,488.00 | -39.00 | -28.75 | -1,934.40 | -558.00 |
| AK - Unemployment Employee | -163.20 | -4.28 | -3.15 | -212.16 | 0.00 |
| **Total Taxes Withheld** | -3,561.20 | -52.40 | -38.62 | -3,626.96 | -3,451.50 |
| **Net Pay** | 20,438.80 | 576.60 | 425.03 | 27,573.04 | 5,548.50 |
| **Employer Taxes and Contributions** | | | | | |
| Federal Unemployment | 42.00 | 3.77 | 2.78 | 42.00 | 42.00 |
| Medicare Company | 348.00 | 9.12 | 6.72 | 452.40 | 130.50 |
| Social Security Company | 1,488.00 | 39.00 | 28.75 | 1,934.40 | 558.00 |
| AK - Unemployment Company | 768.00 | 20.13 | 14.84 | 998.40 | 0.00 |
| **Total Employer Taxes and Contributions** | 2,646.00 | 72.02 | 53.09 | 3,427.20 | 730.50 |

Case 4:17-cv-00005-TMB   Document 86   Filed 01/09/18   Page 38 of 51

D-260

# TACO AZTECA DOS
## Payroll Summary
### January through December 2013

| | TOTAL |
|---|---|
| Employee Wages, Taxes and Adjustments | |
| Gross Pay | |
| Salary | 1,000.00 |
| Hourly | 1,092.65 |
| Hourly Salary | 27,000.00 |
| Salary 2 | 36,200.00 |
| Total Gross Pay | 65,292.65 |
| Adjusted Gross Pay | 65,292.65 |
| Taxes Withheld | |
| Federal Withholding | -5,353.00 |
| Medicare Employee | -946.74 |
| Social Security Employee | -4,048.15 |
| AK - Unemployment Employee | -382.79 |
| Total Taxes Withheld | -10,730.68 |
| Net Pay | 54,561.97 |
| Employer Taxes and Contributions | |
| Federal Unemployment | 132.55 |
| Medicare Company | 946.74 |
| Social Security Company | 4,048.15 |
| AK - Unemployment Company | 1,801.37 |
| Total Employer Taxes and Contributions | 6,928.81 |

Case 4:17-cv-00005-TMB   Document 86   Filed 01/09/18   Page 39 of 51

D-261

| 22222 | Void ☐ | a Employee's social security number 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 | OMB No. 1545-0008 | | |
|---|---|---|---|---|---|

| b Employer identification number (EIN) 27-3317374 | | 1 Wages, tips, other compensation 31,200.00 | 2 Federal income tax withheld 1,028.00 |
|---|---|---|---|
| c Employer's name, address, and ZIP code | | 3 Social security wages 31,200.00 | 4 Social security tax withheld 1,934.40 |
| Taco Azteca DOS PO Box 74708 Fairbanks, AK 99708 | | 5 Medicare wages and tips 31,200.00 | 6 Medicare tax withheld 452.40 |
| | | 7 Social security tips | 8 Allocated tips |
| d Control number | | 9 | 10 Dependent care benefits |
| e Employee's name, address, city, and ZIP code Miguel A. Garcia | Suff. | 11 Nonqualified plans | 12a See instructions for box 12 |
| 1620 Washington Dr., Apt. 51 Fairbanks, AK 99709 | | 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 12b |
| | | 14 Other AK SUI 212.16 | 12c |
| | | | 12d |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

Form **W-2** Wage and Tax Statement

**2013**

Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction
Act Notice, see separate instructions.

Copy 1—For State, City, or Local Tax Department
Copy D—For Employer.



PLAINTIFF
EXHIBIT NO. 6
ADMITTED ☐
4:17-CV-0005-TMB
(CASE NUMBER)

| 22222 | Void ☐ | **a** Employee's social security number 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 | OMB No. 1545-0008 | | |
|---|---|---|---|---|---|

**b** Employer identification number (EIN)
27-3317374

**c** Employer's name, address, and ZIP code

TACO VALLEY INC
TACO AZTECA DOS
PO BOX 74708

FAIRBANKS                    AK 99708

**d** Control number                    AK 99708

**e** Employee's name, address, and ZIP code

MIGUEL A            GARCIA
1620 WASHINTON DR. APT. 51
FAIRBANKS                    AK 99709

| 1 Wages, tips, other compensation | 32500.00 | 2 Federal income tax withheld | 927.00 |
|---|---|---|---|
| 3 Social security wages | 32500.00 | 4 Social security tax withheld | 2015.00 |
| 5 Medicare wages and tips | 32500.00 | 6 Medicare tax withheld | 471.25 |
| 7 Social security tips | | 8 Allocated tips | |
| 9 | | 10 Dependent care benefits | |
| 11 Nonqualified plans | | 12a See instructions for box 12 | |
| 13 Statutory employee ☐ Retirement plan ☐ Third-party sick pay ☐ | | 12b | |
| 14 Other | | 12c | |
| AK-SUI    201.50 | | 12d | |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

Form **W-2** **Wage and Tax Statement**    2014

Copy 1—For State, City, or Local Tax Department
Copy D—For Employer.

Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction
Act Notice, see separate instructions.

LW2D1                    5204

D.119

| 22222 | Void ☐ | a Employee's social security number<br>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 | For Official Use Only ▶<br>OMB No. 1545-0008 | | |
|---|---|---|---|---|---|

| b Employer identification number (EIN)<br>27-3317374 | 1 Wages, tips, other compensation<br>21915.00 | 2 Federal income tax withheld<br>2331.00 |
|---|---|---|

| c Employer's name, address, and ZIP code<br><br>TACO VALLEY INC<br>TACO AZTECA DOS<br>PO BOX 74708<br><br>FAIRBANKS          AK 99708 | 3 Social security wages<br>21915.00 | 4 Social security tax withheld<br>1358.73 |
|---|---|---|
| | 5 Medicare wages and tips<br>21915.00 | 6 Medicare tax withheld<br>317.77 |
| | 7 Social security tips | 8 Allocated tips |

| d Control number | 9 | 10 Dependent care benefits |
|---|---|---|

| e Employee's first name and initial   Last name          Suff.<br>MIGUEL A          GARCIA | 11 Nonqualified plans | 12a See instructions for box 12 |
|---|---|---|
| 1620 WASHINTON DR. APT. 51 | 13 Statutory  Retirement  Third-party<br>employee  plan  sick pay | 12b |
| | 14 Other<br>AK-SUI          124.92 | 12c |
| FAIRBANKS          AK 99709 | | 12d |

f Employee's address and ZIP code

| 15 State   Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|
| | | | | | |

Form **W-2**   Wage & Tax Statement

**2 0 1 5**
0000/1030D

Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction
Act Notice, see separate instructions.

Copy A for Social Security Administration - Send this entire page with Form W-3 to the Social Security Administration; photocopies are not acceptable.

FDWA0101  11/23/15 FW2

## Form W-2 (top)

| 22222 | Void ☐ | a Employee's social security number 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 | For Official Use Only ▶ OMB No. 1545-0008 | |
|---|---|---|---|---|

| b Employer identification number 27-3317374 | 1 Wages, tips, other compensation 812.00 | 2 Federal income tax withheld |
|---|---|---|

| c Employer's name, address, and ZIP code | 3 Social security wages 812.00 | 4 Social security tax withheld 50.34 |
|---|---|---|
| TACO VALLEY INC  TACO AZTECA DOS  PO BOX 74708  FAIRBANKS        AK 99708 | 5 Medicare wages and tips 812.00 | 6 Medicare tax withheld 11.77 |
| | 7 Social security tips | 8 Allocated tips |

| d Control number | 9 | 10 Dependent care benefits |
|---|---|---|

| e Employee's first name and initial MIGUEL A | Last name GARCIA | Suff | 11 Nonqualified plans | 12a See instructions for box 12 |
|---|---|---|---|---|

| 13 Statutory employee / Retirement plan / Third-party sick pay | 12b |
|---|---|
| 301 STEELHEAD RD, APT #4  FAIRBANKS        AK 99709 | 14 Other  AK-SUI      4.06 | 12c |
| | | 12d |

f Employee's address and ZIP code

| 15 State | Employer's state ID number | 16 State wages, tips, etc | 17 State income tax | 18 Local wages, tips, etc | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

Form **W-2** Wage & Tax Statement

**2016**

0000/1030D

Copy A for Social Security Administration - Send this entire page with Form W-3 to the Social Security Administration; photocopies are not acceptable.

Department of the Treasury–Internal Revenue Service  For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.

REV 01/12/17 QB

## Form W-2 (bottom)

| 22222 | Void ☐ | a Employee's social security number 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 | For Official Use Only ▶ OMB No. 1545-0008 | |
|---|---|---|---|---|

| b Employer identification number 26-1881950 | 1 Wages, tips, other compensation 8723.75 | 2 Federal income tax withheld 873.00 |
|---|---|---|

| c Employer's name, address, and ZIP code | 3 Social security wages 8723.75 | 4 Social security tax withheld 540.87 |
|---|---|---|
| TACO AZTECA INCORPORATED  PO BOX 74708  FAIRBANKS        AK 99708 | 5 Medicare wages and tips 8723.75 | 6 Medicare tax withheld 126.49 |
| | 7 Social security tips | 8 Allocated tips |

| d Control number | 9 | 10 Dependent care benefits |
|---|---|---|

| e Employee's first name and initial MIGUEL A | Last name GARCIA | Suff | 11 Nonqualified plans | 12a See instructions for box 12 |
|---|---|---|---|---|

| 13 Statutory employee / Retirement plan / Third-party sick pay | 12b |
|---|---|
| 301 STEELHEAD RD APT #4  FAIRBANKS        AK 99709 | 14 Other  AK-SUI     43.62 | 12c |
| | | 12d |

f Employee's address and ZIP code

| 15 State | Employer's state ID number | 16 State wages, tips, etc | 17 State income tax | 18 Local wages, tips, etc | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

D.121

Department of the Treasury--Internal Revenue Service

| Form **1120S** | | **U.S. Income Tax Return for an S Corporation** | | OMB No. 1545-0123 |
|---|---|---|---|---|

Department of the Treasury
Internal Revenue Service

▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
▶ Information about Form 1120S and its separate instructions is at www.irs.gov/form1120s.

**2014**

For calendar year 2014 or tax year beginning _____ , ending _____

| A S election effective date | TYPE | Name | D Employer identification number |
|---|---|---|---|
| 08/25/10 | | TACO VALLEY INC | |
| B Business activity code number (see instructions) | OR | TACO AZTECA DOS | 27-3317374 |
| 722513 | | Number, street, and room or suite no. If a P.O. box, see instructions. | E Date incorporated |
| | PRINT | PO BOX 74708 | 08/25/2010 |
| C Check if Sch. M-3 attached ☐ | | City or town, state or province, country, and ZIP or foreign postal code | F Total assets (see instructions) |
| | | FAIRBANKS          AK 99708 | $ 21,581 |

G Is the corporation electing to be an S corporation beginning with this tax year?  ☐ Yes  ☒ No  If "Yes," attach Form 2553 if not already filed

H Check if:  (1) ☐ Final return  (2) ☐ Name change  (3) ☐ Address change  (4) ☐ Amended return  (5) ☐ S election termination or revocation

I  Enter the number of shareholders who were shareholders during any part of the tax year ........................ ▶ 1

Caution. Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

**Income**

| | | | | |
|---|---|---|---|---|
| 1a | Gross receipts or sales | 1a | 275,365 | |
| b | Returns and allowances | 1b | | |
| c | Balance. Subtract line 1b from line 1a | | | 1c | 275,365 |
| 2 | Cost of goods sold (attach Form 1125-A) | | | 2 | 62,316 |
| 3 | Gross profit. Subtract line 2 from line 1c | | | 3 | 213,049 |
| 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | | | 4 | |
| 5 | Other income (loss) (see instructions—attach statement) | | | 5 | |
| 6 | **Total income (loss).** Add lines 3 through 5 | ▶ | | 6 | 213,049 |

**Deductions** (see instructions for limitations)

| | | | |
|---|---|---|---|
| 7 | Compensation of officers (see instructions—attach Form 1125-E) | 7 | 5,000 |
| 8 | Salaries and wages (less employment credits) | 8 | 57,725 |
| 9 | Repairs and maintenance | 9 | 14,632 |
| 10 | Bad debts | 10 | |
| 11 | Rents | 11 | 44,261 |
| 12 | Taxes and licenses | 12 | 6,357 |
| 13 | Interest | 13 | |
| 14 | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 14 | 2,351 |
| 15 | Depletion (Do not deduct oil and gas depletion.) | 15 | |
| 16 | Advertising | 16 | 1,850 |
| 17 | Pension, profit-sharing, etc., plans | 17 | |
| 18 | Employee benefit programs | 18 | |
| 19 | Other deductions (attach statement)          SEE STMT 1 | 19 | 54,538 |
| 20 | **Total deductions.** Add lines 7 through 19 | ▶ 20 | 186,714 |
| 21 | **Ordinary business income (loss).** Subtract line 20 from line 6 | 21 | 26,335 |

**Tax and Payments**

| | | | | |
|---|---|---|---|---|
| 22a | Excess net passive income or LIFO recapture tax (see instructions) | 22a | | |
| b | Tax from Schedule D (Form 1120S) | 22b | | |
| c | Add lines 22a and 22b (see instructions for additional taxes) | | | 22c | |
| 23a | 2014 estimated tax payments and 2013 overpayment credited to 2014 | 23a | | |
| b | Tax deposited with Form 7004 | 23b | | |
| c | Credit for federal tax paid on fuels (attach Form 4136) | 23c | | |
| d | Add lines 23a through 23c | | | 23d | |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached | ▶ ☐ | | 24 | |
| 25 | **Amount owed.** If line 23d is smaller than the total of lines 22c and 24, enter amount owed | | | 25 | |
| 26 | **Overpayment.** If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | | | 26 | |
| 27 | Enter amount from line 26 Credited to 2015 estimated tax ▶ | | Refunded ▶ | 27 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Signature of officer  WILFREDO GALLO | Date | Title  PRESIDENT | May the IRS discuss this return with the preparer shown below (see instructions)?  ☒ Yes ☐ No |
|---|---|---|---|

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| PAUL B. ROBINSON | | | | P00415740 |
| Firm's name ▶ ROBINSON & WARD, P.C. | | | Firm's EIN ▶ 92-0176403 | |
| Firm's address ▶ 1300 WASHINGTON DRIVE, SUITE 201  FAIRBANKS, AK          99709 | | | 7-474-4576 | |

For Paperwork Reduction Act Notice, see separate instructions.

DAA

Form **1120S** (2014)

**PLAINTIFF**

EXHIBIT NO. 7

ADMITTED ☐

4:17-cv-0005
(CASE NUMBER)    TMB

D·270

**Form 1120S**

Department of the Treasury
Internal Revenue Service

## U.S. Income Tax Return for an S Corporation

▶ Do not file this form unless the corporation has filed or is
attaching Form 2553 to elect to be an S corporation.
▶ Information about Form 1120S and its separate instructions is at www.irs.gov/form1120s.

OMB No. 1545-0123

**2015**

For calendar year 2015 or tax year beginning _____ , ending _____

| A S election effective date | TYPE | Name | D Employer identification number |
|---|---|---|---|
| 08/25/10 | | Taco Valley Inc | |
| B Business activity code number (see instructions) | OR | Taco Azteca Dos | 27-3317374 |
| 722513 | PRINT | Number, street, and room or suite no. If a P.O. box, see instructions. | E Date incorporated |
| | | Po Box 74708 | 08/25/2010 |
| C Check if Sch. M-3 attached ☐ | | City or town, state or province, country, and ZIP or foreign postal code | F Total assets (see instructions) |
| | | Fairbanks          AK 99707 | $ 30,905 |

G Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No  If "Yes," attach Form 2553 if not already filed

H Check if: (1) ☐ Final return (2) ☐ Name change (3) ☐ Address change (4) ☐ Amended return (5) ☐ S election termination or revocation

I Enter the number of shareholders who were shareholders during any part of the tax year ▶ 1

**Caution.** Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

### Income

| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales | 1a  251,833 | |
| b | Returns and allowances | 1b | |
| c | Balance. Subtract line 1b from line 1a | 1c | 251,833 |
| 2 | Cost of goods sold (attach Form 1125-A) | 2 | 39,179 |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 212,654 |
| 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | 4 | |
| 5 | Other income (loss) (see instructions—attach statement) | 5 | |
| 6 | **Total income (loss).** Add lines 3 through 5 ▶ | 6 | 212,654 |

### Deductions (see instructions for limitations)

| | | | |
|---|---|---|---|
| 7 | Compensation of officers (see instructions—attach Form 1125-E) | 7 | 10,000 |
| 8 | Salaries and wages (less employment credits) | 8 | 65,093 |
| 9 | Repairs and maintenance | 9 | 5,585 |
| 10 | Bad debts | 10 | |
| 11 | Rents | 11 | 37,400 |
| 12 | Taxes and licenses | 12 | 7,128 |
| 13 | Interest | 13 | |
| 14 | Depreciation not claimed on Form 1125-A or elsewhere c | 14 | 3,527 |
| 15 | Depletion (Do not deduct oil and gas depletion.) | 15 | |
| 16 | Advertising | 16 | |
| 17 | Pension, profit-sharing, etc., plans | 17 | |
| 18 | Employee benefit programs | 18 | |
| 19 | Other deductions (attach statement)          See Stmt 1 | 19 | 70,638 |
| 20 | **Total deductions.** Add lines 7 through 19 ▶ | 20 | 199,371 |
| 21 | Ordinary business income (loss). Subtract line 20 from line 6 | 21 | 13,283 |

### Tax and Payments

| | | | |
|---|---|---|---|
| 22a | Excess net passive income or LIFO recapture tax (see instructions) | 22a | |
| b | Tax from Schedule D (Form 1120S) | 22b | |
| c | Add lines 22a and 22b (see instructions for additional taxes) | 22c | |
| 23a | 2015 estimated tax payments and 2014 overpayment credited to 2015 | 23a | |
| b | Tax deposited with Form 7004 | 23b | |
| c | Credit for federal tax paid on fuels (attach Form 4136) | 23c | |
| d | Add lines 23a through 23c | 23d | |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | 24 | |
| 25 | Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed | 25 | |
| 26 | Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | 26 | |
| 27 | Enter amount from line 26 Credited to 2016 estimated tax ▶     Refunded ▶ | 27 | |

### Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer **Wilfredo Gallo**      Date _____      Title **President**

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

### Paid Preparer Use Only

| | | | |
|---|---|---|---|
| Print/Type preparer's name | Preparer's signature | Date 03/14/16 | Check ☐ if self-employed  PTIN P01311573 |
| **Kirsty Steele,** | | | |
| Firm's name ▶ Steele Accounting Services, LLC | | Firm's EIN ▶ 47-4223183 | |
| Firm's address ▶ 800 Rampage Ct | | | |
| Fairbanks, AK          99712-2039 | | Phone no. 907-699-7663 | |

For Paperwork Reduction Act Notice, see separate instructions.

Form 1120S (2015)

DAA

D-271

| Form **1120S** | | **U.S. Income Tax Return for an S Corporation** | | OMB No. 1545-0123 |
|---|---|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | | ▶ Do not file this form unless the corporation has filed or is<br>attaching Form 2553 to elect to be an S corporation.<br>▶ Information about Form 1120S and its separate instructions is at *www.irs.gov/form1120s.* | | **2016** |

For calendar year 2016 or tax year beginning _____ , 2016, ending _____ , 20 ____

| **A** S election effective date<br>08-25-2010 | TYPE<br>OR<br>PRINT | Name<br>Taco Valley Inc | **D** Employer identification number<br>27-3317374 |
|---|---|---|---|
| **B** Business activity code<br>number (see instructions)<br>722513 | | Number, street, and room or suite no. If a P.O. box, see instructions.<br>Po Box 74708 | **E** Date incorporated<br>08-25-2010 |
| **C** Check if Sch. M-3<br>attached ☐ | | City or town, state or province, country, and ZIP or foreign postal code<br>Fairbanks                AK    99707 | **F** Total assets (see instructions)<br>$          20,998 |

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No If "Yes," attach Form 2553 if not already filed

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☐ Address change **(4)** ☐ Amended return **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year . . . . . . . . . . . . . . . ▶ 1

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | | |
|---|---|---|---|---|
| **Income** | **1a** Gross receipts or sales · · · · · · · · · · · · · · · | **1a** | 251,127 | |
| | **b** Returns and allowances · · · · · · · · · · · · · · · | **1b** | | |
| | **c** Balance. Subtract line 1b from line 1a · · · · · · · · · · · · · · · · · · · · · | | **1c** | 251,127 |
| | **2** Cost of goods sold (attach Form 1125-A) · · · · · · · · · · · · · · · · · · · | | **2** | 84,425 |
| | **3** Gross profit. Subtract line 2 from line 1c · · · · · · · · · · · · · · · · · · · | | **3** | 166,702 |
| | **4** Net gain (loss) from Form 4797, line 17 (attach Form 4797) · · · · · · · · · · · | | **4** | |
| | **5** Other income (loss) (see instructions - attach statement) · · · · · · · · · · · · | | **5** | |
| | **6** **Total income (loss).** Add lines 3 through 5 · · · · · · · · · · · · · · · · · · ▶ | | **6** | 166,702 |
| **Deductions** (see instructions for limitations) | **7** Compensation of officers (see instructions - attach Form 1125-E) · · · · · · · · · | | **7** | |
| | **8** Salaries and wages (less employment credits) · · · · · · · · · · · · · · · · · · | | **8** | 78,651 |
| | **9** Repairs and maintenance · · · · · · · · · · · · · · · · · · · · · · · · · · · | | **9** | 5,988 |
| | **10** Bad debts · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | | **10** | |
| | **11** Rents · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | | **11** | 41,600 |
| | **12** Taxes and licenses · · · · · · · · · · · · · · · · · · · · **ATT_STL** | | **12** | 12,562 |
| | **13** Interest · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | | **13** | |
| | **14** Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | **14** | 10,886 |
| | **15** Depletion **(Do not deduct oil and gas depletion.)** · · · · · · · · · · · · · · | | **15** | |
| | **16** Advertising · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | | **16** | 10,660 |
| | **17** Pension, profit-sharing, etc., plans · · · · · · · · · · · · · · · · · · · · · | | **17** | |
| | **18** Employee benefit programs · · · · · · · · · · · · · · · · · · · · · · · · · | | **18** | |
| | **19** Other deductions (attach statement) · · · · · · · · · · · **Statement #2** | | **19** | 49,914 |
| | **20** **Total deductions.** Add lines 7 through 19 · · · · · · · · · · · · · · · · · ▶ | | **20** | 210,261 |
| | **21** **Ordinary business income (loss).** Subtract line 20 from line 6 · · · · · · · · · | | **21** | (43,559) |
| **Tax and Payments** | **22a** Excess net passive income or LIFO recapture tax (see instructions) · · · | **22a** | | |
| | **b** Tax from Schedule D (Form 1120S) · · · · · · · · | **22b** | | |
| | **c** Add lines 22a and 22b (see instructions for additional taxes) · · · · · · · · · · | | **22c** | |
| | **23a** 2016 estimated tax payments and 2015 overpayment credited to 2016 | **23a** | | |
| | **b** Tax deposited with Form 7004 · · · · · · · · · · · | **23b** | | |
| | **c** Credit for federal tax paid on fuels (attach Form 4136) | **23c** | | |
| | **d** Add lines 23a through 23c · · · · · · · · · · · · · · · · · · · · · · · · · · | | **23d** | |
| | **24** Estimated tax penalty (see instructions). Check if Form 2220 is attached · · · · ▶ ☐ | | **24** | |
| | **25** **Amount owed.** If line 23d is smaller than the total of lines 22c and 24, enter amount owed | | **25** | |
| | **26** **Overpayment.** If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | | **26** | |
| | **27** Enter amount from line 26 Credited to 2017 estimated tax ▶ _____ Refunded ▶ | | **27** | |

| Sign<br>Here | Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No |
|---|---|---|---|
| | **Wilfredo Gallo** | ▶ **President** | |
| | Signature of officer · Date | Title | |

| Paid<br>Preparer<br>Use Only | Print/Type preparer's name<br>**Kirsty Steele EA** | Preparer's signature | Date<br>09-07-2017 | Check ☐ if<br>self-employed | PTIN<br>P01311573 |
|---|---|---|---|---|---|
| | Firm's name ▶ **Steele Accounting Services LLC** | | | Firm's EIN ▶ 47-4223183 | |
| | Firm's address ▶ **PO Box 82343**<br>**Fairbanks AK 99708** | | | Phone no.<br>(907)699-7663 | |

For Paperwork Reduction Act Notice, see separate instructions.

EEA

Form **1120S** (2016)

D-272

```
taco azteca dos
481 chena pump
fairbanks alaska 99709

Employee Name:      Miguel
Payroll period:     8/1/2016 To 8/31/2016
SSN:                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
Employee ID:        1030
Address:

Home Phone #:
Empl. Status:       Full Time
Marital Status:     Married
Employee Type:      W-2
Tax Exemptions:
===============================================================
In Date & Time          Out Date & Time        Hours Worked

Aug 11    9:00 AM        Aug 11    9:10 PM         11.67 **
Aug 12    8:58 AM        Aug 12    9:07 PM         11.65 **

Aug 18    9:22 AM        Aug 18    9:09 PM         11.28 **
Aug 19    9:13 AM        Aug 19    9:07 PM         11.40 **

Aug 25    9:02 AM        Aug 25    9:05 PM         11.55 **
Aug 26    9:20 AM        Aug 26    9:17 PM         11.45 **

Deducted Auto Break Hours:                        -3.00

===============================================================
Regular Time:           69.00 hours
Bi-Weekly Salary:       $0.00
===============================================================
Gross Earnings:         $0.00

** To comply with payroll settings, an automatic break of 30 minutes was
deducted for this time entry since the employee was consecutively punched
IN for more than 8.0 hours.
```



PLAINTIFF
EXHIBIT NO. 8
ADMITTED ☐
4:17:cv-0005 TMB
(CASE NUMBER)

D.108

```
taco azteca dos
481 chena pump
fairbanks alaska 99709


Employee Name:      Miguel
Payroll period:     9/1/2016 To 9/30/2016
SSN:                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
Employee ID:        1030
Address:

Home Phone #:
Empl. Status:       Full Time
Marital Status:     Married
Employee Type:      W-2
Tax Exemptions:
=====================================================================
In Date & Time          Out Date & Time        Hours Worked

Sep 01     9:25 AM       Sep 01     9:02 PM       11.12 **
Sep 02     9:28 AM       Sep 02     9:06 PM       11.13 **

Sep 08     9:40 AM       Sep 08     9:05 PM       10.92 **
Sep 09     9:56 AM       Sep 09     9:43 PM       11.28 **

Sep 15     9:36 AM       Sep 15     9:09 PM       11.05 **
Sep 16     9:35 AM       Sep 16     9:06 PM       11.02 **

Deducted Auto Break Hours:                        -3.00

=====================================================================
Regular Time:             66.52 hours
Bi-Weekly Salary:         $0.00
=====================================================================
Gross Earnings:           $0.00

** To comply with payroll settings, an automatic break of 30 minutes was
deducted for this time entry since the employee was consecutively punched
IN for more than 8.0 hours.
```

D.109

Taco Dos.

Employee Name:     Miguel A Garcia
Payroll period:    7/1/2016 To 7/31/2016
SSN:               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
========================================================
In Date & Time          Out Date & Time      Hours Worked

Jul 21   10:15 AM       Jul 21   9:00 PM         10.25 **

Jul 22   10:10 AM       Jul 22   9:05 PM         10.42 **
Jul 28   10:15 AM       Jul 28   9:02 PM         10.28 **

Jul 29   10:00 AM       Jul 29   9:00 PM         10.50 **

Deducted Auto Break Hours:                       -2.00

========================================================
Regular Time:              41.45 hours
Bi-Weekly Salary:          $0.00
========================================================
Gross Earnings:            $0.00

** To comply with payroll settings, an automatic break of 30 minutes was
deducted for this time entry since the employee was consecutively punched
IN for more than 8.0 hours.

PLAINTIFF
EXHIBIT NO. 9
ADMITTED ☐
4:17-cv-0005 TMS
(CASE NUMBER)

D.372



Steele Tax and Accounting

PO Box 82343

Fairbanks, AK 99712

907-699-7663

March 30, 2017

To Whom it may concern:

RE:    Garcia, Miguel – Overtime Audit.  2014 through 2016

<u>Scope</u>

This letter is in reference to Miguel Garcia and his employment at Taco Azteca Dos and Taco Azteca/Mayan Place over a three-year period from January 2014 through December 2016.  During this time period, Mr. Garcia's primary employment was at Taco Azteca Dos with a short period of work at Taco Azteca during the fall of 2016.

The purpose of this audit is to clarify regular hours versus any overtime hours that Miguel Garcia worked at Taco Azteca Dos and Taco Azteca/Mayan Palace during the audit period. The audit was calculated using weekly time sheets that were provided by the employer to cover the period in question.  Overtime hours were calculated on any hours worked over 8 hours in a day and any hours over 40 in the week. Hourly pay and overtime pay were calculated using the $11.00 per hour rate for the years 2014 through 2015.  Hourly rate increased in 2016 to $14.00.

<u>Payroll History</u>

The payroll schedule at both establishments was semi-monthly with the pay dates of the 3rd and the 18th of each month.  Mr. Garcia was initially hired at a rate of $11.00 per hour but was actually paid a regular monthly amount.  Following is a summary of his pay history:

*Taco Azteca Dos*

- 2014 January – May $2,600/month
- 2014 June – December 2015 $3,000/month
- 2016 – July – September $14/hour

*Taco Azteca/Mayan Palace*

- 2016 July – September $2,800/month

Mr. Garcia voluntarily terminated his employment in September of 2016.



PLAINTIFF

EXHIBIT NO. *10*

ADMITTED ☐

(CASE NUMBER)

D 3

<u>Audit Results</u>

The results of the overtime audit are presented on three separate spreadsheet reports, each of which summarizes the payroll information for each year in question. The reports include total regular hours each month, total overtime hours and a payroll calculation using the audit hours. The reports also include the actual payroll paid to Garcia and a comparison of the calculated v's distributed payroll dollars.

The final results of the audit show that if Mr. Garcia were to have been paid the hourly and overtime rates that were calculated during the audit, then he would have received significantly less in wages compared to the wages that he was actually paid while employed at Taco Azteca Dos and Taco Azteca/Mayan Palace.

If you have any questions or need clarification on the results of the overtime audit, please do not hesitated to contact me.

Sincerely,

*Kirsty Steele, EA.*

Kirsty Steele E.A.

Steele Tax and Accounting

D.4