JAMES M. HACKETT
401 Eleventh Avenue
Fairbanks, Alaska 99701
(907) 456-3626
jhackettlaw@aol.com

THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

MIGUEL A. GARCIA,                          )
                                           )
            Plaintiff,                     )
                                           )    **PLAINTIFF'S RULE 30(b)**
                                           )    **DEPOSITION EXCERPTS**
                                           )
WILFREDO GALLO, an individual,             )
YOLANDA CASILLAS, an individual,           )
TACO VALLEY, INC., TACO AZTECA,            )
INCORPORATED, and John Does 1-3,           )
            Defendants,                     )
_____)

Case No. 4:17-cv-0005-TMB

        Plaintiff Miguel A. Garcia ("Garcia") relies on the following excerpts from the

Rule 30(b) deposition of Plaintiff Garcia taken on August 31, 2017:

        Page Nos.: 7- 8; 12, 16-18; 20; 22-35; 39-44; 47; 51; 53; 57-59; 61-65; 67- 74; 80-

83; 90; 97; 112-113; 116-118; 123-124; 126; 129; 131-135; 166-168; 172 (and Garcia's

signed November 11, 2017 CORRECTIONS sheets).

        These excerpts are supported by Court Reporter Marci Lynch's attached

CERTIFICATE dated September 22, 2017.

DATED at Fairbanks, Alaska this 9th day of January, 2018.

LAW OFFICE OF JAMES M. HACKETT

/s/

_____

James M. Hackett
Attorney for Plaintiff Garcia

2

```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE DISTRICT OF ALASKA AT FAIRBANKS

 3   MIGUEL GARCIA,                    )
                                       )
 4          Plaintiff,                 )
                                       )
 5   v.                                )
                                       )
 6   WILFREDO GALLO, individually,     )
     YOLANDA CASILLAS, individually,   )
 7   TACO VALLEY, INC., and TACO AZTECA,)
     INC.,                             )
 8                                     )
            Defendants,                )
 9   _____)
     Case No.:  4:17-cv-00005-TMB
10
                  DEPOSITION OF MIGUEL GARCIA
11                     August 31, 2017

12   APPEARANCES:

13       FOR THE PLAINTIFF:     JAMES M. HACKETT
                                Attorney at Law
14                              401 Eleventh Avenue
                                Fairbanks, Alaska 99701
15
         FOR THE DEFENDANTS:    KENNETH L. COVELL
16                              Attorney at Law
                                712 Eighth Avenue
17                              Fairbanks, Alaska 99701

18       Also Present:          Wilfredo Gallo
                                Yolanda Casillas
19

20                       * * * *

21

22

23

24

25
```

Case 4:17-cv-00005-TMB   Document 92   Filed 01/09/18   Page 3 of 77

| | | |
|---|---|---|
| 1 | A | And she changed her last name, so I don't -- I can't -- I |
| 2 | | don't know -- I don't remember her last name. |
| 3 | Q | Well, what did you know her by as a last name when you |
| 4 | | were married? |
| 5 | A | She had my last name when we were married, Garcia. |
| 6 | Q | Okay.  Garcia? |
| 7 | A | Yeah. |
| 8 | Q | Before you were married, do you know what her name was? |
| 9 | A | Better. |
| 10 | Q | B-e-r-r-a, Berra? |
| 11 | A | Yeah. |
| 12 | Q | Okay.  Like Yogi Berra? |
| 13 | A | Yeah.  No, B-e-t-t -- |
| 14 | Q | Okay. |
| 15 | A | -- e-r. |
| 16 | Q | Better, okay.  Very good. |
| 17 | A | Yeah. |
| 18 | Q | All right.  Why don't you tell us your date of birth, |
| 19 | | please. |
| 20 | A | March 18, 1988. |
| 21 | Q | All right.  Do you know Jennifer Better's date of birth? |
| 22 | A | It's August 14.  She's 28 right now. |
| 23 | Q | Okay.  And this is '17, so '17 -- seven -- it's |
| 24 | | (indiscernible - simultaneous speech) -- |
| 25 | A | She just turned 29 August 14, I believe. |

7

Case 4:17-cv-00005-TMB   Document 92   Filed 01/09/18   Page 4 of 77

| | | |
|---|---|---|
| 1 | Q | Okay. |
| 2 | A | Yeah. |
| 3 | Q | All right. |
| 4 | | MR. HACKETT: '98. |
| 5 | Q | '98; about '98, yes? About 1998 would be her birth year? |
| 6 | A | Yeah. |
| 7 | Q | Okay. All right. Very good. All right. And let's just |
| 8 | | talk about your name. When you got sworn in, you said |
| 9 | | your name is Achil-Garcia, yes? |
| 10 | A | Uh-huh. |
| 11 | Q | Okay. And you're from Dominican Republic? |
| 12 | A | Yeah. |
| 13 | Q | And Spanish heritage? |
| 14 | A | Yeah. |
| 15 | Q | Okay. And in Spanish culture, people sometimes carry two |
| 16 | | family names? |
| 17 | A | Yeah. |
| 18 | Q | Okay. So -- and sometimes people will go by either name, |
| 19 | | is that correct? |
| 20 | A | The father's last name, the -- the one we carry. |
| 21 | Q | Okay. And that's Garcia? |
| 22 | A | No, Achil is my father's last name. |
| 23 | Q | Oh, okay. |
| 24 | A | Garcia is from my mom. |
| 25 | Q | Okay. So -- well, let's back up to this point. I take |

8

Case 4:17-cv-00005-TMB   Document 92   Filed 01/09/18   Page 5 of 77

| | | |
|---|---|---|
| 1 | | bathroom, drink water, any of those stuff, just say so, |
| 2 | | okay. |
| 3 | A | Okay. |
| 4 | Q | All right.  Very good.  So let's go forward.  All right. |
| 5 | | Earlier, before we went on record, I handed you what was |
| 6 | | marked with this pink sticker here, as Exhibit 20, and |
| 7 | | you had a chance to look that over. |
| 8 | A | Yes. |
| 9 | Q | And I'm not necessarily expecting you recognize all of |
| 10 | | that.  Okay.  I'm going to stop there and move around. |
| 11 | | And sometimes when lawyers ask questions in depositions, |
| 12 | | it seems silly.  They'll ask you sometimes obvious |
| 13 | | questions or they'll break off and move to something else |
| 14 | | and come back, so come back to that.  You worked for Taco |
| 15 | | Azteca and Taco Azteca Dos over the course of the last 10 |
| 16 | | years or so, is that right? |
| 17 | A | Yes. |
| 18 | Q | Okay.  And as a result of that employment, at some point, |
| 19 | | did you go to the Alaska Department of Labor and complain |
| 20 | | that you hadn't been appropriately paid? |
| 21 | A | Yes. |
| 22 | Q | Okay.  And in the course of making that complaint to the |
| 23 | | State Department of Labor, was a certain amount of |
| 24 | | paperwork generated? |
| 25 | A | Yes. |

12

1     Azteca, Inc.?

2         MR. HACKETT:  Well, I'll -- it's a multiple

3 question.  What --

4 A   Yeah.

5 Q   I'll rephra -- when did you first come in contact with

6     Mr. Gallo or Casillas or any of the entities associated

7     with Mr. Gallo's restaurants?

8 A   Back in 2008, I used to work at Taco King as a cook.  And

9     I didn't have any cooking skill to work there, so the

10    guy, basically, fired me, you know, for this skill

11    (indiscernible) did that.  And my cousin, she knew Willy

12    at the time, and she took me to the restaurant, look for

13    a job.  And that's how we met, and how I started working

14    there.

15 Q   Okay.  And what's your cousin's name?

16 A   Margarita Sanchez-Ramirez.

17 Q   Okay.  And is her name hyphenated, as well,

18    Sanchez-Ramirez?

19 A   Yeah.

20 Q   Okay.

21 A   Two last name.

22 Q   Okay.

23         COURT REPORTER:  I'm sorry, could you say the first

24 name, again?

25 A   Margarita.  Like the drink, Margarita.

16

Case 4:17-cv-00005-TMB  Document 92  Filed 01/09/18  Page 7 of 77

```
 1              COURT REPORTER:  Thank you.
 2   Q     All right.  Excellent.  All right.  And did she work at
 3         Taco King or for Mr. Gallo?
 4   A     Yeah, she used to work at Taco King.
 5   Q     Okay.  When you worked at Taco King, do you know if Mr.
 6         Gallo had any association with Taco King at that time?
 7   A     They -- yeah.  The guy who used to run the place, they
 8         were really close as a friend, so he called that Willy,
 9         told him he got somebody to send over there for work.
10   Q     Okay.  All right.  And then, I don't know if I asked
11         this.  Did Margarita work for Taco King?
12   A     Taco King, when Willy, at the time was working over
13         there, I think as a manager or a cook.  He used to work
14         there and she was under Willy's wing working when he was
15         a manager at Taco King.
16   Q     Okay.  All right.  So Margarita said, go see Willy; he
17         might get you a job, yes?
18   A     Yeah.
19   Q     Okay.  And, in fact, you did do that?
20   A     Yeah.
21   Q     And you think that was, approximately, 2008?
22   A     No.  No, it wasn't 2008.
23   Q     Okay.  You know it was -- do you know the month?
24   A     It was, say, October, November.  Between October and
25         November before the December.                       17
```

Case 4:17-cv-00005-TMB   Document 92   Filed 01/09/18   Page 8 of 77

1   Q   Okay.  And you came to the United States first time

2       October 2008?

3   A   No, two -- yeah.

4   Q   So those --

5   A   No, not the first time, but when I came back, it was in

6       October 2008, because I -- I used to live in Florida

7       there before when I played baseball.  I used to go there

8       to play baseball, so the first time I came to the U.S.

9       was in 2007 --

10   Q   Okay.

11   A   -- to play baseball.

12   Q   Okay.

13   A   But the first time I came to Alaska was in 2008.

14   Q   Okay.  And when you played baseball in Florida, was that

15       like as a spring training walk-on or something?

16   A   No, it's like a job.  I mean, what you do for a living at

17       the time.

18   Q   Okay.

19   A   Just came five or six months to play baseball and --

20   Q   And what club did you play for?

21   A   Baltimore Oriole.

22   Q   Okay.  And was it like the Triple-A or Double-A team?

23   A   No, it was just the minor league --

24   Q   Okay.

25   A   -- rookie -- rookie.

18

Case 4:17-cv-00005-TMB   Document 92   Filed 01/09/18   Page 9 of 77

```
 1   A      Oh.  Oh, yes, yes, yes.
 2          MR. HACKETT:  You either have to say yes or no or --
 3   A      Yes.
 4          MR. HACKETT:  -- so that the court reporter gets
 5   your answers.  All right.
 6   Q      Okay.  All right.  So you go see Mr. Gallo.  And then
 7          tell me what happens work wise between you and Mr. Gallo,
 8          at that point.
 9   A      Well, I started working as a dishwasher first.  I was
10          doing the dishes and there were training me as a
11          dishwasher.  And they -- they just got swamped with the
12          kitchen, sent me to the kitchen, because I wasn't doing
13          really good as a dishwasher. I was kind of suck at that.
14          So I was put into the kitchen.  I was working with a guy
15          named Jessy at the time.
16   Q      Jessy?
17   A      Jessy Villa Bonilla.
18   Q      Okay.
19   A      That was -- yeah.  And --
20          MR. HACKETT:  If you can spell that, that would
21   help -- probably help the court reporter.
22   A      It's J-e-s-s-y V- I don't know how to spell that.
23   Q      Say it again a little more slowly, last name.
24   A      Villa is V-i-l-l-a Bonilla.
25          MR. HACKETT:  Oh, Villa Bonilla?
```

20

Case 4:17-cv-00005-TMB  Document 92  Filed 01/09/18  Page 10 of 77

```
 1   A   Yeah.
 2   Q   Okay.  All right.  And how long did learning cooking go
 3       on, about?
 4   A   Well, it take me a lot of time, because, you know, I
 5       never see the burrito or tacos in my life before, so it
 6       was a lot to process.
 7   Q   Okay.
 8   A   It took me about three months, probably, or two months to
 9       learn everything.
10   Q   Okay.
11   A   Just -- just the cook the ma -- the cooking part of
12       the -- to cook -- just to cook.  I mean, you have to
13       learn the menu.  I had to learn the menu to cook.
14   Q   Okay.  All right.  And so you did that about three
15       months, and then did you feel like you were proficient at
16       cooking after three months?
17   A   I was never by myself at that time in the kitchen.  I was
18       always with somebody else.
19   Q   Okay.
20   A   I never worked --
21   Q   All right.  Did there come a time when you went -- and so
22       far, we're at Taco Azteca on Airport Way, yes?
23   A   Yeah, that's Taco Azteca Airport Way.
24   Q   Okay.  Did there come a time when you eventually moved to
25       Taco Azteca Dos on Chena Pump Road?
```
                                                              22

Case 4:17-cv-00005-TMB   Document 92   Filed 01/09/18   Page 11 of 77

1   A   Yeah.  Oh, and 2011, I left the Taco Azteca Airport Way.

2        And somewhere in 2011, I left and I came back in 2012.

3        That June or July of 2012, I return to work for Taco

4        Azteca.

5   Q   Okay.  Let me stop you there.

6   A   Yeah.

7   Q   Okay.  So from 2008 to 2011 --

8   A   I --

9   Q   -- you --

10   A   Yeah.

11   Q   -- you worked at Airport --

12   A   Like --

13   Q   -- Way?

14   A   Yeah.

15   Q   And you were --

16   A   Cook.

17   Q   -- cook?  Okay.  And then do you know if, when you went

18        to Taco Azteca Dos, if that's also when it opened?

19   A   No.  They -- they -- they opened -- when they -- after I

20        came back, the place wasn't opened yet.  I remember,

21        because me and Willy went there to clean the restaurant

22        and get it ready for the time being opened.

23   Q   Okay.  And you're saying that, when you and Willy went to

24        clean it to open Taco Azteca Dos, was in 2012?

25   A   No, not in 2012.  It was before I left, I think, because

23

```
 1   A    -- and went back to Taco Azteca to work.
 2   Q    Another big life event, you've been here since '08, and
 3        '12 --
 4   A    Before --
 5   Q    -- you go home for --
 6   A    Go home --
 7   Q    -- first time in --
 8   A    Yeah.
 9   Q    -- four to five years?  Big deal?
10   A    Yeah, I went there for six days and came back.
11   Q    Six days?
12   A    Six days, exactly.
13   Q    Okay.  All right.
14   A    (Indiscernible) that.
15   Q    All right.  So you come back in 2012, and then what's
16        your location for work?
17   A    When I came back, I started working at Taco Azteca at
18        Airport Way.  And when -- like I said, when the other
19        cook left the other place, that's when they sent me to
20        Taco Dos to work over there in the winter of 2012.
21   Q    Okay.  And so winter, meaning September --
22   A    Yeah.
23   Q    -- through December or January through April?
24   A    Well, it was between October and November, they sent --
25   Q    October and November of '12?
```
27

Case 4:17-cv-00005-TMB  Document 92  Filed 01/09/18  Page 13 of 77

```
 1   A    Yeah.
 2   Q    Okay.  And then when you went there in '12, was that more
 3        of a permanent full-time assignment to Dos?
 4            MR. HACKETT:  Objection to the form of the question,
 5   permanent full-time.
 6            MR. COVELL:  All right.  I'll rephrase it.  Thank
 7   you.
 8   Q    When you went there in fall of '12, how much time did you
 9        spend at Dos relative to the time, if any, you spent at
10        Airport Way?
11   A    I was working at Taco Dos at the time.  Sometime we came
12        at 10:00 o'clock; sometime we come at 11:00.  Because at
13        that time, I didn't know -- I didn't know how to make --
14        make the rice or any kind of stuff, so Willy would do it.
15        It was Taco Azteca Airport Way, and prepare what we need,
16        and just take it to Taco Dos so we can go through the
17        day.
18   Q    Okay.  So you're saying, in this initial time period in
19        '12 at Dos, Willy would prep rice and other foods at
20        Airport Way and bring it to Dos?
21   A    Yeah.
22   Q    Okay.  All right.
23            MR. HACKETT:  And we can stipulate, Willy refers to
24   Wilfredo Gallo, right.
25            MR. COVELL:  Yes, absolutely.
```

                                                                28

```
 1            MR. HACKETT:  Thank you.

 2            MR. COVELL:  Thank you.

 3   Q    But the question I'm driving at here is, for instance, if

 4        you took a typical week in 2012 when you went to Dos, did

 5        you tend to be five days at Dos and no days at Airport

 6        Way, or four days at Dos and one day at Airport Way, or

 7        three days at Dos and two days at Airport Way?

 8   A    When he -- when he sent me to Taco Dos, I was six days a

 9        week over there, Monday through Saturday.

10   Q    Okay.  Very good.  Thank you.  And did you go to Airport

11        Way, at all, in that time period?

12   A    After he send me to Taco Dos, I -- I don't think so,

13        because back to Taco One.

14   Q    Okay.

15   A    I -- because I --

16   Q    And if you did, it might have been maybe for a day or --

17   A    Yeah.

18   Q    -- something?  Okay.

19            MR. HACKETT:  We're talking about working and not

20   necessarily delivering anything.  Is that correct?

21            MR. COVELL:  Yeah, his work place.

22            MR. HACKETT:  Work place, all right.

23            MR. COVELL:  Yeah, okay.

24   Q    All right.  So 2012, you're more or less at Taco Dos only

25        or mostly?
                                                          29
```

1  A  Yeah.

2  Q  Okay.  All right.  Okay.  All right.  Now, when you went

3     there in 2012, what was your job?

4  A  Cook.  We cook and clean the kitchen, make sure

5     everything was clean, shiny.  Once -- once a week, make

6     sure we clean the whole restaurant, clean the walls and

7     the fryers, sweep the floor, take the trash.

8  Q  Is it fair to say -- and you tell me if it's fair or

9     unfair to say.  Is it fair to say that you were in charge

10    of everything that had to do with the kitchen and food

11    preparation?

12 A  For the kitchen?

13 Q  Yeah.

14 A  To coo -- yeah, I was the -- the one that cooked that --

15    I wasn't in charge of everything, but I was the one to

16    cook.  I was the only cook, so -- but -- so in 2013, so I

17    had to prepare the food so that I can serve it, because

18    nobody else would do it.  So I had to cook to prepare

19    what I need for the day, and when I prepared what I need

20    for the day, and when the time being 11:00, I had to

21    cook, make my ticket.  Every ticket that came through, I

22    had to make it and serve it.  And when we were too busy,

23    I had to run the food to the table, because it was only

24    two people working there.

25 Q  Two people working there, and who were the two people?

                                                              30

Case 4:17-cv-00005-TMB   Document 92   Filed 01/09/18   Page 16 of 77

```
 1   A   Anna Wheeler and me.  She was the cashier.  I was the
 2       cook in the kitchen.  And when we get too busy, I always
 3       run, help her around, just -- me answer the phone, taking
 4       the food to the table.  After lunch, we would, basically,
 5       do -- was just do the dishes and prepare for dinner time
 6       and clean everything that I have (indiscernible) to clean
 7       it up.
 8   Q   Okay.  And is it -- in the restaurant business, is it
 9       true that you have rushes at meal time?
10   A   Rushes only like --
11   Q   Busy?
12   A   -- like break time?  You're talking about break?
13   Q   No, like busy.  Lunch time is busy?
14   A   Yes, it is.
15   Q   Lots of customers?
16   A   Yeah.
17   Q   Too much to do?
18   A   Yeah, because she were too busy; she would have a line at
19       the cashier sometime, and the food was ready.  We didn't
20       have anybody to run it, so I have to take my gloves off,
21       came out of the counter, take the food to the customer.
22   Q   Right.  So you were covering for her --
23   A   Co --
24   Q   -- so to speak?
25   A   Not cover; helping her out --
```

31

```
 1   Q   Okay, okay.

 2   A   -- because there only two people.

 3   Q   And then did that happen vice-a-versa sometimes?  Did

 4       she --

 5   A   Every --

 6   Q   -- run back --

 7   A   -- week.

 8   Q   -- in the kitchen and put something together and take it

 9       out front?

10   A   If, say, I was in the bathroom and somebody show up to

11       buy something, she would just go there and prepare

12       something, yes --

13   Q   Okay.

14   A   -- because I was in the bathroom.

15   Q   And that just makes sense, doesn't it?

16   A   Yeah, got only two people, that we just helping each

17       other.

18   Q   Okay.  So was there ever a time when there were more than

19       two people at Dos?

20   A   Yeah.  Sometimes it was more than two people for one week

21       or three day.  And we -- sometimes, we just waiting for

22       the dishwasher, and he never show up.  We would call --

23       the line that waiting.  That's what happen, and they say,

24       no, we move him to Taco One, and so we just waiting for

25       them and never show up.  Sorry.
```

32

Case 4:17-cv-00005-TMB   Document 92   Filed 01/09/18   Page 18 of 77

```
 1           COURT REPORTER:  Sorry, slow down just a little bit.
 2           MR. HACKETT:  Yeah, talk slowly so she can
 3    understand what you're saying.
 4           COURT REPORTER:  And try not to interrupt him,
 5    because I can't get it when you're --
 6           MR. HACKETT:  Yeah, let --
 7           COURT REPORTER:  -- talking over him.
 8           MR. HACKETT:  -- finished until -- wait until he
 9    finishes his question before you answer.
10    A    I mean, continue the answer or do you want to finish the
11         question?
12           MR. COVELL:  Ready?
13           COURT REPORTER:  Oh, I'm ready.  I just --
14           MR. COVELL:  Okay.
15           COURT REPORTER:  -- needed him to slow down.
16    Q    I -- and I'll --
17           COURT REPORTER:  Thank you.
18    Q    -- try not to interrupt you, too, so -- okay.  So we were
19         on, at some point, that other people worked there.  And I
20         think the answer is, yes, sometimes other people worked
21         there.  And then you were saying, sometimes, we were
22         supposed to have a dishwasher, but the dishwasher
23         wouldn't show up.  And then so when the dishwasher didn't
24         show up, you would call Yolanda.
25    A    Or Willy, yeah.
                                                              33
```

Case 4:17-cv-00005-TMB   Document 92   Filed 01/09/18   Page 19 of 77

```
 1   Q    Or Willy.  And we'll stipulate that Yolanda is Yolanda
 2        Casillas.
 3             MR. HACKETT:  Okay.
 4   Q    All right.  Okay.  And if the dishwasher didn't show up,
 5        what would Yolanda or Willy do about that, if anything?
 6   A    Oh, they would say, we send him to -- to Taco One,
 7        because (indiscernible) just have to be us.
 8   Q    Say the last part, again, please.
 9   A    They would say we just -- we need him over here.
10   Q    Okay.
11   A    And we just have to -- okay.
12   Q    And you'll have to deal with it?
13   A    Yeah.
14   Q    Okay.
15   A    Yeah, I -- not to deal with it.  I would have to do my
16        job.  I mean, my job was --
17   Q    Okay.  Here, let's jump around a little bit.  So when you
18        worked at Dos, did you get tips?
19   A    Yeah, we got tips.
20   Q    Okay.  And is the way the tip system worked, all the tips
21        would go in a jar and then they get split up among the
22        employees that were there?
23   A    Yes.
24   Q    Okay.  And so the more employees there are, the fewer
25        dollars you get in tips, is that right?
```

                                                              34

```
 1  A    Yeah.
 2  Q    Okay.  Did you ever tell Yolanda or Willy that you didn't
 3       want a dishwasher, because you would make more tips if
 4       there wasn't a dishwasher there?
 5  A    No.
 6  Q    Okay.  All right.  So besides a dishwasher, were there
 7       ever any other employees at Dos?
 8            MR. HACKETT:  At any time?
 9  Q    At any time.  At any time you worked there, were there
10       other employees besides you and Ms. Wheeler or somebody
11       else in Ms. Wheeler's job?
12            MR. HACKETT:  Are we talking back -- going back in
13  2011?
14  A    At '13?  What year are we talking about?
15            MR. HACKETT:  Or what --
16  Q    Well, let's say from 2012 forward.
17  A    For 2012, it was -- was a dishwasher whenever he come
18       from -- to Taco Dos with somebody working as a
19       dishwasher.  But he left in December 2012, and he
20       (indiscernible) after that, we never had a dishwasher.
21  Q    Okay.  And the guy that left in 2012, do you remember his
22       name?
23  A    It's in the -- what is the paper that you have?
24       (Whispered conversation with Mr. Covell client).
25            MR. HACKETT:  Okay.  You can look through the
```

35

```
 1          serving, taking orders, and things like that.
 2    A     Uh-huh.
 3    Q     Okay.
 4              MR. HACKETT:   Is that a yes?
 5    A     Yes.
 6    Q     All right.  And at least, at one point, Anna Wheeler did
 7          that?
 8    A     Yes.
 9    Q     Okay.  And then there's another person in the back of the
10          house who cooks, cleans, orders food, and does other
11          things that are kitchen related, is that right?
12    A     Yeah.
13    Q     All right.  And Anna Wheeler had that job for part of the
14          time.  And the second person we referred to now --
15    A     Yes.
16    Q     -- Jose Gonzalez, Junior, you said was a cashier, yes?
17    A     Cashier, yeah.
18    Q     Okay.  And when you say cashier, does that generally mean
19          Anna Wheeler's jobs and the duties we just talked about?
20    A     Uh-huh.  Sure, because she does mostly just cashier over
21          there, just at --
22    Q     More of a specialized job taking money?
23    A     She is the one who count the money and do all the stuff,
24          count the stuff.
25    Q     Okay.  So let's hold that thought.  Let's go to the third
```

39

Case 4:17-cv-00005-TMB   Document 92   Filed 01/09/18   Page 22 of 77

1    person, now, whose last name is Mercado.

2  A    Yeah.

3  Q    Okay.  Luis --

4  A    Merc -- Humberto --

5  Q    Humberto Mercado.

6  A    Yeah.

7  Q    Okay.  What was Luis's job?

8  A    Cook.

9  Q    Okay.  And he was a cook, and you've described yourself

10    as a cook, as well, yes?

11 A    Uh-huh.

12 Q    So were there two cooks, at one point or another, there

13    when you were there?

14 A    Yeah.  That time, yeah.

15 Q    Okay.  And was Luis, indeed, one of the other people who

16    was a cook when you were a cook?

17 A    Yeah.

18 Q    All right.  And was one cook in charge of the other?

19 A    No.

20 Q    No.  Okay.  Were you given titles like first cook and

21    second cook?

22 A    No, just regular cook.

23 Q    Okay.  Okay.  Did Mr. Gallo ever send a dishwasher to

24    help you, and you said you don't want one, and refused to

25    have the dishwasher help?

                                                        40

```
 1   A    No, I would never say no, because it was a lot of work
 2        for me to do to cook, to clean, to take out the trash, to
 3        sweep and to mop.
 4   Q    Okay.  So as far as you were concerned, the more help,
 5        the better?
 6   A    Yeah.
 7   Q    All right.  And on that piece of paper you're looking at,
 8        there were --
 9   A    That's my name over there.
10   Q    -- four people there including you?
11   A    Yeah.
12   Q    All right.  And it also indicates that's winter months,
13        right?
14   A    Yeah.
15   Q    Okay.  Okay.  Who opened the Dos location?
16   A    It was me open (indiscernible) open.
17   Q    Took the key and unlocked the door?
18   A    Me.
19   Q    Okay.  And --
20             MR. HACKETT:  Okay.  Are we meaning at --
21   A    I mean --
22             MR. HACKETT:  -- day one or --
23             MR. COVELL:  I --
24             MR. HACKETT:  -- when he was --
25   Q    Okay.  I'll rephrase the question.  At some point, when
```

41

1       you worked at Dos, did you open?

2    A  Yes.

3    Q  All right.  What point in time, to the best of your

4       recollection, did you start to open the restaurant?

5    A  2013.  In sometime 2013.

6    Q  Okay.

7    A  I don't remember exactly.

8    Q  At some point when you went to work at Dos, did you have

9       more duties or responsibilities than just cook?

10   A  Like I say, I had to -- the kitchen, clean the kitchen.

11      I had to clean the fryer.  By the end of the night, take

12      the trash.  I have to clean the dishwasher out because we

13      didn't have a dishwasher.  Sweep, mop --

14   Q  Okay.  And in addition to that, at some point, you

15      opened, right?

16   A  Yeah.  I was the only cook.  Who was going to open?

17      Nobody -- was nobody else.  I was the only cook --

18   Q  Okay.

19   A  -- who was in the kitchen.

20   Q  And help me work through this, because -- and I'm not

21      saying you're trying to deceive me, but I just get

22      confused.  You say, I'm the only cook, but we also know

23      in looking at Exhibit 20, at times you were there and

24      there was another cook there?

25   A  Yeah, back in 2011.

                                                        42

1   Q   Okay.

2   A   Yeah.  Talking about 2013, '14, '15, was just me in the

3       kitchen --

4   Q   Okay.

5   A   -- cooking.

6   Q   Okay.  In 2011, there were two cooks?

7   A   Yeah, when the restaurant -- restaurant opened, yeah.

8   Q   Okay.  In 2011, who opened?

9   A   Like I say, Willy prepared the food.  We just show up

10       11:00 o'clock or 10:00 o'clock, because that was already

11       open when we came to the restaurant.

12   Q   All right.  So you're saying 2011, Willy was there with

13       the door open already?

14   A   No, he wasn't there.  He just came and prepared the food

15       and left everything ready for us, and we show up.  We

16       show up -- I'm too fast?

17               COURT REPORTER:  You're fine.

18   A   When we show up 10:30 or 11:00, then everything was ready

19       just to serve.  The kitchen was already placed.

20   Q   And was Willy there or --

21   A   No.

22   Q   -- it was just --

23   A   The door -- no, the door was already --

24   Q   -- hot steaming food on the table, so to speak, or in the

25       hot --

43

Case 4:17-cv-00005-TMB   Document 92   Filed 01/09/18   Page 26 of 77

```
 1  A    No, serve -- no, serve -- you know, ready to serve to

 2       people.

 3  Q    Okay.  But nobody else there?

 4  A    No, we just both show up at the same time, 11:00 o'clock

 5       to be there 11:00.

 6  Q    And when you're saying, we, you mean and Willy or --

 7  A    No.

 8  Q    -- you mean --

 9  A    Me and --

10  Q    -- you and the other --

11  A    -- the other guy, yeah.

12  Q    -- people on Exhibit 20?  Okay.  All right.  And so --

13            MR. HACKETT:  That's not Exhibit 20, I don't

14  believe.

15            MR. COVELL:  I'm sorry, what number?

16  A    Exhibit 4 -- 4.

17  Q    Exhibit 4, thank you.  All right.

18            MR. COVELL:  And so far, Mr. Garcia looked at

19  Exhibit 20 early, which was the Department of Labor paperwork,

20  and then he's looked at Exhibit 4, which is the timesheet from

21  January 16 to 22nd.  And the discussions we've had about the

22  employees in 2011, are in reference to Exhibit 4.  If I said

23  Exhibit 20 earlier, I misspoke.

24            MR. HACKETT:  With all due respect, you never gave a

25  time frame.  It was never established when Anna Wheeler was      44
```

```
 1   A    Yeah, well --
 2   Q    Okay.
 3   A    When -- when she went to Taco Dos, I wasn't working
 4        there.  And by the time she was there, I don't -- I don't
 5        know exactly who she replaced.  I know it was a girl -- a
 6        girl.  Well, it wasn't a guy.
 7   Q    A girl, a female, yes?
 8   A    Yeah.
 9   Q    Okay.  All right.  So it wouldn't be any of those names
10        on that list, because they all appear to be male names?
11   A    Yeah.
12   Q    Okay.  All right.  Okay.  Is it correct that when you
13        went to -- I thought you said when you went to Dos, she
14        was already there.  But according to Exhibit 4, she
15        wasn't there and you were?
16   A    Because that since we open.  I mean, we're talking about
17        2013.  That's when I went there and she was already there
18        and --
19   Q    Okay.
20   A    -- (indiscernible).
21   Q    Okay.  Again, I'm not trying to make this complicated.
22        I'm just trying to get it clear in my head.
23            MR. HACKETT:  He -- what he was trying to say, I
24   think, is when he went back to Dos the second time, she was
25   there.
                                                          47
```

1   Q    Okay.  Well, I mean, this is where my imagination goes,

2        and you tell me if this is right or wrong.  It's a cold,

3        snowy day in December.  Everybody wants to stay home.

4        You got to get up and get in your car and drive there.

5        If you live on Dartmouth, you walk there.  The wind is

6        blowing; you're cold.  The door is locked.  You get the

7        key; you stick it in the door.  The place is locked.

8        It's dark; you put the lights on.  You're the first guy

9        there and you start opening up.  Is that the way it went

10       when you opened?

11  A    Yeah.

12  Q    Okay.  All right.  And was that, typically, your duty for

13       the bulk of the time you worked at Dos in the time frame

14       we just talked about, from '12 or '13 through '15?

15  A    My duty was to make sure the food was ready by -- to

16       serve by 11:00, to be early in the restaurant to prepare

17       what I need to be ready by time being that.

18  Q    Okay.  Thank you for that answer.  Coming back to the

19       question of opening as I described it, and I think as you

20       said you did, typically, was that your duty in the large

21       block of time we talked about, from approximately '12 or

22       '13 through '15, yes or no or I don't know?

23  A    It was my duty for 2013 to fixing to be early in the

24       restaurant to get everything ready for lunch time.

25       Everything was ready to cook to be --

                                                          51

| | | |
|---|---|---|
| 1 | Q | All right, Mr. Garcia, so we were talking about opening, |
| 2 | | and you said, yes, you typically opened at Dos during the |
| 3 | | large block of time that you worked there, correct? |
| 4 | A | Yeah. |
| 5 | Q | All right.  So now -- and that's the duty other people |
| 6 | | didn't have at that location, right? |
| 7 | A | When it was on my day off, somebody else had to do it -- |
| 8 | | my days off. |
| 9 | Q | Okay.  And who would that be? |
| 10 | A | Arturo -- |
| 11 | Q | Okay. |
| 12 | A | -- or pretty much Arturo and somebody else, but I don't |
| 13 | | remember his name. |
| 14 | Q | Okay.  Let's talk about your days off.  And just to try |
| 15 | | to speed things up here, I'm going to suggest what the |
| 16 | | case may be, but I don't know.  You're the witness, not |
| 17 | | me.  It's my understanding that Dos, typically, is closed |
| 18 | | one or two days a week, perhaps Sunday. |
| 19 | A | Sunday. |
| 20 | Q | Okay.  And then for part of that, I think earlier today, |
| 21 | | you told me you worked six days a week.  But, also, for |
| 22 | | part of the time you worked there, did you work five days |
| 23 | | a week, typically? |
| 24 | A | Yeah, I started working five days a week after my |
| 25 | | divorce, because I have to take my -- have to have my son |

53

```
 1   A     -- in, yeah.
 2   Q     And so if the computer said you worked five days,
 3         generally, you wouldn't have a dispute with that, would
 4         you?
 5   A     If (indiscernible) I have to look at it.  I look at it.
 6   Q     Okay.  All right.  Well, at some point, I would think,
 7         and maybe I've even seen, I don't know, that some of the
 8         printouts show you there six days a week, right?
 9   A     Yeah.
10   Q     Okay.  And you're saying that was the case up until your
11         divorce?
12   A     My divorce -- I have to look at the paperwork, so --
13   Q     Okay.
14   A     -- to get exactly times and --
15   Q     All right.  Okay.  Very good.  All right.  So then you
16         worked five days starting late '13, and the restaurant is
17         closed Sunday.
18   A     Uh-huh.
19   Q     What other day off did you take?
20   A     I was off Sunday and Monday.
21   Q     Okay.  All right.  Do you know who cooked on Monday when
22         you weren't there?
23   A     Arturo.
24   Q     Okay.  And is Arturo -- he's not on Exhibit 4, is he?
25   A     No, because he worked at Taco One pretty much --
```

57

1    Q    Okay.

2    A    -- Airport Way.

3    Q    So Taco -- or Arturo would come over for Taco One --

4    A    Yeah.

5    Q    -- one day a week?

6    A    Yeah.

7    Q    All right.  And then is it your understanding that Arturo

8         would also open that day?

9    A    Yeah.

10   Q    Okay.  And did you have a key to open the restaurant?

11   A    Yes.

12   Q    And then did you always keep that with you?

13   A    Yes.

14   Q    Okay.  And so Arturo got another key from somebody else?

15   A    I give the -- no.  I have to give the key to Arturo or --

16        yeah, I have to give my key to him to open the

17        restaurant.

18   Q    For his one day?

19   A    And -- and I leave the key.  Yeah, we always had a spot

20        where I leave the key for him, so he can find it.

21   Q    The secret hiding spot that --

22   A    Yes.

23   Q    -- only you and he knew?

24   A    Yeah.

25   Q    Okay.  All right.  Okay.  All right.  Besides Arturo

                                                              58

Case 4:17-cv-00005-TMB   Document 92   Filed 01/09/18   Page 32 of 77

```
 1        opening -- well, let's talk about this.  Did you close?
 2    A   What do you mean close?
 3    Q   Well --
 4    A   The door?
 5    Q   Yeah, again in my mind -- and tell me if I'm right or
 6        wrong -- but at the end of the day, you know, the fryers
 7        are shut down, the ovens are turned off, the floor is
 8        swept and mopped, you know, food is put away, the lights
 9        are turned out, and somebody walks out the door and turns
10        the key and locks the door.
11    A   Yeah, after we close, and we wait for Anna Wheeler to
12        finish the money, counted the money or whatever --
13    Q   Okay.
14    A   -- after she was done, and we wait for her, close the
15        door, and take that receipt to Taco One --
16    Q   Okay.
17    A   -- the money.
18    Q   So let's talk about the receipts and the money and
19        tabulating separately.  That's a duty that needed to be
20        done every day, right?
21    A   Yeah.
22    Q   Okay.  And that's one of the things that kind of goes
23        along to finish up at the end of the day with mopping and
24        sweeping and cleaning and putting food away.  It all --
25    A   Yeah.
                                                              59
```

```
 1        food and salaries and what have you.
 2            MR. HACKETT:  What was -- object to the form, when
 3   you say you.  It might infer that he was doing that, but --
 4            MR. COVELL:  Okay.  All right.  I'll withdraw the
 5   question.  I'll rephrase it.
 6   Q    At the end of the day, receipts need to be done, yes?
 7   A    Yes.
 8   Q    Okay.  And in a prior answer about closing, you told me
 9        that you would wait for Anna Wheeler to get the receipts
10        done, and then you would take the receipts to Taco One,
11        is that correct, what you did?
12   A    Yeah.
13   Q    Okay.  And was that something you did every day?
14   A    Yes.
15   Q    Okay.
16            MR. HACKETT:  Well, not -- every day that he was at
17   work is --
18   A    Yeah, every day I was at work.
19   Q    I'll put it that -- is that something you, typically, did
20        every day?
21   A    When my five days a week that I was working, yeah.
22   Q    Okay.  And from the whole time, from '12 or '13 forward
23        till the end of your work period there, as it were, in
24        '15, every -- or nearly every single work day, you
25        carried the receipts from Dos to Taco One?
                                                           61
```

1    You said anybody on the Mayan Palace side.

2  A  Side, yeah -- they was working at the night, that was the

3    person pretty much who was in charge there of that side,

4    so I would just give it to them, and I come and drop the

5    receipt.

6  Q  Okay.  And this is just to make things clear for people

7    who know a little bit less about this than us.  At Taco

8    One, which is on Airport Way, the restaurant is sort of

9    in two spaces --

10 A  Yeah.

11 Q  -- that are connected by a big connecting open doorway,

12    right?

13 A  Yep.

14 Q  All right.  And is it correct that one side of that is

15    called Mayan Palace sometimes?

16 A  All the time.

17 Q  Okay.  Is the other side called by another name

18    sometimes?

19 A  Taco Azteca.

20 Q  Okay.  But it's all --

21 A  The food for the Mayan Palace come from the same kitchen

22    food to the Taco Azteca.  The same -- we made -- we --

23    the cook made the same food for both sides; come from the

24    same --

25 Q  Okay.  All right.  Okay.  And to a member of the public, 64

1         would it appear that it's one big restaurant together?

2  A    Yeah.

3         MR. HACKETT:  Objection, speculation.  If he knows.

4  Q    Although, I think the answer is, yes, so I --

5         MR. HACKETT:  Okay.

6  Q    All right.  All right.  Okay.  All right.  So your

7         testimony concerning receipts is, you, typically, brought

8         the receipts from Dos to One and you gave them to Anna or

9         somebody working the Mayan Palace side?

10  A    Yeah.

11  Q    Okay.  And do you have other names of people who you

12         might have given the receipts to often or frequently?

13  A    Sometime, I hand the receipt to the girl named Tiana.  I

14         would give it to her, Tiana.  Or sometimes we just leave

15         it at the office and let them know I put the receipt in

16         the office.

17  Q    Okay.  And do you have a last name for Tiana, perhaps?

18  A    No.

19  Q    Okay.  Okay.  And can you describe what Tiana looked

20         like?

21  A    Tall, blonde.  I don't know if she's blonde now, but she

22         used to be blonde when she got her, I think.

23  Q    Okay.  All right.

24         MR. HACKETT:  Was she -- what race?

25  A    She's from out of the country from a different place.  65

 1   form of the question.  Maybe you can ask him --

 2   A    Yeah, I didn't understand the question fully.

 3        MR. HACKETT:  Yeah, yeah.

 4   Q    Sure.

 5   A    I thought you said morning -- morning or money, so

 6        I didn't (indiscernible)--

 7   Q    Money, m-o-n-e-y.

 8   A    Okay.  Money, okay.

 9   Q    Okay.  Is the -- and maybe the receipts are just papers

10        that aren't checks or money, but I'm assuming that when

11        you say the receipts, there's checks, money, credit card

12        receipts, a tally sheet, maybe some other accounting

13        pieces of paper, and you get that all together and --

14        MR. HACKETT:  Well, I mean, I'm going to object to

15   the form of the question there, because --

16        MR. COVELL:  All right, I'll rephrase this.

17        MR. HACKETT:  Lack of foundation as to what --

18   Q    When you say receipts that you either handed to Anna or

19        left in the office, describe to me, physically, what

20        constitutes the receipts.

21   A    The credit card receipt or the cash that we sell the day

22        or -- yeah, that kind of receipt and the -- the report

23        for the day or the sale of the day, too.

24   Q    Okay.  So I'm hearing credit card receipts.

25   A    The cash.
                                                          67

```
 1   Q   Cash.

 2   A   And the -- the report of the day, how much we sell.

 3   Q   The report of the day, which is --

 4   A   Yeah, she would print it -- she would print that out, so

 5       I would take it with the money.

 6   Q   And would a report of the day sort of be a tally sheet,

 7       show all the --

 8   A   It's look kind of this (indicating), just the same.

 9   Q   All right, something similar to --

10   A   Yeah.

11   Q   -- Exhibit 4?  Okay.  All right.  And is it correct that

12       the receipts would constitute all the money or credit

13       that came in that day for meals sold?

14   A   Yeah.

15   Q   Okay.  All right.  And, approximately, what would the

16       range of value of that be?  $200, $600, $2,000?

17   A   The receipt?

18   Q   Yeah.

19   A   Are we talking just about a credit card receipt or about

20       the cash or --

21   Q   Everything you took in that day; how much business you

22       did that day.

23   A   Oh, sometime we did 14 or 15, 13, 1,200.

24   Q   All right.  In a range of 1,000 to 1,500, typically?

25   A   Yeah.                                              68
```

1  Q   Okay.

2  A   And even sometime we see $1,700 a day.

3  Q   And that's a good day, yes?

4  A   That's a good day.

5  Q   Okay.  And maybe in the dead of winter, in the middle of

6      the week, less than 1,000?

7  A   Sometime, but not very often.  The lowest was

8      (indiscernible) at the most, about 1,000, pretty much

9      every day.

10 Q   Pretty much 1,000?

11 A   More -- more than 1,000, yeah.

12 Q   Okay.  All right.  Okay.  And of that gross revenue, if

13     that's the way to call it, how much of that would be in

14     cash, generally?

15 A   About 400; 200 sometimes.

16 Q   All right.  Several hundred?

17 A   Yeah.

18 Q   400, 200?  Okay.  Good.  All right.  Now, you said at

19     times, you would put the receipts in the office, yes?

20 A   Uh-huh.

21 Q   All right.  So when you went to put the receipts in the

22     office, is anybody in there?

23 A   No.

24 Q   Is it locked?

25 A   No, the door was open.                                69

1   Q   Okay.  And then -- and, again, correct me if I'm wrong.

2       In my mind, I see you walking in there and taking the

3       receipts, putting it in the middle of the desk, and

4       walking out.  Is that what happened?

5   A   Yes.

6   Q   Okay.  All right.

7   A   No, I have to let somebody know that I left the receipt

8       in there.

9   Q   Okay.  Now, whenever you did that, would Yolanda or Willy

10      be around?

11  A   No.

12  Q   Okay.

13  A   Because it was late nights, almost 10:00 o'clock p.m.

14  Q   And the closing time for Taco One is?

15  A   9:00 p.m.

16  Q   Okay.

17  A   Well, like I say, it was just me doing the cooking and

18      the cleaning, so it would take me a little bit of time to

19      get everything clean.

20  Q   Okay.  Well, Dos closed at 9:00, correct?

21  A   Yeah.

22  Q   I've been told, and my recollection may be wrong, that

23      Taco One closed at 10:00.

24  A   Yeah.

25  Q   Do you think that might be right or wrong?                70

1    A    They close at 10:00, I believe, and the weekend, I think

2          they close 11:00.

3    Q    Okay. Okay. So you're saying when you got done at Dos

4          at 9:00, by the time you got there with the receipts, it

5          was getting closer to --

6    A    Close, yeah.

7    Q    Okay. All right. Did you have a concern that leaving

8          the money on the desk, even if you told somebody it was

9          there, might be a problem with it coming up missing at

10         some point?

11    A    I never think about it, because most of the people that

12         worked there, be there for a long time and we never had

13         any complaints about missing any kind of money not that I

14         (indiscernible) --

15    Q    Okay.

16    A    -- missing the receipts or the -- the sale of the day.

17         That never happened while I was there.

18    Q    Okay. How would you decide whether or not to give the

19         money to a person versus putting it on the desk, if you

20         can answer that question?

21    A    Oh, sometime, we just drive for the Mayan Palace side. I

22         was working from the Mayan Palace side. I always give

23         the money to the person who was working there. Sometime,

24         I would park the Taco Azteca side, and I just walk

25         through, and just put the money in the office and let    71

Case 4:17-cv-00005-TMB   Document 92   Filed 01/09/18   Page 41 of 77

```
 1        somebody know that I put the money in there.
 2   Q    Okay.  Did Anna Wheeler ever take the receipts to Taco
 3        One?
 4   A    Yes.  Like I say, she would do it --
 5   Q    That's right.  You told me once every three months.
 6   A    Yeah.
 7   Q    Okay.  Very good.
 8   A    If I need her to do it.
 9   Q    I'm sorry.  I forgot you already answered that.  Okay.
10        All right.  And, obviously, the days you didn't work,
11        somebody else would do that.
12   A    Yeah, the person who was in the kitchen, sometimes, yeah,
13        over here.  I don't know.
14   Q    Okay.  Besides you and, I think you said, Arturo having
15        the key to open, did anybody else have a key to open?
16   A    No.
17   Q    Okay.  And same question as to closing; I assume same
18        answer?
19   A    Yeah.
20   Q    Okay.  Who ordered the food for Dos when you worked
21        there?
22   A    We ordered the food on Thursday, because we have to --
23        we -- they -- we did the order Mondays and Thursday.  So
24        I didn't work Monday, so somebody else did the order on
25        Monday.  It would be Anna or -- Anna Wheeler or -- or the
```

72

1   cook that was there.

2 Q   Okay.

3 A   And I would do the order on Thursday, because I was

4     working there.

5 Q   Okay.  And what days was food delivered?

6 A   Tuesday and Friday.

7 Q   All right.

8 A   I don't know now, but before, that was the days when they

9     would --

10 Q   When you were there, it was --

11 A   Yeah.

12 Q   -- Tuesday and Friday?  All right.  And who signed for

13     the food when it was delivered?

14 A   The cook have to look at -- at everything to make sure we

15     got everything you ordered; me -- obviously me, so I have

16     to look through it.  I had to make sure that I got what I

17     ordered for the week or, otherwise, going to be -- I'm

18     going to be trouble.

19 Q   Okay.  So what I understand you to be saying is the food

20     would show up, you would check to see that you got what

21     you ordered, yes?

22 A   Yeah.  Sometime, I would come to the restaurant earlier,

23     because I have to do something before time open.  And

24     when they present -- the delivery show up, Anna Wheeler

25     sometimes would just check it and leave it there for me,

73

1     too.  Yeah, if I wasn't there, she would do it.

2  Q   Okay.  But is it correct that, typically, you would

3     inspect the food and see what you got and then --

4  A   Yeah.

5  Q   -- you would also sign for it?

6  A   Yeah.

7  Q   Okay.  And among the vendors that brought food, I'm told

8     there's FSA, Food Service of America, DiTomaso.

9  A   DiTomaso.

10  Q   DiTomas (ph)?  Can you name the others?  Seems to me

11     there's two or three or four.

12  A   I used to get stuff from Cisco before.  I don't know.

13  Q   I'm sorry, say that --

14  A   I -- I don't know.

15  Q   Quality Sales?

16  A   Yeah.

17  Q   Okay.  All right.  Okay.  Did you have the authority to

18     hire and fire employees at Dos?

19  A   No.  I never hire or interview anyone in my life, or fire

20     anyone in my life.  If somebody would walk in to the

21     restaurant looking for the job, what I do -- what I did

22     was take the phone number, call Willy or Yolanda, and let

23     them know that somebody is looking for the job, you know.

24  Q   Okay.  And did you take applications from those people?

25  A   We don't have application at the work.  It's just they

74

```
 1           COURT REPORTER:  Back on record, 11:40.
 2   Q   All right.  Mr. Garcia, you have in front of you know,
 3       what's marked Exhibit 14 --
 4   A   16.
 5   Q   -- 16, thank you, sir.  And that appears to be a Taco
 6       Azteca, Incorporated pay stub, if you will, and it
 7       reflects -- is it correct, it reflects an hourly rate of
 8       $9.00 an hour?
 9   A   Yeah.
10   Q   And that, generally, comports with your recollection
11       about the wage you testified about as dishwasher,
12       correct?
13   A   Yeah.
14   Q   All right.  And there's some years noted on there
15       somewhere.  Is it 2008, perhaps?
16   A   Yeah.
17   Q   All right.  December of 2008, all right.  So that
18       confirms that your wage, at that time, was $9.00 an hour?
19   A   Yeah.
20   Q   Okay.  All right.  At some point, did you get a raise?
21   A   I did get a raise some time -- some point, I remember.  I
22       got like $.50 raise or something like that.
23   Q   Okay.
24   A   I was in the kitchen.  I was learning in the kitchen; I
25       get a raise.                                          80
```

1   Q   Say the last part about the kitchen and the raise, again.

2   A   I -- we -- after I get kind of the -- the kitchen, I get

3       a raise, yeah.

4   Q   Okay.  All right.  When you went to Dos, did you get a

5       raise?

6   A   Yeah.  When -- when I was -- when I went to Taco Dos, I

7       was already making over $13 an hour af -- when I went to

8       work at Taco Dos.

9   Q   Okay.  And I didn't quite hear you say, when you went to

10      Taco Dos, you were making over how much an hour?

11  A   $13 an hour already.

12  Q   $13 an hour already.  And what year would that have been?

13  A   2012, '13 until 2015.

14  Q   Okay.  All right.  I'm going to take it a little bit

15      sideways for a minute, now.  So I'm handing you what's

16      marked as Exhibit 8.  Do you recognize that piece of

17      paper?

18  A   Yeah, I signed the paper.

19  Q   All right.  And is that a --

20  A   It's 7/5/2016.

21  Q   All right.  July 5th of '16, and it shows an hourly rate

22      of $14 an hour?

23  A   Yeah.

24  Q   And is that an agreement that you made with Mr. Gallo to

25      work at Taco One in 2016?                               81

Marci Lynch & Associates, Inc., 330 Wendell Street
Fairbanks, AK 99701; (907) 452-3678, mlynchreporters@gmail.com
Case 4:17-cv-00005-TMB  Document 92  Filed 01/09/18  Page 46 of 77

1    MR. HACKETT:  Objection, whether -- form of the
2  question.  But he can answer if he knows.
3    MR. COVELL:  Okay.  And I don't understand.
4    MR. HACKETT:  Well, really, Mr. Gallo -- I don't
5  know that there's any foundation for that.
6    MR. COVELL:  Okay.  I'll rephrase it.
7  Q    Is that an agreement that you signed in 2016?
8  A    Yeah.
9  Q    And when you made the agreement, who was the agreement
10        with?
11  A    Willy.
12  Q    Okay.  And, in part, it says the agreement is you work
13        for $14 an hour.
14  A    Yeah.
15  Q    All right.  And as I understand it, it's your contention
16        that during the whole course of employment with
17        defendants, that your sole -- or the highest job position
18        you reached was cook, is that right?
19  A    Yeah.
20  Q    All right.  And so it would be your contention that in
21        2016, you were solely employed as a ki -- a cook, is that
22        right?
23  A    I was a cook, yeah.
24  Q    Okay.  So -- and is that your signature on that page?
25  A    Yes.
                                                          82

Marci Lynch & Associates, Inc., 330 Wendell Street
Fairbanks, AK 99701; (907) 452-3678, mlynchreporters@gmail.com
Case 4:17-cv-00005-TMB  Document 92  Filed 01/09/18  Page 47 of 77

1  Q   All right.  Let me show you Exhibit 7, which is a similar

2      form, but with different entries on it.  Do you recognize

3      Exhibit 7?

4  A   No.

5  Q   You don't recognize Exhibit 7?

6  A   Because I was working at the Cookie Jar at that time, and

7      this paperwork -- I don't recall to be working there.  I

8      was working at the Cookie Jar as a cook.

9  Q   Okay.  Would you look at the signature on Exhibit 7 and

10     examine that, and tell me if that appears to be your

11     signature.

12 A   It appear to be, but I never do this little asterisk here

13     next to the sign -- never do this when I sign.  I don't

14     know.  I didn't do this on that.

15 Q   Okay.

16         MR. COVELL:  So for the record, the witness is

17 referring to the lower right-hand corner, and it says,

18 employee's signature, and below that, at the left hand of the

19 signature line is an asterik [sic] -- asterisk.

20 A   This is not my handwriting.

21 Q   All right.  So let --

22 A   (Indiscernible -- simultaneous speech).

23 Q   -- me just go slow here.  I appreciate your answers.

24         MR. COVELL:  The witness said, this is not my

25 handwriting, and he's indicating the line below the signature  83

1    have still left something to be desired from the point of

2    view of being fully fluent? I'll stop the question

3    there. In other words, in 2011, you would have preferred

4    to have better English skills?

5  A  When you say better English skill, I say, yes. I would

6    understand it, because the paper wasn't give to me until

7    2011.

8  Q  Yeah, I'm sorry. And you would understand it?

9  A  I would -- I would have understand it, yeah.

10  Q  Okay. All right. So you're saying that you wouldn't

11    need to or want to, to take it home to your wife to

12    say --

13  A  No.

14  Q  -- tell me what this says?

15  A  Because if I needed something, like if -- when I got my

16    W-2 or my W-4, the paper that you have to fill out,

17    Yolanda would hand it -- she give me a hand to do it.

18    She's explain it to me and she always help me, so there's

19    no reason for me to take anything home to fill it out.

20  Q  Okay. And so looking, again, at 7, if in the first

21    paragraph, that's Yolanda's handwriting, which you've

22    allowed it might be, then the situation, if you had

23    signed this, might be that Yolanda filled it out and

24    explained it to you, and then you signed it?

25  A  I don't --

                                                      90

1   Q   All right.  Mr. Garcia, at some point, when you were

2       employed by the defendants, you were paid a fixed amount

3       twice a month, is that right or --

4   A   Yeah.

5   Q   Okay.  And can you recall for me, what amounts or various

6       amounts those were?

7   A   I was making four -- 1,000 -- four -- $1,450, and I ask

8       him for -- for a raise, and he put 50 more dollars, so it

9       was $1,500 paycheck.

10  Q   Okay.  And at some point -- okay.  And was that the most

11      you were paid ever, twice a month, and that would have

12      been that 3,000 a month?

13  A   Yeah.

14  Q   Okay.  And so before the 15 a month, you were paid 1,450.

15      Do you recall if there may have been other similar, but

16      lesser amounts?

17  A   Yeah, this whole time that the mon -- the check, but

18      really the different kind of amounts.

19  Q   Okay.  Let's hold off on that one for a minute.  All

20      right.  When you got either 1,450 a month, did Mr. Gallo

21      ever give you $500 cash?

22  A   No.

23  Q   Okay.  All right.

24      (Whispered conversation Mr. Covell and client)

25  Q   Do you know a Pascual Jimenez, Junior?              97

```
 1   Q   All right.  Talking about the period of time when you
 2       worked at Dos for the long block of time from 2012 or '13
 3       through 2015, let's -- and we discussed -- okay.  Let's
 4       talk about that time.  We discussed that time, and
 5       starting in late '13, you, typically, worked five days a
 6       week, correct?
 7   A   Yeah.
 8   Q   All right.  Now, let's talk about, typically, what you
 9       think you worked in the way of hours from that time
10       period, in that time period.
11   A   How many hours a day?
12   Q   Yes.  In other words, I showed up usually at 6:45 a.m. or
13       11:00 p.m.
14   A   Between 9:00, 9:30, yeah.
15   Q   9:00, 9:30 a.m. --
16   A   Yeah.
17   Q    -- you showed up?
18   A   Sometimes if we have some -- a lot to do, I would be
19       8:30, almost 9:00.
20   Q   Okay.  And then how late would you be there?
21   A   Oh, sometime it would be late, 10:00, 10:15, sometimes.
22       If I didn't have a lot to do, just to do (indiscernible),
23       it would be about around 10:00.
24   Q   10:00?
25   A   Yeah.
                                                        112
```

```
 1   Q    So I'm getting from you, a typical day would be 9:30 a.m.

 2        to 10:00 p.m.?

 3   A    Yeah.

 4   Q    All right.  Did you use the computer clock-in system,

 5        typically?

 6   A    Yeah.  And sometimes, we forget about it.  We let Yolanda

 7        know and she will fix it or she will -- I don't know how.

 8   Q    Okay.  My observation of the -- have you seen the time

 9        records from the computer for that period of time?

10   A    No, because we don't get to see it.  We -- I mean, I

11        don't know how to look for it in the computer.  It

12        just -- they just come and print the hours and take it.

13        We never get to see anything.

14   Q    Okay.

15             MR. HACKETT:  I think he's asking you in this case,

16   have you seen the ones that they produced, I think is what --

17   A    Oh, yeah.

18             MR. COVELL:  Yeah, that --

19   A    Yeah, yeah, yeah.

20   Q    Okay.  And my observation, generally, those records show

21        10-hour days or, perhaps, 11-hour days.  Whether or not

22        you agree that's what you actually did, do you agree, in

23        general, that that's what the computer record shows?

24   A    Yeah.

25   Q    Okay.  And so 9:30 to 10:00 would be 11 1/2 hours, right?
```
113

1  you're able --

2              MR. HACKETT:  Well, off-the-clock time that would

3  not be on the computer that --

4              MR. COVELL:  Okay.

5              MR. HACKETT:  So that -- so we're not disputing the

6  substantial accuracy of the (indiscernible) records.

7              MR. COVELL:  Okay.

8              MR. HACKETT:  All right.

9  Q    All right.  Let's talk about meal periods.  My

10       understanding, typically, in a restaurant business, if

11       you work in a restaurant, they give you a meal.  Is that

12       true?

13              MR. HACKETT:  Well, again, you --

14  A    Yes.  Sorry.

15  Q    All right.  And is it true that when you worked for

16       defendants, typically, you got a meal every day?

17  A    Yes.

18  Q    All right.  And typically then, what time of day would

19       you eat your meal?

20  A    Like I say, we sit down to eat around 3:00.  I was -- sit

21       down to eat around 3:00 o'clock or something like that.

22  Q    Okay.  And is it correct that between the hours of,

23       approximately, 2:00 and 5:00, it's the slow time?

24  A    Yes, it was slow, but doesn't mean nobody came to buy

25       anything.                                          116

1    Q    Okay.  Now, if you're there alone and somebody comes to

2         buy something, then your meal might be interrupted?

3    A    Yeah, I have to get up and make the order.

4    Q    Okay.  But if, for instance, Humberto was there, and it

5         was your meal period, then your meal would be

6         uninterrupted, is that right?

7    A    Most of the guy that we used to have there, sometimes

8         they don't know how to cook.  So even that we have

9         somebody doing the dishes, I would have to stay -- get up

10        from my break or whatever I was doing to cook.

11   Q    Okay.  Did Humberto know how to cook?

12   A    Who?

13   Q    There was one of these three people here on Exhibit 4,

14        you said, was a cook, yes?

15             MR. HACKETT:  Wait a minute.

16   A    Well, he wasn't there, because --

17             MR. HACKETT:  Exhibit 4 is the 2011.

18   A    -- that's before 2011.  Yeah, he wasn't --

19             MR. HACKETT:  I thought your question was the 2012

20   to '15 period.

21             MR. COVELL:  Okay.

22   Q    So addressing the 2011 period, you did, typically, get a

23        meal around 3:00 o'clock, is that right?

24   A    Or any time, yeah.  I mean --

25   Q    Okay.                                              117

Case 4:17-cv-00005-TMB   Document 92   Filed 01/09/18   Page 54 of 77

1  A   -- any time after lunch.

2  Q   All right.  Generally, between 2:00 and 5:00?

3  A   Yeah.

4  Q   Halfway between all that is 3:00, 3:30, right?

5  A   Yeah.

6  Q   Okay.  All right.  Very good.  When you had other people

7      working there, I think what you're telling me is your

8      meal might be interrupted, because even if there were

9      other people working there, they may not have the

10     necessary skill to cook a meal?

11 A   Yeah.

12 Q   All right.  Now, did that circumstance arrive -- arise --

13     in other words, did that circumstance happen every day

14     you worked?

15 A   Pretty much, yeah.  If I had somebody working with me

16     that know how to cook or know how to prepare the order, I

17     wouldn't get up at the table.  If I had somebody that

18     didn't know how do that, we have to get up and make the

19     food.

20 Q   Okay.  And so my question is, typically, how often did

21     your meal get interrupted?

22 A   A lot.

23 Q   Okay.  Would it be every day?

24 A   If we didn't have dishwasher, yes.  Even if we do, it

25     would still interrupt it, because they didn't know how to

118

```
 1   Q    Thank you.  Okay.  Talking about compensation or pay or
 2        money received, in 2016, Exhibit 8 shows that you agreed
 3        to work as a cook for $14 an hour, right?
 4   A    Yes.
 5   Q    All right.  And in 2016, you didn't open or close,
 6        correct?
 7   A    No.
 8   Q    You didn't carry receipts to the office?
 9   A    I did twice a week.  Everything have to go to Taco Dos.
10   Q    Okay.
11   A    Yeah.
12   Q    And was that every week in 2016?
13   A    Not every week, because when one of the guy went on
14        vacation, and we would send somebody to work four days
15        over there, and I was working Fridays and Saturdays, two
16        days a week.
17             MR. HACKETT:  Or Fridays or Saturdays or Thursdays
18   and Fridays?
19   A    No.  Yeah, Thursdays and Fridays, sorry.  Thursdays and
20        Fridays.
21   Q    Okay.  All right.  So during 2016 when you were at Taco
22        One, you didn't open and close, you didn't carry
23        receipts, and you just cooked, right?
24   A    Taco One, yes.
25   Q    Okay.  And then I think I understand, but correct me if
```
123

1        I'm wrong.  For some period of time during your
2        employment in 2016, you went two days a week to Dos?
3    A   Yeah, to open and (indiscernible - voice lowered).
4    Q   Okay.  So let's back up here for a minute.  Can you tell
5        us the approximate dates you worked at -- for the
6        defendants in 2016?  And let me throw this out there,
7        because I think I'm shooting around a target;
8        approximately, July 5th to maybe mid October?
9            MR. HACKETT:  Well, we have documents that show --
10   A   Yeah.
11           MR. HACKETT:  -- the exact dates.
12           MR. COVELL:  Okay.  And if I was an expert attorney
13   like you, I would have them at my fingertips.  But since I
14   have Alzheimer's, I'm asking the witness, because he's younger
15   and stronger.
16           MR. HACKETT:  All right.
17           MR. COVELL:  And it's also his life.
18           MR. HACKETT:  Fair enough.
19           MR. COVELL:  And if you want to share it with me and
20   you got it at your fingertips, I'd be happy to hear about it.
21   A   I came back to Taco Azteca between August or September
22       2016, one of those two months to be exactly; July -- one
23       of those, July, August, September.
24   Q   Okay.  So approximately July, August, September, but
25       whatever the records show as the time period, yes?

124

```
 1        October 5th.  Would that refresh your recollection as
 2        to --
 3   A    Yeah.
 4   Q    -- when?  Okay.  So you were there July, August,
 5        September, October -- three months, pretty much to the
 6        day.  Okay.  All right.  So during those three months,
 7        how -- is it correct that not all of those weeks you
 8        spent two days at Dos?
 9   A    Yeah.  No.
10   Q    Okay.  Approximately, how many of them, if you can tell
11        me?
12   A    No, I can't.  I don't remember exactly how many weeks to
13        be exactly.
14   Q    Half?  A quarter?  If you know or if you can estimate; if
15        you can't, say so.
16   A    I can't estimate it.
17   Q    Okay.  Very good.  Thank you.  All right.  Is it fair to
18        say that, predominantly or mostly in 2016, you worked at
19        Taco One?
20   A    I worked for both place and I work in North Pole, too.
21   Q    Okay.  Let's talk about North Pole.  In 2016, how many
22        days do you think you worked at North Pole?
23   A    Maybe four or five days; no more than that, because I
24        only worked Saturdays to go there.
25        (Whispered conversation Mr. Covell and client)
```

126

1          MR. COVELL:  Okay.

2          MR. HACKETT:  And so the dates and the hours, except

3    for the Taco Dos, which wasn't provided to the State or -- of

4    record.  They -- but we received no records indicating what

5    dates he was at North Pole or no hours there.

6          MR. COVELL:  Okay.

7          (Whispered conversation with Mr. Covell and clients)

8    Q    Mr. Garcia, is it correct that when you did go to North

9         Pole, you would go to Taco One first and clock in there,

10        and then drive to North Pole?

11   A    No.  I would drive to North Pole and call from there and

12        tell them I'm here, clock me in.  That's what I did.  I

13        drive from my house to North Pole.  When I get to the

14        restaurant, we call the restaurant and tell them, hey,

15        I'm here, clock me in.

16   Q    All right.  And then, similarly, would you clock out the

17        same way, by telephone?

18   A    Yeah.

19   Q    All right.  The days you worked at Dos, did you clock in

20        that way or did you --

21   A    No, because my name was in the computer in Taco Dos.  My

22        name was there and -- yeah.

23   Q    Okay.  So when you worked at Dos, you'd clock in at Dos?

24   A    Yeah, because my name was in the computer.

25   Q    All right.  Okay.

                                                          129

```
 1        cook.
 2   Q    Okay.  Is it correct or incorrect that when you worked at
 3        North Pole, whoever you were either covering for or
 4        avoiding, there was something about 2:00 o'clock and,
 5        therefore, you would work after 2:00 -- from 2:00 to
 6        10:00 or something?
 7   A    Sometime, yeah.
 8   Q    Sometimes?
 9   A    Yeah.
10   Q    Okay.
11   A    Sometimes we go straight to North Pole, and sometime we
12        go to Taco One and then go to North Pole.
13   Q    Okay.  All right.  And when you went straight to Taco
14        One, would you clock in at Taco One or --
15   A    Yeah.
16   Q    Okay.  So sometimes you clock in at Taco One and drive to
17        North Pole?
18   A    Yeah.
19   Q    Sometimes you drive to North Pole, call Taco One, clock
20        in?
21   A    Yeah.
22   Q    Okay.  Did that difference tend to happen based upon the
23        shift you were working?  In other words, at 8:00 or 9:00
24        or 10:00 a.m. versus at 2:00 p.m.?
25   A    I didn't understand the question.
```
                                                         131

Case 4:17-cv-00005-TMB   Document 92   Filed 01/09/18   Page 60 of 77

1   Q   Okay.  Sometimes, you'd clock in, in Fairbanks, at Taco

2       One?

3   A   Yeah, at 11:00.

4   Q   Sometimes you would go to North Pole and call and clock

5       in?

6   A   Uh-huh.

7   Q   Would it tend to be that when you clocked in, in person

8       versus calling, that one set would -- the difference

9       would be, in part, because of the start time at the time

10      of day?

11  A   Yeah.  I start at 11:00; even at Taco Azteca on Airport,

12      we start at 11:00.  And Taco Azteca here, we start at

13      11:00 o'clock, too.

14  Q   Okay.  But the days that you clocked in at North Pole,

15      were those always 11:00s or were they mostly --

16  A   11:00.

17  Q   -- 2:00 p.m.s?

18  A   No, 11:00.

19  Q   Okay.  And then the days you clocked in, in Fairbanks,

20      were they always 11:00s or mostly 2:00 p.m.s?

21  A   When I have to go to North Pole was because I was there

22      be -- to -- in Taco Azteca Airport Way, I was there from

23      11:00 to 2:00.  When the other guy show up, I just take

24      my car and go to North Pole.

25  Q   Okay.  All right.  All right.  So, in any event, you

132

```
 1        agreed, in 2016, to work as a cook for $14 an hour, yes?
 2   A    Yeah.
 3   Q    Okay.  Now, you made a Department of Labor claim for
 4        wages and overtime, right?
 5   A    Yeah.
 6   Q    All right.  And the Department sent the defendants a
 7        letter in that regard.  And I guess when we started your
 8        deposition, you looked at Exhibit 20, I believe, and that
 9        had papers in that regard?
10   A    Uh-huh.
11   Q    As a result of that Department of Labor claim, you
12        received a check, right?
13   A    I did receive a check, yeah.
14   Q    All right.  It was 230 or 280 dollars?
15   A    Something like that, yeah.
16   Q    All right.  And you accepted that check and you cashed
17        it, right?
18   A    Yeah.
19   Q    All right.
20   A    I did receive the check, but (indiscernible) -- what is
21        his na -- her name, Maria [sic] -- Mario [sic]?
22        (Indiscernible) not for (indiscernible); it just was in
23        the claim, the check.  She was surprised when the check
24        came in, too.  She just called me and say, they bring a
25        check for you.  Yeah, said I don't know why.
                                                         133
```

1   Q   Maria [sic] Westervelt, you're --

2   A   Yeah.

3   Q   -- referring to?

4   A   Yeah.

5   Q   She's --

6   A   Yeah.

7        MR. HACKETT:  Moira, I think, is her name.

8   A   Moira, Moira, Maria, I don't know.

9        MR. HACKETT:  Moira Westervelt.

10   Q   Okay.  She's the lady that works at State Department of

11      Labor?

12   A   Yeah.

13   Q   Okay.  Okay.  All right.  Do you know if the wages that

14      were paid to you, through the Department of Labor, were

15      calculated based on an hourly rate of $14 an hour?

16   A   I don't know how they calculated -- calculated the

17      overtime period.  I mean, I didn't look at it.  I mean, I

18      just got it pay.  Moira said she didn't know, either, how

19      they -- they come to the calculation on how much

20      overtime --

21        MR. HACKETT:  Oh, we --

22   A   -- (indiscernible - simultaneous speech).

23        MR. HACKETT:  -- can't -- you can't quote what she's

24  saying, because she's not here.

25   A   Oh.  Well, I didn't -- I didn't know -- didn't know how

134

Case 4:17-cv-00005-TMB   Document 92   Filed 01/09/18   Page 63 of 77

1    they come with the calculation.

2  Q   Okay. If one studied those papers, one might be able to

3    figure out if, indeed, that's how the calculations were

4    made. Do you agree with that or disagree with that?

5        MR. HACKETT: Objection; speculation.

6  Q   You can answer the question if you think you can answer

7    it.

8  A   I don't know. I'd have to see the paper first; take a

9    good look at it --

10  Q   Okay.

11  A   -- and then --

12  Q   Okay. Thank you. Do you dispute that $14 an hour is a

13    fair, hourly rate for the work you did in 2016, other

14    than the work you did at Taco Azteca Dos?

15        MR. HACKETT: I'm going to object to the form of the

16  question based upon relevance. He ge -- because it -- you can

17  answer the question if you can.

18  A   What's the question, again?

19  Q   The question is, do you dispute that $14 an hour was a

20    fair hourly rate to be compensated for the work you did

21    in 2016 at Taco Azteca One in North Pole?

22  A   Yeah.

23  Q   So you're saying it's fair or unfair?

24  A   It's fair.

25  Q   Okay. Do you dispute that the $14 an hour is fair

135

| | | |
|---|---|---|
| 1 | Q | Did you -- were you aware that he apparently was fired? |
| 2 | A | No, no. |
| 3 | Q | All right.  Well, what do you know about him?  In other |
| 4 | | words, there's testimony you fired him.  Do -- at some |
| 5 | | point in time, were you aware that he was no longer |
| 6 | | working? |
| 7 | A | Yeah.  He was working Dos -- at Taco Dos as a dishwasher. |
| 8 | | And I don't know exactly what happened.  He just didn't |
| 9 | | show up for some reason.  He didn't come back.  But I |
| 10 | | didn't fire.  I never say, you're fired.  I never say |
| 11 | | that (indiscernible) that. |
| 12 | Q | Well, do you -- did you have the authority to fire him? |
| 13 | A | No.  I didn't make any decision.  I always have to call |
| 14 | | Willy to ask him for permission to everything. |
| 15 | Q | Did you ever -- was there ever a time when you worked at |
| 16 | | Taco Dos where somebody would call up and ask, say, how |
| 17 | | much would a party of 20 or a par -- you know, a big |
| 18 | | party for what would it cost or anything like that? |
| 19 | A | Yeah, people call and ask about it. |
| 20 | Q | And what would you do? |
| 21 | A | I would just take a number and call Willy or Yolanda |
| 22 | | asking how much it would be, because I didn't |
| 23 | | take (indiscernible). |
| 24 | Q | Okay.  How did you, physically, get your paychecks? |
| 25 | A | Most of the time, we get a paycheck after work.  After I |

166

```
 1      drove the morning by Taco One, I would just pick my
 2      paycheck over there.  Or if Willy or Yolanda, for some
 3      reason drove by the restaurant, they would bring the
 4      paycheck to us.
 5   Q  Okay.  Did -- when -- there's been testimony that Mr.
 6      Gallo liked a clean kitchen.  Is that true?
 7   A  Yeah.
 8   Q  And when sometimes Mr. Gallo would come over to Dos,
 9      would he ever make comments about the cleanliness of the
10      kitchen?
11   A  Yeah, sometimes he say, this is dirty; it need to be
12      clean or --
13   Q  All right.  How much time did cleaning the kitchen, both
14      on a daily and a weekly basis, take on your part?
15   A  Well, we -- we cleaned the kitchen pretty much once a
16      week, Saturday.  We take Saturday to clean the kitchen.
17   Q  I -- but what does that mean?  What did you do?
18   A  Oh, we cleaned the wall.  We get soap and water to clean
19      the walls and all -- all around the restaurant pretty
20      much, we clean everything to keep it shine.  And clean
21      the fryer one -- every two week, and the fryer and --
22      yeah, made sure everything was clean.
23   Q  Okay.  Well, what about on a daily basis?
24   A  The daily basis, by the time that I close the restaurant,
25      I would have to clean the grill, get soap and water, and
```

167

1      clean around.

2  Q    Clean around the where?

3  A    Clean the grill and clean --

4  Q    Oh, the grill; the grill.

5  A    -- and clean around to make sure there was no grease

6      attached to anything.

7  Q    So you had daily cleaning duties, as well as weekly

8      cleaning duties?

9  A    Yeah.

10  Q    When Yolanda came over, did she ever mention anything

11      about cleanliness or --

12  A    Sometimes, she would say, this is dirty.  We need to

13      clean.

14  Q    Okay.  (Indiscernible - simultaneous speech) you made a

15      motion with your hand.

16  A    Yeah.  (Indiscernible) she just say, this is dirty; it

17      need to be clean.

18  Q    All right.  So she, basically, would, physically, run her

19      hand or fingers over a surface?

20  A    Yeah.

21  Q    And tell you that it needed to be cleaned?

22  A    Yeah.

23  Q    All right.  And then what would you do?

24  A    Clean.

25  Q    Okay.  Did you ever hear Mr. Gallo refer to -- we'll call

168

Case 4:17-cv-00005-TMB   Document 92   Filed 01/09/18   Page 67 of 77

1    W-2s and W-4 forms, is that correct?

2  A   Yeah.

3  Q   Were there things -- what other -- and, sometimes, she

4      would deliver checks, is that correct?

5  A   Yeah, if they have to go do something at the restaurant,

6      they would just bring the check and give it us if they

7      have to go get something or do anything else.

8  Q   Now, did -- when you worked with Lisa or Anna Wheeler,

9      did she ever make comments about your duties that would

10     cause you to have to redo something?

11 A   Yeah, if the food wasn't done right, she would just bring

12     it back and I would have to remake it.

13 Q   All right.  So there were occasions where she actually

14     brought food that you had prepared and asked you to redo

15     it?

16 A   Yeah.

17 Q   And what did you do?

18 A   We do it.

19 Q   Okay.  All right.  Thanks.  That's all the questions I

20     have.

21       MR. COVELL:  Okay.

22             MIGUEL GARCIA

23 testified as follows on:

24             REDIRECT EXAMINATION

25 BY MR. COVELL:

                                                    172

CORRECTIONS TO MIGUEL A. GARCIA'S DEPOSITION TAKEN
AUGUST 31, 2017 In *Garcia v. Gallo et al,* 4-17-cv-0005TMB:

Page ("p.") And Line ("l.") Corrections:

p. 7, l. 9: should read "Vetter"

p. 7, l.13, 16: should read "Vetter"

p. 9, l.3: should read "yes, I first came to U.S. in April-September 2007 to Sarasota,
Florida to play baseball. In 2008 I came to Florida again to play baseball,
in 2008 I returned to the Dominican Republic, and I first came to Alaska
later in 2008"

p. 12, l. 17: should read "yes, worked for Defendants for about 8 years, off and on,
between 2008 and early October 2016

p.14, l. 18: should read "That was last October, last year (2016)".

p.16, l. 9: should read "I was working as dishwasher and a cook, and I didn't
have any cooking skill to work there. I worked there about 5-6 days"

p. 17, l. 22: should read "It was 2008 when I started working at Taco One"

p. 17, l. 25: should read "before December 2008"

p. 18, l. 3: should read "I first came to the U.S. in April-September 2007 for baseball"

p. 20, l. 10: should read "they" instead of "there"

p. 21, l. 13: should read "11:00 a.m. to 2:00 p.m"

p. 22, l. 8-9: should read "It took me about 2-3 months learned some things, but it
took me about 5-6 months to learn everything"

p. 23. l. 16: should read "dishwasher and cook"

p.24, l.24: add " I went to the hospital ER and had stitches in my hand"

*M.A.G*
M. A. G.

p. 26, l. 1:  should read "Thursdays and Fridays" instead of "Fridays and Saturdays"

p.26, l. 4: add "Sometimes on Saturdays I would start at Taco One and go to Taco Azteca in North Pole, and sometimes I would go directly to North Pole"

p.29, l. 13: add "except to deliver Taco Dos' daily receipts to Taco One"

p. 31, l. 6: "(indiscernible)" should read "to get ready to use it again"

p. 31, l. 18: should read "because she was too busy" instead of "she were too busy"

p. 34, l. 7: "(indiscernible)" should read "we needed him, we didn't have anybody"

p. 35, l. 20:  "(indiscernible)" should read "went to Mexico"

p. 39, l. 15: should read "No" instead of "Yes"

p. 41, l. 16: "(indiscernible)" should read "Taco Dos except on my day off when someone else"

p. 42, l. 25: add "In 2011 I did not open"

p. 43, l. 11:  add "Willy wasn't there, and the door was already open"

p. 43, l. 23: should read "no, the door was already open, and Willy was gone"

p. 44. l. 9:  should read "Me and the other guy"

p. 45, l. 6: should read "In 2012 I went back to work at Taco One. Willy transferred me to Taco Dos, and she (Anna Wheeler) was already working there"

p. 46, l. 18:should read,  "No, Anna Wheeler's name is not on Exhibit 4"

p. 47, l. 16-17: should read "I mean, we're talking about 2012" instead of "we're talking about 2013"

_M.A.G._
M.A.G.

p. 48, l. 5: should read " 2012 when I went back there to Taco Dos a second time"

p. 48, l. 9: should read "when I came back to Taco One in 2912—to work at Taco Azteca Mayan on Airport Way, but before Willy put me over at Taco Dos, she (Anna Wheeler) was working at Taco Dos"

p. 48, l. 18: should read " 2015, yeah" instead of "'15, yeah"

p. 49, l. 3: should read "about 2-3 weeks in 2014" instead of "a month"

p. 49, l. 5: should read "29 days in 2015" instead of "15, 29 days or"

p.50, l. 4: "(indiscernible)" should read "in 2012"

p. 50, l. 15: should read "I opened Taco One once, I did not usually open" instead of "I opened one—I—and I didn't open"

p. 50, l. 25: should add "I did not open in 2011, when Willy opened"

p. 54: "end of 2013 is "when I started taking two days off"

p. 53, l. 4: should add "except on my days off"

p. 53, l. 19: should read "Dos is closed on Sundays, and I took off Mondays"

p. 54, l. 13: should add "Dos is closed on Sundays, and I took off Mondays"

p. 54, l. 16: should read "in late 2013 I started taking two days off"

p. 57, l. 9: should read: "If a record showed that, I would have to look at it. I would look at it"

p. 59, l. 14: should read "I wait for her" instead of "we wait for her"

p. 61, l. 14: should read "Yeah, every day I was at work, except Anna would take receipts about once or twice every few months"

p. 64, l. 24: should read "same kitchen"

M.A.G.
M.A.G.

p. 65, l. 22: should read "here" instead of "her"

p. 66, l. 17-18 : should add: "I misunderstood the word 'money' in the attorney's
question to say 'morning'"

p. 67, l. 6: should read " I didn't understand your question correctly"

p. 68, l. 8: should read "It looks kind of like this Exhibit document, just the same"

p. 68, l. 23: should read "sometime we did $1,400, or $1,500, $1,300, $1,200"

p. 69, l. 6, 8, 10-11: "1,000" should read "$1,000"

p. 69, l. 15,  18: "400, 200" should read "$400, $200"

p. 70, l. 15: "9:00 p.m." should read "10:00 p.m. Mondays through Thursdays", "11:00
p.m. on Fridays and Saturdays, and 8:00 p.m. on Sundays"

p. 70, l. 24: "Yeah" should read "Yeah, on Mondays through Thursdays"

p. 71, l. 1-2: should read "They close at 10:00 p.m. Mondays through Thursdays,  and
on the weekends I think they close at 11:00 p.m. on Fridays and
Saturdays and 8:00 p.m. on Sundays"

p. 71, l. 14: "(indiscernible)" should read "ever heard of"

p. 73, l. 18: add "Anna would sign the receipt if I was unavailable doing something else"

p. 75, l. 17: " I would say give him a job" should read "I would say consider him (or her)
for a job"

p. 75, l. 18: "need a job and it wasn't my—" should read "it wasn't my job to decide
to hire the person or not"

p, 77, l. 10:  "9.15 an hour" should read "$9.00 an hour"

p. 77, l. 12-13: should read "I was paid $9.00 an hour based on Exhibit 26"

_M.A.G._
M.A.G.

p. 77, l. 17: "(indiscernible)" should read " helper"

p. 78, l. 3: should read, "Yeah, $9.00 an hour based on Exhibit 26"

p.78, l. 7-8: should read "I bring some to him today, and those stubs were marked as an Exhibit"

p. 79, l. 16: should read, "Yeah, except for a small check I got in 2016 after I was not working at Taco One or Taco Dos"

p. 82, l. 14: should add "but in 2016 I was often paid a salary, so I do not think I was paid at $14 an hour"

p. 84, l. 17: should read "I do not use an asterisk when I sign"

p. 85, l. 3: should read "I don't believe that's my signature"

p. 85, l. 15: "(indiscernible)" should read "that signature".

p. 93, l. 21: should read "I don't know"

p. 97, l. 17-18: should read "Yes, this whole time I was paid by check, but really I was paid different kinds of amounts"

p. 98, l. 23: should read "Jennifer Lynn Vetter"

p. 104, l. 17: "(indiscernible)" should read "to present"

p. 106, l. 3: "(indiscernible)" should read "considered"

p. 106, l. 5: "(indiscernible)" should read "considered"

p. 108, l. 2: "(indiscernible") should read, " went to get the check"

p. 108, l. 21 should read:

_M.A.G___
M.A.G.

p. 109, l. 6: "(indiscernible)" should read: "Jimenez and"

p. 109, l. 12: "No" should read "Yes, I would dispute that"

p. 109, l. 14: "(indiscernible)" should read "too"

p. 112, l. 12-13: should read: "In 2013 I was working long hours at
                Taco Azteca Dos. I showed up usually at 9:30 a.m. to 10:00
                a.m., and worked until about 10:00 p.m."

p. 112, l. 22: "(indiscernible)" should read "the cleaning"

p. 114, l. 14: "(indiscernible)" should read "10:00 in the night"

p. 114, l. 18: "(indiscernible)" should read "take off"

p. 116, l. 5-6: should read "so we're not disputing the substantial accuracy of the
                computer sign-in/sign-out records"

p. 123, l. 4: should add "but in 2016 I was often paid a salary, so I do not think I was
                paid at $14 an hour"

p. 123, l. 15: "Fridays and Saturdays" should read "Thursdays and Fridays"

p. 124, l. 3: "(indiscernible)" should read "close those two days"

p. 124, l. 21-23: should read "I came back to Taco Azteca One in July 2016,
                according to the Exhibits"

p. 125, l. 8: should read "July 5, 2016"

p. 125, l. 12: should read "October 5, 2016"

p. 126, l. 9: should read: "Yes, that's correct"

p. 126, l. 20: "place" should read "places"

p. 132, l. 6: "Uh-huh" should read "Yes"

M.A.G
M.A.G.

p. 133, l. 2: should add "but in 2016 I was often paid a salary, so I do not think I was
   paid at $14 an hour"

p. 133, l. 21: should read "Moira called me"

p. 134, l. 2: should read "Yeah, Moira Westervelt"

p. 135, l. 22: should add "but in 2016 I was often paid a salary, so I did not think I was
   paid at $14 an hour"

p. 136, l. 3: should read "No, but it is not fair as an overtime rate, which is why
   I hired an attorney"

p. 138, l. 22: should read "Yeah, that's what the 2016 agreement said, but in 2016 I was
   often paid a salary, so I do not think I was paid at $14 an hour"

p. 150, l. 3: should read "Lisa Anna Wheeler count the cash"

p. 153, l. 19: should read "2014"

p. 154, l. 12: "(indiscernible)" should read "get an apartment"

p. 158, l. 8; "(indiscernible)" should read "him"

p. 159, l. 13-14: should read "Most of the people I might know by nickname"

p. 161, l. 7: should add "I had no authority to direct people what to do or to hire
   or fire"

p. 166, l. 13-14: should read "I always have to call Willy to ask him for permission
   to do everything"

p. 168, l. 16: "(Indiscernible)" should read "Running her fingers over a surface in the
   kitchen"

p. 168, l. 24: should add "the surface"

p. 169, l. 22-23: should read "Willy would say 'I didn't—I didn't need a dishwasher'"

_M.A.G._
M.A.G.

p. 172, l. 18: should read " I would redo the food" instead of "We do it"

p. 173, l. 9: "(indiscernible)" should read "someone's"

p. 174, l. 5-6: should read "I can't count how often the total times
            were Yolanda showed up"

p. 181, l. 23: "(indiscernible)" should read "7332261, that my Alaska driver's license
            number"

     By initialing the pages above, and by signing below, I am making the above
CORRECTIONS to my August 31, 2017 transcribed deposition in Fairbanks, Alaska on
November 11,  2017.

                                    Miguel A. Garcia
                                    Plaintiff

```
                    C E R T I F I C A T E

UNITED STATES OF AMERICA    )
                            ) ss
STATE OF ALASKA             )

        I, Marci Lynch, Notary Public in and for the State of
Alaska, residing at Fairbanks, Alaska, and court reporter for
Marci Lynch & Associates, Inc., do hereby certify:

        THAT the annexed and foregoing Deposition of Miguel
Garcia was taken before me on the 31st day of August, 2017,
beginning at the hour of 10:00 o'clock a.m., at the offices of
Marci Lynch & Associates, 330 Wendell Street, Fairbanks,
Alaska, pursuant to Notice to take the deposition of said
witness on behalf of defendants;

        THAT the above-named witness, before examination, was
duly sworn to testify to the truth, the whole truth, and
nothing but the truth;

        THAT this deposition, as heretofore annexed, is a true
and correct transcription of the testimony of said witness,
taken by me and thereafter transcribed by me.

        THAT the original transcript of this deposition has been
lodged in a sealed envelope with the attorney requesting
transcription of same, as required by Civil Rule 30 (f)(1)
amended, that being MR. KENNETH COVELL, 712 Eighth Avenue,
Fairbanks, Alaska 99701;

        I am not a relative, employee, attorney, nor counsel of
any of the parties, nor am I financially interested in this
action.

        IN WITNESS WHEREOF, I have hereunto set my hand and
affixed my seal this 22nd day of September 2017.
```

Marci Lynch

MARCI LYNCH
Notary Public
State of Alaska
My Commission Expires
11-11-19

184