JAMES M. HACKETT
401 Eleventh Avenue
Fairbanks, Alaska 99701
(907) 456-3626

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

MIGUEL A. GARCIA,                    )
                                     )
                Plaintiff,           )
                                     )
vs.                                  )     **DEPOSITION EXHIBITS**
                                     )     **FILED IN SUPPORT OF**
                                     )     **PLAINTIFF'S MOTION**
WILFREDO GALLO,                      )     **FOR PARTIAL SUMMARY**
YOLANDA CASILLAS, individually,      )     **JUDGMENT**
TACO VALLEY, INC., TACO AZTECA       )
INCORPORATED,                        )
                                     )
                Defendants.          )
_____ )
4:17-CV-0005-TMB

Plaintiff Miguel A. Garcia ("Garcia"), through counsel, files the following

Deposition Exhibits in support of Garcia's Motion for Partial Summary Judgment:


DEFENDANT          DEPOSITION EXHIBIT NO.          DESCRIPTION OF EXHIBIT

Taco Azteca ("TA")          2                      Alaska Wage and Hour
                                                   Act Poster

Taco Valley ("TV")          4                      TV Payroll Summary:
                                                   January 16-22, 2011

Wilfredo Gallo              8                       TA 2016 Hiring
                                                   Agreement

Yolanda Casillas           13                       Casillas' November 2016
                                                   Response Letter to State

Garcia v. Gallo, et al. /4FA-4:17-CV-0005-TMB
Deposition Exhibits Filed In Support of Plaintiff's Motion
For Partial Summary Judgment                                          Page 2

| | | |
|---|---|---|
| Wilfredo Gallo/<br>Yolanda Casillas | 15 | Garcia's 2016 credited TA hours<br>(6 pages) |
| Wilfredo Gallo | 16 | Garcia's first TA 2008 paycheck<br>(12/01/08 – 12/15/08) |
| Yolanda Casillas | 17 | Garcia's partial 2016 TV hours:<br>(8/1/16-8/31/16 and 9/1/16-9/30/16)<br>(2 pages) |

DATED at Fairbanks, Alaska this 9th day of January, 2018.

/s/
_____
James M. Hackett/ABN 7106014
Attorney For Plaintiff Garcia



# Summary of Alaska Wage and Hour Act

**Effective January 1, 2017, the Alaska minimum wage shall be $9.80 per hour.**

Alaska Statute 23.10.050 – 23.10.150 establishes minimum wage and overtime pay standards for employment subject to its provisions. These standards are generally applicable to all employees. School bus drivers, however, shall receive at least two times the Alaska minimum wage. Other exceptions to the minimum wage requirement follow

## Alaska minimum wage and overtime requirements do not apply to any individual employed as follows:

- In agriculture;
- In the taking of aquatic life; or the hand picking of shrimp;
- In domestic service (including babysitting) in or about a private home;
- By U.S., state or local governments (i.e., political subdivisions);
- In voluntary service in the nonprofit activities of a religious, charitable, cemetery, educational or other nonprofit organization which are related only to the organization's nonprofit activities;
- In a bona fide executive, professional or administrative capacity as defined in regulations of the Commissioner of Labor and Workforce Development and in the FLSA; or in certain computer occupations, or as an outside salesman, or as any salesman working on a straight commission basis;
- Youth under age 18 employed part-time for not more than 30 hours in any week;
- An individual who is employed by a motor vehicle dealer and whose primary duty is to (a) receive, analyze or reference requests for service, repair or analysis of motor vehicles; (b) arrange financing for the sale of motor vehicles and related products and services that are part of the sale; or (c) solicit, sell, lease or exchange motor vehicles;
- An individual who provides emergency medical services only on a voluntary basis; serves with a full-time fire department only on a voluntary basis, or provides ski patrol services on a voluntary basis;

- A student participating in a University of Alaska practicum described under AS 14.40.065;
- A person licensed under AS 08.54 and who is employed by a registered guide or master guide licensed under AS 08.54 for the first 60 workdays so employed during a calendar year;
- An independent taxicab driver who establishes the driving area and hours, who contracts on a flat rate basis for use of the cab, permit or dispatch services, and who is compensated solely by the customers served;
- Solely as a watchman or caretaker on a premises out of operation for longer than four months;
- In delivery of newspapers to the consumer;
- In the search for placer or hard rock minerals;
- An individual engaged in activities for a nonprofit religious, charitable, civic, cemetery, recreational or educational organization where the employer-employee relationship does not, in fact, exist, and where services rendered to the organization under a work activity requirement of AS 47.27 (Alaska temporary assistance program);
- By a nonprofit educational or child care facility to serve in place of a parent of children in residence if the employment requires residence at the facility and is compensated on a cash basis exclusive of room and board at an annual rate of not less than $10,000 for an unmarried person; or $15,000 for a married couple.

## Overtime Hours

The standard workweek shall not exceed 40 hours per week or eight hours per day. Should an employer find it necessary to employ an employee in excess of these standards, overtime hours shall be compensated at the rate of one and one-half times the regular rate of pay.

## Compensation at the overtime rate is not required in the following cases:

- By an employer who employs three or fewer people in the regular course of business;
- An individual employed in handling, packing, storing, pasteurizing, drying, canning, or preparing in their raw or natural state agricultural or horticultural commodities for market, or in making cheese, butter or other dairy products;
- Agricultural employees;
- An employee employed as a seaman;
- Workers engaged in planting or tending trees, cruising, surveying, bucking or felling timber, preparing or transporting logs or other forestry products to the mill, processing plant, railroad or other transportation terminal if the total number of employees in such lumber operations does not exceed 12;
- An individual employed as an outside buyer of poultry, eggs, cream or milk in their raw or natural state;
- Hospital employees whose duties include the provision of medical services;
- An employee under a flexible work hour plan which is included as part of a collective bargaining agreement;
- An employee under a voluntary flexible work plan if the employee and employer have signed a written agreement which has been approved by the Department (*Overtime rates must be paid for work over 40 hours a week and over the hours specified in the flexible work hour plan not included in a collective bargaining agreement*);
- A community health aide employed by a local or regional health organization as those terms are defined in AS 18.28.100;
- Work performed by certain flat-rate mechanics primarily engaged in servicing automobiles, light trucks, and motor homes, subject to certain and specific provisions (see AS 23.10.060(d)(17));

- An employee of a small mining operation where not more than 12 people are employed, as long as the individual is not employed in excess of 12 hours per day or 56 hours per week during a period of not more than 14 workweeks in the aggregate in any calendar year during the mining season;
- An employee employed in connection with publication of a weekly, semiweekly or daily newspaper with a circulation of less than 1000;
- Casual employees as defined by regulations of the Commissioner of Labor and Workforce Development;
- A line haul truck driver for a trip exceeding 100 road miles one way if the driver's pay includes overtime pay for work in excess of 40 hours per week or eight hours per day, and if the rate of pay is comparable to the minimum wage;
- Work performed by an employee under a voluntary written agreement addressing the trading of work shifts among employees, if employed by an air carrier subject to subchapter II of the Railway Labor Act (45 U.S.C.181-188), including employment as a customer service representative, subject to certain provisions (see AS 23.10.060(d)(18));
- Work performed by a flight crew member employed by an air carrier subject to 45 U.S.C. 181-188 (subchapter II of the Railway Labor Act);
- A switchboard operator employed in a public telephone exchange that has fewer than 750 stations;
- An employee in otherwise exempted employment or a proprietor in a retail or service establishment engaged in handling telegraphic, telephone or radio messages under an agency or contract arrangement with a telegraph or communications company where the telegraph message or communications revenue of the agency does not exceed $500/month.

NOTE: This is not a complete list of exemptions to minimum wage and overtime provisions. Refer to AS 23.10.055 and AS 23.10.060. The above text is intended for informational purposes only and is not to be construed as having the effect of law.

Inquiries should be made to: Wage and Hour Administration, Alaska Department of Labor and Workforce Development, 1251 Muldoon Road, Suite 113, Anchorage, AK 99504 Phone: (907) 269-4909 Email: Anchorage.LSS-WH@alaska.gov

## Recordkeeping

An employer shall keep for a period of at least three years all payroll information and records for each employee at the place of employment.

Date: 8|30|17  Exhibit: 2
Witness: [illegible] (Taco eaters)
Marci Lynch, Court Reporter
Marci Lynch & Associates, Inc.
(907) 452-3678

12:25 PM
01/17/11

# TACO AZTECA DOS
## Payroll Summary
### January 16 - 22, 2011

| | JOSE FRANCISCO LERMA | | | JOSE SANTOS GONZALEZ JR | | | LUIS HUMBERTO MERCADO | | | MIGUEL A GARCIA | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hours | Rate | Week ... | Hours | Rate | Week ... | Hours | Rate | Week ... | Hours | Rate | Week ... |
| **Employee Wages, Taxes and Adjustments** | | | | | | | | | | | | |
| Gross Pay | | | | | | | | | | | | |
| Hourly | 1 | | 0.00 | 72.33333 | 10.00 | 723.33 | | 10.50 | | | 10.00 | |
| Overtime | | | 0.00 | | 15.00 | 0.00 | | 15.75 | | | 15.00 | |
| Salary | 1 | 1,050.00 | 1,050.00 | | 0.00 | 0.00 | 1 | 1,050.00 | 1,050.00 | 1 | 1,150.00 | |
| Total Gross Pay | | | 1,050.00 | 72.33333 | | 723.33 | | | 1,050.00 | | | |
| Adjusted Gross Pay | 1 | | 1,050.00 | 72.33333 | | 723.33 | 1 | | 1,050.00 | 1 | | |
| Taxes Withheld | | | | | | | | | | | | |
| Federal Withholding | | | -10.00 | | | -78.00 | | | -104.00 | | | |
| Medicare Employee | | | -15.22 | | | -10.49 | | | -15.22 | | | |
| Social Security Employee | | | -44.10 | | | -30.38 | | | -44.10 | | | |
| AK - Unemployment Employee | | | -6.09 | | | -4.19 | | | -6.09 | | | |
| Total Taxes Withheld | | | -75.41 | | | -123.06 | | | -169.41 | | | |
| Net Pay | 1 | | 974.59 | 72.33333 | | 600.27 | 1 | | 880.59 | 1 | | |
| Employer Taxes and Contributions | | | | | | | | | | | | |
| Federal Unemployment | | | 8.40 | | | 5.78 | | | 8.40 | | | |
| Medicare Company | | | 15.22 | | | 10.49 | | | 15.22 | | | |
| Social Security Company | | | 65.10 | | | 44.84 | | | 65.10 | | | |
| AK - Unemployment Company | | | 27.30 | | | 18.80 | | | 27.30 | | | |
| Total Employer Taxes and Contributions | | | 116.02 | | | 79.91 | | | 116.02 | | | |

Taco Azteca Dos employee's.

D.249



Date _____ John (Taco Valley)
Witness: Gallo (Taco Valley)
Marti Lynn's Court Reporters
Marti Lynn & Associates, Inc.
(907) 452-3678
Exhibit 4

# Taco Azteca Inc.

3401 Airport Way,

Fairbanks, AK 99709

Phone/ Fax: (907)455-8226

Dear, __Miguel Garcia__ you have been offered an employment on __8/5__, 2016, in the position of __COOK__, at the Fairbanks location. You hourly pay rate will be __11__ per hour. The pay periods are from the 1st to the 15th and from the 16th to the last day of each month. Paydays are the 4th and 19th of the month. All hired persons will be given a two-week period to master the necessary skills to perform their tasks. If by the end of this period they do not work in an efficient manner, other measures will be taken including termination. Employees are required to provide a two-week notice prior to resignation.

We need the following documents from all the persons that are hired:

-Valid social security card

-Primary form of identification

-This employment contract signed and dated

If the employee will be serving alcohol, a copy of the alcohol-management certificate will also be required.

By signing this document, you agree with all the policies and regulations aforementioned.

Employer signature/date

Employee signature/date

_Migue_ __7/5/16__

Date: 8/30/17    Exhibit: 8
Witness: Gallo
Marci Lynch, Court Reporter
Marci Lynch & Associates, Inc.

D.2



**Taco Azteca Inc.**

**PO Box 74708**

**Fairbanks, AK 99707**

November 23, 2016

Dept. of Labor and Workforce Development
Labor Standards and Safety Division
675 7th Ave, Station J-1
Fairbanks, AK

RE:   Garcia, M. v Taco Azteca Inc.
      F201610-012

Dear Ms. Westervelt

I am writing in response your letter dated October 24th, 2016 regarding a former employee – Miguel
Garcia. After examining the claim against Taco Azteca Inc. and reviewing our payroll records, we
dispute this claim.

Mr. Garcia was offered employment on July 5th 2016 at a pay rate of $14.00 (signed employment
agreement is attached). Mr. Garcia was paid at $14 per hour on his first paycheck and subsequently paid
a set salary of $1,400 per period on all future paychecks. Mr. Garcia worked for our company for
approximately 3 months during the period from January 1st, 2011 through October 5th 2016 when he quit
his position as a cook.

Our pay schedule is semi-monthly, 1st-15th paid on 18th and 16th-31st paid on the 3rd. Overtime is assessed
on all hours over 80 in that pay period.

We have reviewed our payroll records (time clock print out and paystubs) and following is a summary of
total hours worked each pay period and gross payroll amounts:

| Pay Date | Hours Worked | Gross Payroll |
|----------|--------------|---------------|
| 07/18/16 | 66:05 | $1,120 |
| 08/03/16 | 61:43 | $1,400 |
| 08/18/16 | 55:08 | $1,400 |
| 09/03/16 | 63:45 | $1,400 |
| 09/18/16 | 53:49 | $1,400 |
| 10/03/16 | 92:05 | $1,400 |
| 10/06 | 22:15 | $ 350 |

After reviewing the records, we agree that we need to make the following adjustment:

- 10/03/16 – pay an additional 12 hours and 5 minutes of overtime

Date: 8|30|17   Exhibit: 13
Witness: Casilla
Marci Lynch, Court Reporter
Marci Lynch & Associates, Inc.

We are enclosing the check for the adjustments to pay in the amount of $233.08 (after deductions). We are also enclosing the following documents:

a. Signed employment agreement dated 07/05/16.
b. Paystubs 07/18/16 – 10/06/16.
c. Time clock print out 07/05/16 – 10/05/16.
d. Time sheet calculations 07/05/16 – 10/05/16.
e. Copy of original letter and statement.

We once again would like to state that we do not agree with the claim made by Mr. Garcia but did make corrections to payroll after finding small errors in our accounting for overtime hours after reviewing our records. In regards to Mr. Garcia's claim that he received a second check for any overtime but was paid straight time, this not true. Mr. Garcia also worked for another company, the second check that he is referring to was payroll from a different corporation.

Please let us know if we can assist in any other way.

Sincerely,


Yolanda Casillas
Manager – H/R

Enc.

Exh 13
Pg 2 of 2

July 5th + Aug 14th.

YOUR NAME Miguel A Garcia    HOURLY RATE OF PAY $14

| DAY | DATE | HOURS WORKED | ST | OT | DAY | DATE | HOURS WORKED | ST | OT | DAY | DATE | HOURS WORKED | ST | OT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tue | 7/5 | 10:43 | | | Mon | 7/11 | Off | Ø | Ø | Mon | 7/18 | Off | Ø | Ø |
| Wed | 7/6 | 9:12 | | | Tue | 7/12 | 9:00 | | | Tue | 7/19 | 10:32 | | |
| Thurs | 7/7 | 4:27 | | Pay date 7/8 | Wed | 7/13 | 10:00 | | 7/18 | Wed | 7/20 | 8:37 | | |
| Fri | 7/8 | 12:00 | | | Thurs | 7/14 | 10:43 | | | Thurs | 7/21 | Ø | | 8/3 |
| Sat | 7/9 | Off | | | Fri | 7/15 | Ø | | | Fri | 7/22 | Ø | | |
| Sun | 7/10 | Off | | | Sat | 7/16 | 6:38 | | 8/3 | Sat | 7/23 | 6:08 | | |
| | | | | | Sun | 7/17 | Off | Ø | Ø | Sun | 7/24 | Off | | |
| WEEKLY TOTAL | | 36:22 | | | WEEKLY TOTAL | | 36:21 | | | WEEKLY TOTAL | | 25:17 | | |

| DAY | DATE | HOURS WORKED | ST | OT | DAY | DATE | HOURS WORKED | ST | OT | DAY | DATE | HOURS WORKED | ST | OT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mon | 7/25 | Off | | | Mon | 8/1 | Off | | | Mon | 8/8 | Off | | |
| Tue | 7/26 | 10:30 | | | Tue | 8/2 | 10:40 | | | Tue | 8/9 | 8:45 | | |
| Wed | 7/27 | 9:00 | | | Wed | 8/3 | 8:53 | | | Wed | 8/10 | 10:35 | | |
| Thurs | 7/28 | Ø | | 8/3 | Thurs | 8/4 | Ø | | 8/8 | Thurs | 8/11 | Ø | | 8/16 |
| Fri | 7/29 | Ø | | | Fri | 8/5 | Ø | | | Fri | 8/12 | Ø | | |
| Sat | 7/30 | 10:05 | | | Sat | 8/6 | 5:15 | | | Sat | 8/13 | 11:00 | | |
| Sun | 7/31 | Off | | | Sun | 8/7 | Off | | | Sun | 8/14 | Off | | |
| WEEKLY TOTAL | | 29:35 | | | WEEKLY TOTAL | | 24:48 | | | WEEKLY TOTAL | | 30:20 | | |

Date: 8|30|17    Exhibit: 15
Witness: Garcia
Marci Lynch, CSR 16
Managing Court Reporter
Marci Lynch & Associates, Inc.
(907) 452-3678

Aug. 15th to Sep. 25th

YOUR NAME: Miguel A Garcia   HOURLY RATE OF PAY $14

| DAY | DATE | HOURS WORKED | ST | OT |
|---|---|---|---|---|
| Mon | 8/15 | Off | 0 | 0 |
| Tue | 8/16 | 10:50 | | |
| Wed | 8/17 | 10:35 | | |
| Thur | 8/18 | 0 | | 9/3 |
| Fri | 8/19 | 0 | | |
| Sat | 8/20 | 0 | | |
| Sun | 8/21 | Off | | |
| WEEKLY TOTAL | | 21:25 | | |

| DAY | DATE | HOURS WORKED | ST | OT |
|---|---|---|---|---|
| Mon | 8/22 | Off | | |
| Tue | 8/23 | 0 | | |
| Wed | 8/24 | 8:55 | | |
| Thur | 8/25 | 0 | | 9/3 |
| Fri | 8/26 | 0 | | |
| Sat | 8/27 | 8:35 | | |
| Sun | 8/28 | Off | | |
| WEEKLY TOTAL | | 17:30 | | |

| DAY | DATE | HOURS WORKED | ST | OT |
|---|---|---|---|---|
| Mon | 8/29 | 3:33 | | |
| Tue | 8/30 | 10:42 | | 9/3 |
| Wed | 8/31 | 10:35 | | |
| Thur | 9/1 | 0 | | |
| Fri | 9/2 | 0 | | |
| Sat | 9/3 | 10:42 | | 9/18 |
| Sun | 9/4 | Off | | |
| WEEKLY TOTAL | | 35:22 | | |

| DAY | DATE | HOURS WORKED | ST | OT |
|---|---|---|---|---|
| Mon | 9/5 | Off | | |
| Tue | 9/6 | 10:50 | | |
| Wed | 9/7 | 8:46 | | |
| Thur | 9/8 | 0 | | 9/18 |
| Fri | 9/9 | 0 | | |
| Sat | 9/10 | 8:31 | | |
| Sun | 9/11 | Off | | |
| WEEKLY TOTAL | | 28:07 | | |

| DAY | DATE | HOURS WORKED | ST | OT |
|---|---|---|---|---|
| Mon | 9/12 | Off | | |
| Tue | 9/13 | 10:45 | | |
| Wed | 9/14 | 4:15 | | 9/18 |
| Thur | 9/15 | 0 | | |
| Fri | 9/16 | 0 | | |
| Sat | 9/17 | 8:30 | | 10/3 |
| Sun | 9/18 | Off | | |
| WEEKLY TOTAL | | 23:30 | | |

| DAY | DATE | HOURS WORKED | ST | OT |
|---|---|---|---|---|
| Mon | 9/19 | Off | | |
| Tue | 9/20 | 10:48 | | |
| Wed | 9/21 | 8:30 | | |
| Thur | 9/22 | 9:03 | | 10/3 |
| Fri | 9/23 | 6:28 | | |
| Sat | 9/24 | 10:25 | | |
| Sun | 9/25 | Off | | |
| WEEKLY TOTAL | | 44:35 | | |

Exhibit 15 – Page 2
Witness: Gallo (TA)

Sept 26th to Oct. 5in

YOUR NAME **Miguel A Garcia** HOURLY RATE OF PAY **$14⁰⁰**

| DAY | DATE | HOURS WORKED | ST | OT | DAY | DATE | HOURS WORKED | ST | OT | DAY | DATE | HOURS WORKED | ST | OT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mon | 9/26 | Off | | | Mon | 10/3 | Off | | | | | | | |
| Tue | 9/27 | 10:35 | | | Tue | 10/4 | 10:55 | | 10/6 | | | | | |
| Wed | 9/28 | 6:55 | | :13 | Wed | 10/5 | .35 min | | | | | | | |
| Thurs | 9/29 | 10:35 | | | Left/Quit | | | | | | | | | |
| Fri | 9/30 | 11:30 | | | | | | | | | | | | |
| Sat | 10/1 | 10:45 | | | | | | | | | | | | |
| Sun | 10/2 | off | | | | | | | | | | | | |
| WEEKLY TOTAL | | 50:20 | | | WEEKLY TOTAL | | 11:30 | | | WEEKLY TOTAL | | | | |

| DAY | DATE | HOURS WORKED | ST | OT | DAY | DATE | HOURS WORKED | ST | OT | DAY | DATE | HOURS WORKED | ST | OT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| WEEKLY TOTAL | | | | | WEEKLY TOTAL | | | | | WEEKLY TOTAL | | | | |

Exhibit 15 – Page 3
Witness: Gallo (TA)

YOUR NAME **Miguel A Garcia** HOURLY RATE OF PAY $14⁼

| DAY | DATE | HOURS WORKED | ST | OT | DAY | DATE | HOURS WORKED | ST | OT | DAY | DATE | HOURS WORKED | ST | OT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tue | 7/5 | 10:43 | | | Mon | 7/11 | Off | ∅ | ∅ | Mon | 7/18 | Off | ∅ | ∅ |
| Wed | 7/6 | 9:12 | | | Tue | 7/12 | 9:00 | | | Tue | 7/19 | 10:32 | | |
| Thurs | 7/7 | 4:27 | | | Wed | 7/13 | 10:00 | | | Wed | 7/20 | 8:37 | | |
| Fri | 7/8 | 12:00 | | | Thurs | 7/14 | 10:43 | | | Thurs | 7/21 | ∅ | | |
| Sat | 7/9 | Off | | | Fri | 7/15 | ∅ | | | Fri | 7/22 | ∅ | | |
| Sun | 7/10 | Off | | | Sat | 7/16 | 6:38 | | | Sat | 7/23 | 6:08 | | |
| | | | | | Sun | 7/17 | Off | ∅ | ∅ | Sun | 7/24 | Off | | |
| WEEKLY TOTAL | | 36:22 | | | WEEKLY TOTAL | | 36:21 | | | WEEKLY TOTAL | | 25:17 | | |

| DAY | DATE | HOURS WORKED | ST | OT | DAY | DATE | HOURS WORKED | ST | OT | DAY | DATE | HOURS WORKED | ST | OT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mon | 7/25 | Off | | | Mon | 8/1 | Off | | | Mon | 8/8 | Off | | |
| Tue | 7/26 | 10:30 | | | Tue | 8/2 | 10:40 | | | Tue | 8/9 | 8:45 | | |
| Wed | 7/27 | 9:00 | | | Wed | 8/3 | 8:53 | | | Wed | 8/10 | 10:35 | | |
| Thurs | 7/28 | ∅ | | | Thurs | 8/4 | ∅ | | | Thurs | 8/11 | ∅ | | |
| Fri | 7/29 | ∅ | | | Fri | 8/5 | ∅ | | | Fri | 8/12 | ∅ | | |
| Sat | 7/30 | 10:05 | | | Sat | 8/6 | 5:15 | | | Sat | 8/13 | 11:00 | | |
| Sun | 7/31 | Off | | | Sun | 8/7 | Off | | | Sun | 8/14 | Off | | |
| WEEKLY TOTAL | | 29:35 | | | WEEKLY TOTAL | | 24:48 | | | WEEKLY TOTAL | | 30:20 | | |

Exhibit 15 – Page 4
Witness: Gallo (TA)

Aug. 15th to Sep. 25th

YOUR NAME Miguel A Garcia    HOURLY RATE OF PAY $14

| DAY | DATE | HOURS WORKED | ST | OT | DAY | DATE | HOURS WORKED | ST | OT | DAY | DATE | HOURS WORKED | ST | OT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mon | 8/15 | Off | Ø | Ø | Mon | 8/22 | Off | | | Mon | 8/29 | 3:33 | | |
| Tue | 8/16 | 10:50 | | | Tue | 8/23 | Ø | | | Tue | 8/30 | 10:42 | | |
| Wed | 8/17 | 10:35 | | | Wed | 8/24 | 8:55 | | | Wed | 8/31 | 10:35 | | |
| Thurs | 8/18 | Ø | | | Thur | 8/25 | Ø | | | Thurs | 9/1 | Ø | | |
| Fri | 8/19 | Ø | | | Fri | 8/26 | Ø | | | Fri | 9/2 | Ø | | |
| Sat | 8/20 | Ø | | | Sat | 8/27 | 8:35 | | | Sat | 9/3 | 10:42 | | |
| Sun | 8/21 | Off | | | Sun | 8/28 | Off | | | Sun | 9/4 | Off | | |
| WEEKLY TOTAL | | 21:25 | | | WEEKLY TOTAL | | 17:30 | | | WEEKLY TOTAL | | 35:22 | | |

| DAY | DATE | HOURS WORKED | ST | OT | DAY | DATE | HOURS WORKED | ST | OT | DAY | DATE | HOURS WORKED | ST | OT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mon | 9/5 | Off | | | Mon | 9/12 | Off | | | Mon | 9/19 | Off | | |
| Tue | 9/6 | 10:50 | | | Tue | 9/13 | 10:45 | | | Tue | 9/20 | 10:48 | | |
| Wed | 9/7 | 8:46 | | | Wed | 9/14 | 4:15 | | | Wed | 9/21 | 8:30 | | |
| Thurs | 9/8 | Ø | | | Thurs | 9/15 | Ø | | | Thurs | 9/22 | 9:03 | | |
| Fri | 9/9 | Ø | | | Fri | 9/16 | Ø | | | Fri | 9/23 | 6:28 | | |
| Sat | 9/10 | 8:31 | | | Sat | 9/17 | 8:30 | | | Sat | 9/24 | 10:25 | | |
| Sun | 9/11 | Off | | | Sun | 9/18 | Off | | | Sun | 9/25 | Off | | |
| WEEKLY TOTAL | | 28:07 | | | WEEKLY TOTAL | | 23:30 | | | WEEKLY TOTAL | | 44:35 | | |

Sept. 26th to Oct. 5th

YOUR NAME Miguel A Garcia HOURLY RATE OF PAY $14⁰⁰

| DAY | DATE | HOURS WORKED | ST | OT | | DAY | DATE | HOURS WORKED | ST | OT | | DAY | DATE | HOURS WORKED | ST | OT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mon | 9/26 | Off | | | | Mon | 10/3 | Off | | | | | | | | |
| Tue | 9/27 | 10:35 | | | | Tue | 10/4 | 10:55 | | | | | | | | |
| Wed | 9/28 | 6:55 | | | | Wed | 10/5 | .35min | | | | | | | | |
| Thurs | 9/29 | 10:35 | | | | Left / Quit | | | | | | | | | | |
| Fri | 9/30 | 11:30 | | | | | | | | | | | | | | |
| Sat | 10/1 | 10:45 | | | | | | | | | | | | | | |
| Sun | 10/2 | off | | | | | | | | | | | | | | |
| WEEKLY TOTAL | | 50:20 | | | | WEEKLY TOTAL | | 11:30 | | | | WEEKLY TOTAL | | | | |

| DAY | DATE | HOURS WORKED | ST | OT | | DAY | DATE | HOURS WORKED | ST | OT | | DAY | DATE | HOURS WORKED | ST | OT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| WEEKLY TOTAL | | | | | | WEEKLY TOTAL | | | | | | WEEKLY TOTAL | | | | |

TACO AZTECA INCORPORATED
PO Box 74708
FAIRBANKS AK 99708

*1st paycheck    1—/ 16/ 08*

MIGUEL A GARCIA
301 Steelhead Rd Apt #4
Fairbanks, AK 99709

| Employee Pay Stub | | Check number: | | Pay Period: 12/01/2008 - 12/15/2008 | Pay Date: 12/16/2008 |
|---|---|---|---|---|---|

| Employee | | | | SSN | |
|---|---|---|---|---|---|
| MIGUEL A GARCIA, 301 Steelhead Rd Apt #4, Fairbanks, AK 99709 | | | | ***-**-6070 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Regular Rate | 60:15 | 9.00 | 542.25 | 542.25 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -14.00 | -14.00 |
| Social Security Employee | -33.62 | -33.62 |
| Medicare Employee | -7.86 | -7.86 |
| AK - Unemployment Employee | -2.71 | -2.71 |
| | -58.19 | -58.19 |

| Net Pay | 484.06 | 484.06 |
|---|---|---|

TACO AZTECA INCORPORATED, PO Box 74708, FAIRBANKS AK 99708

Date: 8/30/17    Exhibit: 14
Witness: Gallo
Marci Lynch, Court Reporter
Marci Lynch & Associates, Inc.
(907) 452-3678

```
taco azteca dos
481 chena pump
fairbanks alaska 99709


Employee Name:    Miguel
Payroll period:   8/1/2016 To 8/31/2016
SSN:              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
Employee ID:      1030
Address:


Home Phone #:
Empl. Status:     Full Time
Marital Status:   Married
Employee Type:    W-2
Tax Exemptions:
================================================================
In Date & Time         Out Date & Time        Hours Worked

Aug 11    9:00 AM       Aug 11    9:10 PM         11.67 **
Aug 12    8:58 AM       Aug 12    9:07 PM         11.65 **

Aug 18    9:22 AM       Aug 18    9:09 PM         11.28 **
Aug 19    9:13 AM       Aug 19    9:07 PM         11.40 **

Aug 25    9:02 AM       Aug 25    9:05 PM         11.55 **
Aug 26    9:20 AM       Aug 26    9:17 PM         11.45 **

Deducted Auto Break Hours:                        -3.00


================================================================
Regular Time:                  69.00 hours
Bi-Weekly Salary:              $0.00
================================================================
Gross Earnings:                $0.00


** To comply with payroll settings, an automatic break of 30 minutes was
deducted for this time entry since the employee was consecutively punched
IN for more than 8.0 hours.
```

Date: 8/30/17     Exhibit: 17
Witness: Casillas
Marci Lynch, Court Reporter
Marci Lynch & Associates, Inc.
(907) 452-3678

D.108

```
úíco azteca dos
481 chena pump
fairbanks alaska 99709


Employee Name:     Miguel
Payroll period:    9/1/2016 To 9/30/2016
SSN:               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
Employee ID:       1030
Address:

Home Phone #:
Empl. Status:      Full Time
Marital Status:    Married
Employee Type:     W-2
Tax Exemptions:
===============================================================
In Date & Time          Out Date & Time      Hours Worked

Sep 01    9:25 AM        Sep 01    9:02 PM        11.12 **
Sep 02    9:28 AM        Sep 02    9:06 PM        11.13 **

Sep 08    9:40 AM        Sep 08    9:05 PM        10.92 **
Sep 09    9:56 AM        Sep 09    9:43 PM        11.28 **

Sep 15    9:36 AM        Sep 15    9:09 PM        11.05 **
Sep 16    9:35 AM        Sep 16    9:06 PM        11.02 **

Deducted Auto Break Hours:                       -3.00


===============================================================
Regular Time:           66.52 hours
Bi-Weekly Salary:       $0.00
===============================================================
Gross Earnings:         $0.00

** To comply with payroll settings, an automatic break of 30 minutes was
deducted for this time entry since the employee was consecutively punched
IN for more than 8.0 hours.
```