JAMES M. HACKETT
401 Eleventh Avenue
Fairbanks, Alaska 99701
(907) 456-3626

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| MIGUEL A. GARCIA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> WILFREDO GALLO, ) <br> YOLANDA CASILLAS, individually, ) <br> TACO VALLEY, INC., TACO AZTECA ) <br> INCORPORATED, ) <br> ) <br> Defendants. ) <br> _____ ) | **PLAINTIFF'S REQUEST FOR ORAL ARGUMENT HEARING** |

4:17-CV-0005-TMB

Being fully advised upon the premises,

Plaintiff Miguel A. Garcia ("Garcia") requests an oral argument hearing on Garcia's dispositive motion for partial summary judgment motion.

DATED at Fairbanks, Alaska this 9th day of January, 2018.

/s/
_____
James M. Hackett
Attorney For Plaintiff

1